1
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT
8                    NORTHERN DISTRICT OF CALIFORNIA
9                            OAKLAND DIVISION
10

| | |
|---|---|
| DIGITAL REG OF TEXAS, LLC, | CASE NO. 12-CV-01971 CW |
| Plaintiff, | [PROPOSED] SCHEDULING ORDER |
| vs. | Judge:   Hon. Claudia Wilken |
| ADOBE SYSTEMS INCORPORATED, et al., | |
| Defendants. | |

A case management conference was held on July 25, 2012. The Proposed discovery limitations set forth in Section 8 of the Case Management Statement filed by the parties are hereby adopted by the Court. The Court's standard Order for Pretrial Preparation also applies.

The case is hereby referred to the following ADR process:  Non-binding Arbitration: [   ]; Early Neutral Evaluation: [   ]; Court-connected mediation: [   ]; Private mediation: [   ]; Magistrate Judge settlement conference:  [  X  - Magistrate Judge Spero]

ADR session to be held by:                                                                   November 26, 2012
(or as soon thereafter as is convenient to the mediator's schedule)

Based on the case management conference, the Court enters the following schedule:

| | |
|---|---|
| Parties to exchange Rule 26(a) disclosures to the extent not already exchanged | August 15, 2012 |
| Plaintiff to serve updated infringement contentions that comply with Patent L.R. 3-1 and to identify top 50 asserted claims | August 30, 2012 |
| Defendants to serve updated invalidity contentions that comply with Patent L.R. 3-3 for top 50 asserted claims | September 30, 2012 |
| Deadline to Amend Pleadings | October 24, 2012 |
| Exchange of Proposed Terms and Elements for Construction under Patent L.R. 4-1 | January 15, 2013 |
| Further Case Management Conference Statement | January 9, 2013 |
| Further Case Management Conference to discuss reduction of asserted claims and asserted prior art references | January 16, 2013 at 2 pm |
| Exchange of Preliminary Claim Constructions and Extrinsic Evidence under Patent L.R. 4-2 | January 29, 2013 |
| Final meet and confer on Terms and Elements for Construction and Proposed Claim Constructions | February 12, 2013 |
| Joint Claim Construction and Pre-hearing Statement under Patent L.R. 4-3 | February 19, 2013 |
| Completion of fact discovery | March 29, 2013 |

| | |
|---|---|
| Opening expert reports | June 28, 2013 |
| Rebuttal expert reports | July 26, 2013 |
| Further Case Management Conference Statement | August 7, 2013 |
| Further Case Management Conference to discuss structure and format for claim construction proceedings and reduction of asserted claims | August 14, 2013 at 2 pm |
| Completion of expert discovery | August 16, 2013 |
| Last day to file and serve Plaintiff's Brief on Claim Construction and Dispositive Motions | August 29, 2013 |
| Last day to file and serve Defendants' Briefs on Claim Construction and Plaintiffs' Dispositive Motions and Defendants' Dispositive Motions | September 19, 2013 |
| Last day to file and serve Plaintiff's Brief replying on Claim Construction and Plaintiff's Dispositive Motions and responding to Defendants' Dispositive Motions | October 10, 2013 |
| Last day to file and serve Defendants' Briefs replying on Defendants' Dispositive Motions | October 24, 2013 |
| Claim construction hearing and hearing on dispositive motions | November 14, 2013 at 2 pm |
| Further Case Management Conference | Approximately 10 days after the Court's order on claim construction and dispositive motions or as soon thereafter as convenient for the Court |

The above dates are subject to change by stipulation between the parties or order of the Court.

Additional Matters:  Copy of Court's Order for Pretrial Preparation given to attorneys in court.

DATED:  August 23, 2012                    THOMAS WHITELAW LLP


                                By:      /s/ W. Paul Schuck
                                      W. PAUL SCHUCK

                                Attorneys for Digital Reg of Texas, LLC

1
2   DATED:  August 23, 2012          DINOVO PRICE ELLWANGER & HARDY LLP

3
                                    By:      /s/ Andrew Gerald DiNovo
4                                          ANDREW GERALD DINOVO

5                                   Attorneys for Digital Reg of Texas, LLC

6
7   DATED:  August 23, 2012          WEIL GOTSHAL & MANGES LLP

8
                                    By:      /s/ Edward Robert Reines
9                                          EDWARD ROBERT REINES

10                                  Attorneys for Electronic Arts Inc. and Adobe
                                    Systems Incorporated
11

12
    DATED:  August 23, 2012          HALTOM AND DOAN
13

14
                                    By:      /s/ Jennifer Haltom Doan
15                                         JENNIFER HALTOM DOAN

16                                  Attorneys for Adobe Systems Incorporated

17
    DATED:  August 23, 2012          BARCELO, HARRISON & WALKER, LLP
18

19
                                    By:      /s/ Reynaldo C. Barcelo
20                                         REYNALDO C. BARCELO

21                                  Attorneys for Valve Corporation

22
    DATED:  August 23, 2012          RIDDLE WILLIAMS PS
23

24
                                    By:      /s/ Bryan J. Case
25                                         BRYAN J. CASE

26                                  Attorneys for Valve Corporation

27
28

144872                                     4                          12-CV-01971 CW
                                  [PROPOSED] SCHEDULING ORDER

| | | |
|---|---|---|
| 1 | DATED: August 23, 2012 | WILSON SONSINI GOODRICH & ROSATI |
| 2 | | |
| 3 | | By: /s/ Marvin Craig Tyler |
| | | MARVIN CRAIG TYLER |
| 4 | | |
| 5 | | Attorneys for Symantec Corporation |
| 6 | DATED: August 23, 2012 | GOODWIN PROCTER, LLP |
| 7 | | |
| 8 | | By: /s/ Anthony H. Cataldo |
| | | ANTHONY H. CATALDO |
| 9 | | |
| 10 | | Attorneys for AVG Technologies USA, Inc. |
| 11 | DATED: August 23, 2012 | WILSON ROBERTSON & CORNELIUS PC |
| 12 | | |
| 13 | | By: /s/ Jennifer Parker Ainsworth |
| | | JENNIFER PARKER AINSWORTH |
| 14 | | |
| 15 | | Attorneys for AVG Technolgies USA, Inc. |
| 16 | DATED: August 23, 2012 | GOODWIN PROCTER, LLP |
| 17 | | |
| 18 | | By: /s/ Douglas J. Kline |
| | | DOUGLAS J. KLINE |
| 19 | | |
| 20 | | Attorneys for Ubisoft, Inc. |
| 21 | DATED: August 23, 2012 | ERISE IP, P.A. |
| 22 | | |
| 23 | | By: /s/ Michelle Lyons Marriott |
| | | MICHELLE LYONS MARRIOTT |
| 24 | | |
| 25 | | Attorneys for Ubisoft, Inc. |

| | | |
|---|---|---|
| 1 | DATED:  August 23, 2012 | FENWICK & WEST, LLP |
| 2 | | |
| 3 | | By:   /s/ Hector J. Ribera |
| 4 | | HECTOR J. RIBERA |
| 5 | | Attorneys for Intuit Inc. |
| 6 | DATED:  August 23, 2012 | SHOOK HARDY & BACON LLP |
| 7 | | |
| 8 | | By:   /s/ Lynn C. Herndon |
| 9 | | LYNN C. HERNDON |
| 10 | | Attorneys for Zynga Game Network Inc. |
| 11 | DATED:  August 23, 2012 | SHOOK HARDY & BACON LLP |
| 12 | | |
| 13 | | By:   /s/ Angel Mitchell |
| 14 | | ANGEL MITCHELL |
| 15 | | Attorneys for Zynga, Inc. |

IT IS SO ORDERED.

DATED: 8/30/2012

CLAUDIA WILKEN
United States District Judge

144872

6

12-CV-01971 CW

[PROPOSED] SCHEDULING ORDER

## ATTESTATION

I, W. Paul Schuck, am counsel for Plaintiff DIGITAL REG OF TEXAS, LLC.  I am the registered ECF user whose username and password are being used to file this [PROPOSED] SCHEDULING ORDER.  In compliance with General Order 45, Section X(B), I hereby attest that the above-identified counsel concurred in this filing.

DATED:  August 23, 2012           THOMAS WHITELAW LLP

                                  By:    /s/ W. Paul Schuck
                                         W. PAUL SCHUCK

                                         Attorneys for Plaintiff
                                         DIGITAL REG OF TEXAS, LLC