IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIGITAL REG OF TEXAS, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>ADOBE SYSTEMS INCORPORATED, et al.,<br><br>    Defendants.<br>_____/ | No. C 12-01971 CW<br><br>ORDER OF<br>REFERENCE TO<br>MAGISTRATE JUDGE |

Pursuant to Local Rule 72-1, IT IS HEREBY ORDERED that the renewed motion to compel compliance with patent L.R. 3-1(c) by date certain and strike in part Plaintiff Digital Reg of Texas, LLC's Infringement contentions and **all discovery motions** filed in the above-captioned case are referred to a Magistrate Judge. The hearing noticed for Thursday, November 15, 2012, is vacated. Counsel will be advised of the date, time and place of appearance by notice from the assigned Magistrate Judge.

Dated: 10/16/2012

CLAUDIA WILKEN
United States District Judge

cc:  MagRef; Assigned M/J w/mo.