United States District Court
Northern District of California

DIGITAL REG OF TEXAS, LLC,

    Plaintiff,

v.

ADOBE SYSTEMS INCORPORATED, VALVE CORPORATION, ELECTRONIC ARTS INC., UBISOFT, INC., SYMANTEC CORPORATION, AVG TECHNOLOGIES USA, INC., ZYNGA GAME NETWORK INC., ZYNGA, INC., and INTUIT INC.,

    Defendant.

Case No.: CV 12-01971-CW (KAW)

ORDER RE: 11/2/12 JOINT DISCOVERY LETTER FROM PLAINTIFF AND DEFENDANT ZYNGA INC.

The Court is in receipt of the Joint Discovery Letter filed on November 2, 2012. (Dkt. No. 252.) After a review of the contents, the Court is setting the matter for hearing on January 17, 2013 at 11:00 a.m. at 1301 Clay St., Oakland, California.

The parties should be prepared to discuss all disputes contained in the joint letter, including the potential striking of portions of the supplemental infringement contentions for Plaintiff's failure to obtain leave to amend pursuant to Patent L.R. 3-6 to add new apps. Plaintiff shall lodge a true and complete courtesy copy of its original infringement contentions—served on Defendant Zynga Inc. while the case was assigned to the U.S. District Court for the Eastern District of Texas—with the undersigned by January 3, 2013.

IT IS SO ORDERED.

DATE: December 7, 2012

_____
KANDIS A. WESTMORE
United States Magistrate Judge