W. PAUL SCHUCK (Cal. Bar No. 203717)
pschuck@bztm.com
BARTKO, ZANKEL, TARRANT & MILLER
A Professional Corporation
900 Front Street, Suite 300
San Francisco, California 94111
Telephone: (415) 956-1900
Facsimile: (415) 956-1152

ANDREW G. DiNOVO *(Pro Hac Vice)*
adinovo@dpelaw.com
ADAM G. PRICE *(Pro Hac Vice)*
aprice@dpelaw.com
DiNOVO PRICE ELLWANGER & HARDY LLP
7000 N. MoPac Expressway, Suite 350
Austin, TX 78731
Telephone: (512) 539-2626
Facsimile: (512) 539-2627

Attorneys for Plaintiff
DIGITAL REG OF TEXAS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DIGITAL REG OF TEXAS, LLC,<br><br>        Plaintiff,<br><br>   v.<br><br>ADOBE SYSTEMS INCORPORATED; VALVE CORPORATION; ELECTRONIC ARTS INC.; UBISOFT, INC.; SYMANTEC CORPORATION, AVG TECHNOLOGIES USA, INC.; EA GAME NETWORK INC.; EA, INC.; and INTUIT INC.,<br><br>        Defendants. | No. 4:12-CV-01971-CW<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT ZYNGA INC. F/K/A ZYNGA GAME NETWORK, INC.** |

2426.000/641714.1

STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT ZYNGA INC.
F/K/A ZYNGA GAME NETWORK, INC.
Case No. 4:12-CV-01971-CW

1  IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff Digital Reg of Texas, LLC, and defendant Zynga Inc. f/k/a Zynga Game Network, Inc., pursuant to Fed. R. Civ. P. 41(a)(2) and subject to the approval of the Court, that all claims and counterclaims in this action be, and upon approval are, dismissed WITH PREJUDICE, subject to the terms of that certain agreement entitled "SETTLEMENT AGREEMENT" dated March 7, 2013, with each party to bear its own costs, expenses, and attorney's fees.

Dated: March 21, 2013

BARTKO ZANKEL TARRANT & MILLER
DiNOVO PRICE ELLWANGER & HARDY LLP

By:  */s/ W. Paul Schuck*
         W. Paul Schuck

DiNOVO PRICE ELLWANGER & HARDY LLP
Andrew G. DiNovo *(admitted Pro Hac Vice)*
Adam G. Price *(admitted Pro Hac Vice)*

Attorneys for Plaintiff
DIGITAL REG OF TEXAS, LLC

Dated: March 21, 2013

SHOOK, HARDY & BACON LLP

By:  */s/ Andrew L. Chang*
         Andrew L. Chang

Attorneys for Defendant
ZYNGA INC.
f/k/a ZYNGA GAME NETWORK, INC.

## ATTESTATION OF E-FILER

In compliance with Local Rule 5-1(i), the undersigned ECF user whose identification and password are being used to file this document, hereby attests that all signatories have concurred in the filing of this document.

Dated: March 21, 2013

BARTKO ZANKEL TARRANT & MILLER

By:  */s/ W. Paul Schuck*
         W. Paul Schuck

1

2426.000/640593.1

STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT ZYNGA INC. F/K/A ZYNGA GAME NETWORK, INC.
Case No. 4:12-CV-01971-CW

1      **ORDER OF DISMISSAL WITH PREJUDICE**

2      CAME ON THIS DAY for consideration the Stipulation of Dismissal With Prejudice of all

3   claims and counterclaims asserted between plaintiff Digital Reg of Texas, LLC, and defendant

4   Zynga Inc. f/k/a Zynga Game Network, Inc., in this case, and the Court being of the opinion that

5   said Stipulation should be ENTERED, it is hereby

6      ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in

7   this suit between plaintiff Digital Reg of Texas, LLC, and defendant Zynga Inc. f/k/a Zynga Game

8   Network, Inc., are hereby dismissed with prejudice, subject to the terms of an agreement entitled

9   "<u>SETTLEMENT AGREEMENT</u>" and dated March 7, 2013.

10     It is further ORDERED that all attorneys' fees and costs are to be borne by the party that

11  incurred them.

13  Dated:  3/22/2013

14                                     The Honorable Claudia Wilken
                                       United States District Court Judge