1  W. PAUL SCHUCK (Cal. Bar No. 203717)
   pschuck@bztm.com
2  BARTKO, ZANKEL, TARRANT & MILLER
3  A Professional Corporation
   900 Front Street, Suite 300
4  San Francisco, California 94111
   Telephone: (415) 956-1900
5  Facsimile: (415) 956-1152

6  ANDREW G. DiNOVO *(Pro Hac Vice)*
7  adinovo@dpelaw.com
   ADAM G. PRICE *(Pro Hac Vice)*
8  aprice@dpelaw.com
   DiNOVO PRICE ELLWANGER & HARDY LLP
9  7000 N. MoPac Expressway, Suite 350
   Austin, TX 78731
10 Telephone: (512) 539-2626
   Facsimile: (512) 539-2627
11

12 Attorneys for Plaintiff
   DIGITAL REG OF TEXAS, LLC
13

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| DIGITAL REG OF TEXAS, LLC,<br><br>   Plaintiff,<br><br>   v.<br><br>ADOBE SYSTEMS INCORPORATED, VALVE CORPORATION, ELECTRONIC ARTS INC., UBISOFT, INC., SYMANTEC CORPORATION, AVG TECHNOLOGIES USA, INC., ZYNGA GAME NETWORKS INC., ZYNGA, INC., and INTUIT INC.<br><br>   Defendants. | Case No. 4:12-cv-01971-CW (KAW)<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL AS TO DEFENDANT AVG TECHNOLOGIES USA, IMC** |

1   IT IS HEREBY STIPULTATED AND AGREED, by and between plaintiff Digital Reg of
2   Texas, LLC, ("Plaintiff") and defendant AVG Technologies USA, Inc. ("Defendant"), pursuant to
3   Fed. R. Civ. P. 41(a)(2) and subject to the approval of the Court, that Plaintiff's claims in this
4   action be, and upon approval are, dismissed WITH PREJUDICE and Defendant's counterclaims
5   in this action be, and upon approval are, dismissed WITHOUT PREJUDICE, subject to the terms
6   of that certain agreement entitled "SETTLEMENT AND LICENSE AGREEMENT" dated March
7   20, 2013, with each party to bear its own cost, expenses, and attorney's fees.

Dated: April 1, 2013                    BARTKO ZANKEL TARRANT & MILLER

                                        By: /s/   W. Paul Schuck
                                             W. Paul Schuck

                                        DiNOVO PRICE ELLWANGER & HARDY LLP
                                        Andrew G. DiNovo *(admitted Pro Hac Vice)*
                                        Adam G. Price *(admitted Pro Hac Vice)*

                                        Attorneys for Plaintiff
                                        DIGITAL REG OF TEXAS, LLC


Dated:  April 1, 2013                   GOODWIN PROCTER LLP

                                        By: /s/  William A. Meunier
                                             William A. Meunier (admitted *Pro Hac Vice*)

                                        Attorneys for Defendant
                                        AVG TECHNOLOGIES USA, INC.


### ATTESTATION OF E-FILER

In compliance with Local Rule 5-1(i), the undersigned ECF user whose identification and password are being used to file this document, hereby attests that all signatories have concurred in the filing of this document.

Dated: April 1, 2013                            /s/  W. Paul Schuck
                                                 W. Paul Schuck

1

1   **[PROPOSED] ORDER OF DISMISSAL**

2   CAME ON THIS DAY for consideration the Stipulation of dismissal with prejudice of all
3   claims asserted by plaintiff Digital Reg of Texas, LLC, against defendant AVG Technologies
4   USA, Inc., and dismissal without prejudice of all counterclaims asserted by defendant AVG
5   Technologies USA, Inc. against plaintiff Digital Reg of Texas, LLC, in this case and the Court
6   being of the opinion that said Stipulation should be ENTERED, it is hereby

7   ORDERED, ADJUDGED AND DECREED that all of plaintiff's claims asserted against
8   defendant in this suit are hereby dismissed with prejudice and all of defendant's counterclaims
9   asserted in this suit are hereby dismissed without prejudice, subject to the terms of an agreement
10  entitled "SETTLEMENT AND LICENSE AGREEMENT" and dated March 20, 2013.

11  It is further ORDERED that all attorneys' fees and costs are to be borne by the party that
12  incurred them.

15  DATED:  4/1/2013

The Honorable Claudia Wilken
United States District Court Judge

1

STIPULATION AND ORDER OF DISMISSAL AS TO
DEFENDANT AVG TECHNOLOGIES USA, INC.                    Case No. 4:12-cv-01971-CW (KAW)