EDWARD R. REINES (SBN 135960)
edward.reines@weil.com
SONAL N. MEHTA (SBN 222086)
sonal.mehta@weil.com
NATHAN GREENBLATT (SBN 262279)
nathan.greenblatt@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone:  650-802-3000
Facsimile:  650-802-3100

Attorneys for Defendants
ADOBE SYSTEMS INCORPORATED
and ELECTRONIC ARTS INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| DIGITAL REG OF TEXAS, LLC,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>ADOBE SYSTEMS INCORPORATED, et al.,<br><br>　　　　　　Defendants. | Civil Case No. 12-CV-01971 CW (KAW)<br><br>**DECLARATION OF NATHAN GREENBLATT IN SUPPORT OF JOINT LETTER BRIEF OF DIGITAL REG OF TEXAS, LLC AND ADOBE SYSTEMS INCORPORATED RE: DISCOVERY ISSUES AND JOINT LETTER BRIEF OF DIGITAL REG OF TEXAS, LLC AND ELECTRONIC ARTS INC. RE: DISCOVERY ISSUES** |

I, Nathan Greenblatt, declare:

I am an attorney with the law firm of Weil, Gotshal & Manges LLP, counsel of record for Defendants Adobe Systems Incorporated and Electronic Arts Inc. ("Adobe and Electronic Arts") in the above-captioned matter. I submit this declaration based on personal knowledge and following a reasonable investigation. If called upon as a witness, I could competently testify to the truth of each statement herein.

1. Attached as **EXHIBIT 1** is a true and correct copy of Defendant Electronic Art's Responses and Objections to Digital Reg's First Set of Requests for Production, dated September 13, 2012.

2. Attached as **EXHIBIT 2** is a true and correct copy of an excerpt from the Deposition Transcript of Alex Zvenigorodsky, dated March 27, 2013.

3. Attached as **EXHIBIT 3** is a true and correct copy of Electronic Arts Inc.'s Responses and Objections to Digital Reg of Texas LLC's First Set of Interrogatories (Nos. 1-10), dated September 13, 2012.

4. Attached as **EXHIBIT 4** is a true and correct copy of Electronic Arts Inc.'s Responses and Objections to Digital Reg's First Set of Individual Interrogatories (Nos. 1-4), dated March 21, 2013.

5. Attached as **EXHIBIT 5** is a true and correct copy of Electronic Arts Inc.'s Responses and Objections to Digital Reg's Third Set of Individual Interrogatories (Nos. 6-9), dated March 28, 2013.

6. Attached as **EXHIBIT 6** is a true and correct copy of Electronic Arts Inc.'s First Supplemental Responses and Objections to Digital Reg of Texas LLC's First Set of Interrogatories (Nos. 1-10), dated April 1, 2013.

7. Attached as **EXHIBIT 7** is a true and correct copy of Electronic Arts Inc.'s Supplemental Responses and Objections to Digital Reg of Texas LLC's First Set of Individual Interrogatories (Nos. 1-4), dated April 10, 2013.

8. Attached as **EXHIBIT 8** is a true and correct copy of Electronic Arts Inc.'s Second Supplemental Responses and Objections to Digital Reg of Texas LLC's First Set

---

of Common Interrogatories (Nos. 1-10), dated April 10, 2013.

9. Attached as **EXHIBIT 9** is a true and correct copy of Electronic Arts Inc.'s Supplemental Responses and Objections to Digital Reg of Texas LLC's Second Set of Common Interrogatories (Nos. 11-19), dated April 10, 2013

10. Attached as **EXHIBIT 10** is a true and correct copy of Electronic Arts Inc.'s Supplemental Responses and Objections to Digital Reg of Texas LLC's Third Set of Individual Interrogatories (Nos. 6-9), dated April 10, 2013.

11. Attached as **EXHIBIT 11** is a true and correct copy of Defendants' First Set of Common Requests for Production of Documents, dated September 21, 2012.

12. Attached as **EXHIBIT 12** is a true and correct copy of Plaintiff's Responses and Objections to Defendants' First Set of Common Requests for Production of Documents (Nos. 1-103), dated October 24, 2012.

13. Attached as **EXHIBIT 13** is a true and correct copy of Defendant's Subpoena to Patrick Patterson, dated February 26, 2013.

14. Attached as **EXHIBIT 14** is a true and correct copy of Defendants' Subpoena to Seth Ornstein, dated February 26, 2013.

15. Attached as **EXHIBIT 15** is a true and correct copy of Defendants' Subpoena to Eugene Phillips, II, dated February 26, 2013.

16. Attached as **EXHIBIT 16** is a true and correct copy of Plaintiff Digital Reg's First Request for Production to All Defendants, dated August 9, 2012.

17. Attached as **EXHIBIT 17** is a true and correct copy of an excerpt from the Deposition Transcript of Joseph R. Jones, dated March 22, 2013.

18. Attached as **EXHIBIT 18** is a true and correct copy of an excerpt from the Deposition Transcript of Jonathan Herbach, dated March 22, 2013.

19. Attached as **EXHIBIT 19** is a true and correct copy of Adobe Systems Inc.'s Responses and Objections to Digital Reg's First Set of Interrogatories (Nos. 1-10), dated September 13, 2012.

20. Attached as **EXHIBIT 20** is a true and correct copy of Adobe Systems

1 Inc.'s Responses and Objections to Digital Reg's First Set of Individual Interrogatories (Nos. 1-

2 3), dated March 21, 2013.

3    21. Attached as **EXHIBIT 21** is a true and correct copy of Adobe Systems

4 Inc.'s Responses and Objections to Digital Reg's Second Set of Common Interrogatories (Nos.

5 11-19, dated March 21, 2013.

6    22. Attached as **EXHIBIT 22** is a true and correct copy of Adobe Systems

7 Inc.'s Responses and Objections to Digital Reg's Third Set of Individual Interrogatories (Nos.

8 6-10), dated March 28, 2013.

9    23. Attached as **EXHIBIT 23** is a true and correct copy of Adobe Systems

10 Inc.'s Supplemental Responses and Objections to Digital Reg's First Set of Common

11 Interrogatories (Nos. 1-10), dated April 10, 2013.

12    24. Attached as **EXHIBIT 24** is a true and correct copy of Adobe Systems

13 Inc.'s Supplemental Responses and Objections to Digital Reg's First Set of Individual

14 Interrogatories (Nos. 1-3), dated April 10, 2013.

15    25. Attached as **EXHIBIT 25** is a true and correct copy of Adobe Systems

16 Inc.'s Supplemental Responses and Objections to Digital Reg's Second Set of Common

17 Interrogatories (Nos. 11-19), dated April 10, 2013.

18    26. Attached as **EXHIBIT 26** is a true and correct copy of Adobe Systems

19 Inc.'s Responses and Objections to Digital Reg's Third Set of Individual Interrogatories (Nos.

20 6-10), dated April 10, 2013.

21    27. Attached as **EXHIBIT 27** is a true and correct copy of Adobe Systems

22 Inc.'s Second Supplemental Responses and Objections to Digital Reg's First Set of Common

23 Interrogatories (Nos. 1-10), dated April 11, 2013.

24    28. Attached as **EXHIBIT 28** is a true and correct copy of Digital Reg's

25 Infringement Contentions for U.S. Patent No. 6,389,541.

26    29. Attached as **EXHIBIT 29** is a true and correct copy of Digital Reg's

27 Infringement Contentions for U.S. Patent No. 6,751,670.

28    30. Attached as **EXHIBIT 30** is a true and correct copy of an excerpt of the

1  Deposition Transcript of Juan Carlos Colosso, dated March 26, 2013.

2        31.    Attached as **EXHIBIT 31** is a true and correct copy of an excerpt of the
3  Deposition Transcript of Eric Wilde, dated March 26, 2013.

4        32.    Attached as **EXHIBIT 32** is a true and correct copy of an excerpt of the
5  Deposition Transcript of Michael Roberts Farley, dated March 28, 2013.

6        33.    Attached as **EXHIBIT 33** is a true and correct copy of Defendants'
7  Subpoena to Intellectual Profit, dated January 3, 2013.

8       I declare under the penalty of perjury under the laws of the United States of
9  America that the foregoing is true and correct.

10      Executed on April 12, 2013, at Redwood Shores, California.

           */s/ Nathan Greenblatt*
           Nathan Greenblatt