W. PAUL SCHUCK (Cal. Bar No. 203717)
pschuck@twtlaw.com
BARTKO, ZANKEL, TARRANT & MILLER
A Professional Corporation
900 Front Street, Suite 300
San Francisco, California 94111
Telephone: (415) 956-1900
Facsimile: (415) 956-1152

ANDREW G. DiNOVO (*Pro Hac Vice*)
adinovo@dpelaw.com
ADAM G. PRICE (*Pro Hac Vice*)
aprice@dplaw.com
DiNOVO PRICE ELLWANGER & HARDY LLP
7000 N. MoPac Expressway, Suite 350
Austin, TX  78731
Telephone: (512) 539-2626
Facsimile: (512) 539-2627

Attorneys for Plaintiff
DIGITAL REG OF TEXAS, LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| DIGITAL REG OF TEXAS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> ADOBE SYSTEMS INCORPORATED, VALVE CORPORATION, ELECTRONIC ARTS, INC., UBISOFT ENTERTAINMENT, INC., SYMANTEC CORPORATION, INTUIT INC., AVG TECHNOLOGIES USA, INC., ZYNGA GAME NETWORK INC., and ZYNGA, INC., <br> Defendants. | Case No. CV 12-01971 CW <br><br> **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT INTUIT INC.** |

STIP AND [PROPOSED] ORDER OF
DISMISSAL WITH PREJUDICE AS TO
DEFENDANT INTUIT INC.

CASE NO.  CV 12-01971 CW

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff Digital Reg of Texas, LLC, and defendant Intuit Inc., pursuant to Fed. R. Civ. P. 41(a)(2) and subject to the approval of the Court, that all claims and counterclaims in this action be, and upon approval are, dismissed WITH PREJUDICE, subject to the terms of that certain agreement entitled "CONFIDENTIAL SETTLEMENT AND LICENSE AGREEMENT" dated March 29, 2013, with each party to bear its own costs, expenses, and attorney's fees.

Dated: April 23, 2013

BARTKO ZANKEL TARRANT & MILLER

DiNOVO PRICE ELLWANGER & HARDY LLP

By: _/s/ W. Paul Schuck_
    W. Paul Schuck

Attorneys for Plaintiff
DIGITAL REG OF TEXAS, LLC

Dated: April 23, 2013

FENWICK & WEST LLP

By: _/s/ Hector J. Ribera_
    Hector J. Ribera

Attorneys for Defendant
INTUIT INC.

## ATTESTATION OF E-FILER

In compliance with Local Rule 5-1(i), the undersigned ECF user whose identification and password are being used to file this document, hereby attests that all signatories have concurred in the filing of this document.

Dated: April 23, 2013

_/s/ W. Paul Schuck_
W. Paul Schuck

1

**[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**

2

    CAME ON THIS DAY for consideration the Stipulation of Dismissal With Prejudice of

3

all claims and counterclaims asserted between plaintiff Digital Reg of Texas, LLC, and defendant

4

Intuit Inc. in this case, and the Court being of the opinion that said Stipulation should be

5

ENTERED, it is hereby

6

    ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in

7

this suit between plaintiff Digital Reg of Texas, LLC, and defendant Intuit Inc. are hereby

8

dismissed with prejudice, subject to the terms of an agreement entitled "CONFIDENTIAL
SETTLEMENT AND LICENSE AGREEMENT" and dated March 29, 2013.

9

    It is further ORDERED that all attorneys' fees and costs are to be borne by the party that

10

incurred them.

11

12

DATED: _____4/26/2013_____          _____
                                    The Honorable Claudia Wilken

13

                                    United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP AND [PROPOSED] ORDER OF
DISMISSAL WITH PREJUDICE AS TO          3          CASE NO.  CV 12-01971 CW
DEFENDANT INTUIT INC.