United States District Court
Northern District of California

DIGITAL REG OF TEXAS, LLC,

    Plaintiff,

    v.

ADOBE SYSTEMS INCORPORATED, VALVE CORPORATION, ELECTRONIC ARTS INC., UBISOFT, INC., SYMANTEC CORPORATION, AVG TECHNOLOGIES USA, INC., ZYNGA GAME NETWORK INC., ZYNGA, INC., and INTUIT INC.,

    Defendant.

Case No.: CV 12-01971-CW (KAW)

ORDER DENYING DEFENDANT VALVE CORPORATION'S ADMINISTRATIVE MOTION TO EXTEND PAGE LENGTH

On April 26, 2013, Defendant Valve Corporation filed an unopposed administrative motion to extend the page length for its joint discovery letter with Plaintiff Digital Reg. (Dkt. No. 347.) Pursuant to the presiding judge's scheduling order, the last day to complete fact discovery was March 29, 2013. (Dkt. No. 243.) In accordance with Civil L.R. 37-3, the parties had seven days from the close of discovery to file a joint letter in lieu of any motions to compel. The parties did not obtain an extension to the discovery cut-off date, and so the motion is DENIED as untimely.

    IT IS SO ORDERED.

DATE: April 29, 2013

_____
KANDIS A. WESTMORE
United States Magistrate Judge