United States District Court
Northern District of California

| | |
|---|---|
| DIGITAL REG OF TEXAS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ADOBE SYSTEMS INCORPORATED, VALVE CORPORATION, ELECTRONIC ARTS INC., UBISOFT, INC., SYMANTEC CORPORATION, AVG TECHNOLOGIES USA, INC., ZYNGA GAME NETWORK INC., ZYNGA, INC., and INTUIT INC.,<br><br>Defendant. | Case No.: CV 12-01971-CW (KAW)<br><br>ORDER REQUIRING UPDATE TO PLAINTIFF AND DEFENDANT ELECTRONIC ARTS INC.'S 4/12/2013 JOINT DISCOVERY LETTER |

On April 12, 2013, the Court issued an order regarding Plaintiff Digital Reg of Texas, LLC ("Digital Reg")'s March 13, 2013 Joint Letter with Electronic Arts Inc. ("EA"). (Dkt. No. 327.) In that order, the Court directed EA to supplement the specified discovery responses and produce documents within 21 days, which was May 3, 2013.

Also on April 12, 2013, the parties filed another joint letter, which appears to address some issues on which the Court has already ruled, and others which were prematurely brought to the Court's attention. (Dkt. No. 331.) Other issues concern the extent of Plaintiff's corporate knowledge and the scheduling of depositions in the month of April, which should have since been resolved.

The parties are ordered to file an updated joint letter by May 15, 2013 specifically outlining which discovery disputes, if any, still require court intervention.

IT IS SO ORDERED.

DATE: May 9, 2013

_____
KANDIS A. WESTMORE
United States Magistrate Judge