Stefani E. Shanberg, Bar No. 206717
sshanberg@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza
Spear Tower, Suite 3300
San Francisco, California 94105
Telephone:     (415) 947-2000
Facsimile:      (415) 947-2099

Ryan R. Smith, Bar No. 229323
rsmith@wsgr.com
Holly Baudler, Bar No. 238843
hbaudler@wsgr.com
Jason M. Garr, Bar No. 284138
jgarr@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, California 94304
Telephone:     (650) 493-9300
Facsimile:      (650) 493-6811

Attorneys for Defendant
SYMANTEC CORPORATION
[Additional Counsel Listed Below]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DIGITAL REG OF TEXAS LLC, | Case No. 4:12-cv-01971-CW (KAW) |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO PLAINTIFF'S MOTION TO STRIKE** |
| vs. | |
| ADOBE SYSTEMS INCORPORATED, VALVE CORPORATION, ELECTRONIC ARTS, INC., UBISOFT, INC., SYMANTEC CORPORATION, INTUIT INC., AVG TECHNOLOGIES USA, INC., ZYNGA GAME NETWORK INC., and ZYNGA, INC., | Hon. Claudia Wilken |
| Defendants. | |

1   Whereas the parties are continuing to meet and confer regarding Plaintiff's Motion to
2  Strike Defendants' Election of Prior Art References and Combinations;
3   Whereas Defendants' opposition brief to that motion is due today;
4   IT IS HEREBY STIPULATED by the parties in the above action that Defendants'
5  opposition brief to Plaintiff's Motion to Strike Defendants' Election of Prior Art References and
6  Combinations is extended until May 10, 2013.  Accordingly, and for the reasons set forth in the
7  attached declaration, the parties request that the Court order this brief extension.
8   PURSUANT TO STIPULATION, IT IS SO ORDERED

| | | |
|---|---|---|
| 1 | Dated: May 9, 2013 | BARTKO, ZANKEL, BUNZEL & MILLER |
| 2 | | By:   /s/ W. Paul Schuck |
| | | W. Paul Schuck |
| 3 | | |
| 4 | | Attorneys for Plaintiff |
| | | DIGITAL REG OF TEXAS, LLC |
| 5 | | WILSON SONSINI GOODRICH & ROSATI |
| 6 | | By:   /s/ Ryan R. Smith |
| | | Ryan R. Smith |
| 7 | | |
| 8 | | Attorneys for Defendant |
| | | SYMANTEC CORPORATION |
| 9 | | WEIL GOTSHAL & MANGES LLP |

By:   /s/ Edward Reines
         Edward Reines

Attorneys for Defendants
ADOBE SYSTEMS INCORPORATED and
ELECTRONIC ARTS, INC.

BARCELO, HARRISON & WALKER LLP

By:   /s/ Reynaldo C. Barcelo
         Reynaldo C. Barcelo

Attorneys for Defendant
VALVE CORPORATION

ERISE IP P.A.

By:   /s/ Michelle L. Marriott
         Michelle L. Marriott

Attorneys for Defendant
UBISOFT, INC.

*IT IS SO ORDERED*
[Signature]
Judge Claudia Wilken
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA