W. PAUL SCHUCK (Cal. Bar No. 203717)
*pschuck@bzbm.com*
BARTKO, ZANKEL, BUNZEL & MILLER
A Professional Corporation
One Embarcadero Center, Suite 800
San Francisco, California 94111
Telephone: (415) 956-1900
Facsimile:  (415) 956-1152

ANDREW G. DINOVO (admitted *pro hac vice*)
*adinovo@dpelaw.com*
ADAM G. PRICE (admitted *pro hac vice*)
*aprice@dpelaw.com*
JAMES W. COUTU (admitted *pro hac vice*)
*jcoutu@dpelaw.com*
DINOVO PRICE ELLWANGER & HARDY LLP
7000 N. MoPac Expressway, Suite 350
Austin, Texas 78731
Telephone: (512) 539-2626
Facsimile:  (512) 539-2627

Attorneys for Plaintiff
DIGITAL REG OF TEXAS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DIGITAL REG OF TEXAS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ADOBE SYSTEMS INCORPORATED, et al.,<br><br>Defendants. | Case No. 12-CV-01971 CW (KAW)<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT VALVE CORPORATION** |

Plaintiff Digital Reg of Texas, LLC and defendant Valve Corporation hereby stipulate pursuant to Fed. R. Civ. P. 41(a) and (c) and subject to the approval of the Court, that: (1) all claims by Digital Reg of Texas, LLC against Valve Corporation in this action are dismissed with prejudice; (2) all counterclaims by Valve Corporation against Digital Reg of Texas, LLC in this action are dismissed as moot; and (3) Digital Reg of Texas, LLC and Valve Corporation will each bear their own costs, expenses and legal fees.

DATED: May 23, 2013                     DINOVO PRICE ELLWANGER & HARDY LLP
                                        BARTKO, ZANKEL, TARRANT & MILLER


                                        By:      /s/ *W. Paul Schuck*
                                                    W. Paul Schuck

                                        Attorneys for Plaintiff
                                        DIGITAL REG OF TEXAS, LLC

DATED: May 23, 2013                     RIDDELL WILLIAMS P.S.
                                        BARCELO, HARRISON & WALKER, LLP


                                        By:      /s/ *Reynaldo C. Barcelo*
                                                    Reynaldo C. Barcelo

                                        Attorneys for Defendant
                                        VALVE CORPORATION


## ATTESTATION OF E-FILER

In compliance with Local Rule 5-1(i), the undersigned ECF user whose identification and password are being used to file this document, hereby attests that all signatories have concurred in the filing of this document.

Dated: May 23, 2013                              */s/ W. Paul Schuck*
                                                    W. Paul Schuck

Attorneys for Plaintiff Digital Reg of Texas, LLC

1

2426.000/653520.1   STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT VALVE CORPORATION / Case No. 12-CV-01971 CW (KAW)

**[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**

Before this Court is the Stipulation of Dismissal of all claims and counterclaims asserted between plaintiff Digital Reg of Texas, LLC and defendant Valve Corporation in this case, and the Court being of the opinion that said Stipulation should be ENTERED, it is hereby ORDERED, ADJUDGED AND DECREED that:

1. All claims by Digital Reg of Texas, LLC against Valve Corporation in this action are dismissed with prejudice;

2. All counterclaims by Valve Corporation against Digital Reg of Texas, LLC in this action are dismissed as moot; and

3. Digital Reg of Texas, LLC and Valve Corporation will each bear their own costs, expenses and legal fees.

It is so ORDERED.

Dated: 5/23/2013

The Honorable Claudia Wilken
United States District Judge

2

2426.000/653520.1   STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT VALVE CORPORATION / Case No. 12-CV-01971 CW (KAW)