United States District Court
Northern District of California

| | |
|---|---|
| DIGITAL REG OF TEXAS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ADOBE SYSTEMS INCORPORATED, VALVE CORPORATION, ELECTRONIC ARTS INC., UBISOFT, INC., SYMANTEC CORPORATION, AVG TECHNOLOGIES USA, INC., ZYNGA GAME NETWORK INC., ZYNGA, INC., and INTUIT INC.,<br><br>Defendant. | Case No.: CV 12-01971-CW (KAW)<br><br>ORDER GRANTING DEFENDANT ADOBE SYSTEMS INC.'S MOTION TO SEAL JOINT LETTER BRIEF AND EXHIBITS OF DIGITAL REG OF TEXAS LLC AND ADOBE SYSTEMS INC. RE: DISCOVERY ISSUES<br><br>(Dkt. No. 379) |

On May 17, 2013, Defendant Adobe Systems Incorporated ("Adobe") filed a motion for administrative relief to file under seal its joint letter with Plaintiff Digital Reg, and Exhibits J, K, N, O, and P to the Greenblatt Adobe Declaration. (Pl.'s Mot. to Seal, Dkt. No. 379.)

Adobe e-filed a redacted version of the joint letter in compliance with Civil L.R. 79-5(c)(5). (Dkt. No. 371.) After a review of the joint letter, the Court GRANTS Adobe's request to file portions of the Joint Letter under seal, as the redacted portions are protectable as trade secrets, are privileged, or are otherwise subject to the stipulated protective order.

Adobe's request to seal Exhibits J, K, N, O, and P is also GRANTED, as they too are protectable as trade secrets, are privileged, or are otherwise subject to the stipulated protective order, and are to be filed under seal pursuant to Civil L.R. 79-5(b).

In accordance with General Order No. 62, the requesting party shall e-file under seal those exhibits deemed protected according to the procedures outlined on the ECF website.

IT IS SO ORDERED.

DATE: June 14, 2013

_____
KANDIS A. WESTMORE
United States Magistrate Judge