| | |
|---|---|
| W. PAUL SCHUCK (SBN 203717)<br>*pschuck@bztm.com*<br>BARTKO ZANKEL BUNZEL & MILLER<br>A Professional Corporation<br>One Embarcadero Center, Suite 800<br>San Francisco, California 94111<br>Telephone: (415) 956-1900<br>Facsimile: (415) 956-1152<br><br>ANDREW G. DINOVO (admitted *pro hac vice*)<br>*adinovo@dpelaw.com*<br>ADAM G. PRICE (admitted *pro hac vice*)<br>*aprice@dpelaw.com*<br>JAMES W. COUTU (admitted *pro hac vice*)<br>*jcoutu@dpelaw.com*<br>DINOVO PRICE ELLWANGER & HARDY LLP<br>7000 N. MoPac Expressway, Suite 350<br>Austin, Texas 78731<br>Telephone: (512) 539-2626<br>Facsimile: (512) 539-2627<br><br>Attorneys for Plaintiff<br>DIGITAL REG OF TEXAS, LLC | EDWARD R. REINES (SBN 135960)<br>edward.reines@weil.com<br>SONAL N. MEHTA (SBN 222086)<br>sonal.mehta@weil.com<br>NATHAN GREENBLATT (SBN 262279)<br>nathan.greenblatt@weil.com<br>WEIL, GOTSHAL & MANGES LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065<br>Telephone: 650-802-3000<br>Facsimile: 650-802-3100<br><br>Attorneys for Defendants<br>ADOBE SYSTEMS INCORPORATED and<br>ELECTRONIC ARTS INC. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| DIGITAL REG OF TEXAS, LLC,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ADOBE SYSTEMS INCORPORATED, et al.,<br><br>　　　　Defendants. | Civil Case No. 12-CV-01971 CW (KAW)<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES**<br><br>Judge:  The Honorable Claudia Wilken<br>Courtroom:  2, 4th Floor |

1  WHEREAS the current case schedule includes deadlines for expert discovery in June, July, and August (including a deadline for opening expert reports on June 28), and deadlines for dispositive motion practice in August, September, and October (Dkt. 243 at 3);

WHEREAS Defendants Adobe, EA, and Symantec plan to seek leave to file an early motion for summary judgment regarding whether and to what extent the defendants are licensed to the patents-in-suit, and the parties believe that knowing the outcome of that motion sooner rather than later will advance the just, speedy and efficient resolution of this dispute;

WHEREAS Defendant Ubisoft's motion to strike Digital Reg's infringement contentions (Dkt. 304, filed March 14, 2013) is pending before Magistrate Judge Westmore, and the parties believe that the resolution of that motion will advance the just, speedy, and efficient resolution of the dispute as to these parties;

WHEREAS Digital Reg and Defendants Adobe, EA, and Ubisoft have discovery disputes pending before Magistrate Judge Westmore, that may significantly impact expert discovery, including expert reports regarding patent infringement and damages (Dkt. Nos. 304, 371, 372, 379 & 391);

WHEREAS fact discovery is closed and would not be reopened by virtue of this stipulation or any resulting extension of the case schedule, except to the extent ordered by the Court in conjunction with the pending discovery disputes;

WHEREAS, since issuing its Scheduling Order on August 30, 2012 (Dkt. 243), this Court has entered limited extensions to discovery, all one month or less, *see* Dkt. Nos. 195 and 204 (nine-day extension for ADR filings), Dkt. Nos. 328 and 337 (one-month limited extension to fact discovery), Dkt Nos. 349 and 350 (one-week extension for motions to compel), Dkt. Nos. 368 and 384 (one-day extension to opposition brief);

WHEREAS, the parties have met and conferred, and after considering various options, have concluded that a 120-day extension to all current case deadlines would allow this case to proceed in the most efficacious and cost-effective manner;

IT IS HEREBY STIPULATED by and between counsel for Digital Reg and Defendants that, subject to the Court's approval and availability, a 120-day extension to all

STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND DEADLINES     1     CIVIL CASE NO. 12-01971 CW

1  current case deadlines would be appropriate to allow the Court time to consider Defendants'
2  Motion for Partial Summary Judgment, and to resolve pending discovery disputes, before the
3  case proceeds further.  A [Proposed] Order containing the proposed amended schedule is
4  submitted herewith.

DATED:  June 20, 2013                     DINOVO PRICE ELLWANGER & HARDY LLP


                                          By:  */s/ Andrew G. DiNovo*
                                                 Andrew G. DiNovo

                                          Attorneys for Plaintiff
                                          DIGITAL REG OF TEXAS, LLC



                                          WEIL, GOTSHAL & MANGES LLP

                                          By:  /s/ *Edward R. Reines*
                                                 Edward R. Reines

                                          Attorneys for Defendants
                                          ADOBE SYSTEMS INCORPORATED and
                                          ELECTRONIC ARTS, INC.



                                          ERISE IP, P.A.

                                          By: */s/         Michelle L. Marriott*
                                                      Michelle L. Marriott

                                          Attorneys for Defendant
                                          UBISOFT, INC.



                                          WILSON SONSINI GOODRICH & ROSATI PC

                                          By: */s/         Ryan R. Smith*
                                                      Ryan R. Smith

                                          Attorneys for Defendant
                                          SYMANTEC CORPORATION

## ATTESTATION OF E-FILER

In compliance with Local Rule 5-1(i), the undersigned ECF user whose identification and password are being used to file this document, hereby attests that all signatories have concurred in the filing of this document.

/s/ *Nathan Greenblatt*
Nathan Greenblatt

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that an extension of the current cases deadlines is hereby granted, as follows:

| Task | Current Date | Proposed Amended Date |
|---|---|---|
| Opening Expert Reports | June 28, 2013 | October 30, 2013 |
| Rebuttal Expert Reports | July 26, 2013 | December 4, 2013 |
| Further Case Management Conference Statement | August 7, 2013 | 7 days before Further Case Management Conference |
| Further Case Management Conference to discuss structure and format for claim construction proceedings and reduction of asserted claims | August 14, 2013 at 2 pm | January **15**, 2014 |
| Completion of expert discovery | August 16, 2013 | January 9, 2014 |
| Last day to file and serve Plaintiff's Brief on Claim Construction and Dispositive Motions | August 29, 2013 | 77 days before Hearing |
| Last day to file and serve Defendants' Briefs on Claim Construction and Plaintiff's Dispositive Motions and Defendants' Dispositive Motions | September 19, 2013 | 56 days before Hearing |
| Last day to file and serve Plaintiff's Brief replying on Claim Construction and Plaintiff's Dispositive Motions and responding to Defendants' Dispositive Motions | October 10, 2013 | 35 days before Hearing |
| Last day to file and serve Defendants' Briefs replying on Defendants' Dispositive Motions | October 24, 2013 | 21 days before Hearing |
| Claim Construction hearing and hearing on dispositive motions | November 14, 2013 at 2 pm | April **3**, 2014 |
| Further Case Management Conference | Approximately 10 days after the Court's order on claim construction and dispositive motions or as soon thereafter as convenient for the Court. | Same |
| Pretrial conference | April 2, 2014 at 2 pm | TBD |
| Trial | April 14, 2014 | TBD |

1

2   Dated: June 24, 2013

3   _____
    The Honorable Claudia Wilken
    United States District Court Judge