EDWARD R. REINES (SBN 135960)
edward.reines@weil.com
SONAL N. MEHTA (SBN 222086)
sonal.mehta@weil.com
NATHAN GREENBLATT (SBN 262279)
nathan.greenblatt@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: 650-802-3000
Facsimile: 650-802-3100

Attorneys for Defendants
ADOBE SYSTEMS INCORPORATED
and ELECTRONIC ARTS INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| DIGITAL REG OF TEXAS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>ADOBE SYSTEMS INCORPORATED, et al.,<br><br>Defendants. | Civil Case No. 12-CV-01971 CW (KAW)<br><br>**ADMINISTRATIVE MOTION TO SEAL DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT OF NONINFRINGEMENT BASED ON DIGITAL REG'S LICENSE TO MICROSOFT AND DECLARATION OF A. ZVENIGORODSKY IN SUPPORT THEREOF AND EXHIBITS THERETO** |

1    Electronic Arts Inc. and Adobe Systems Incorporated submit this Administrative Motion
2 for a sealing order pursuant to Civil Local Rule 79-5.  This motion is based on the points and
3 authorities herein, and on the accompanying Declaration of Nathan Greenblatt in Support of
4 Administrative Motion to Seal ("Greenblatt Admin Decl."), and the Declaration of Nathan
5 Greenblatt in Support of Defendants' Motion for Partial Summary Judgment Based on Digital
6 Reg's License to Microsoft  ("Greenblatt Decl.").  Electronic Arts Inc. and Adobe Systems
7 Incorporated respectfully request that the Court permit the following to be filed under seal:

8    1.   The unredacted version of the Declaration of A. Zvenigorodsky in Support of
9         Defendants' Motion for Partial Summary Judgment of Noninfringement Based
10        on Digital Reg's License to Microsoft and exhibits thereto (a proposed partially
11        redacted public version is being lodged with the Court).

12   2.   The unredacted version of Defendants' Motion for Partial Summary Judgment of
13        Noninfringement Based on Digital Reg's License to Microsoft (this exhibit
14        contains information that has been designated as "Highly Confidential – Outside
15        Counsel Only" by plaintiff Digital Reg; a proposed partially redacted public
16        version is being lodged with the Court).

17   3.   Exhibits 1, 2, 5, 10, 11, 13-19 to the Greenblatt Decl. (these exhibits have been
18        designated as "Highly Confidential – Outside Counsel Only" or "Confidential"
19        by plaintiff Digital Reg).

20   As grounds for the motion, Electronic Arts Inc. and Adobe Systems Incorporated state
21 that the documents or portions of documents for which sealing is requested contain highly
22 confidential information which could harm Electronic Arts Inc. if publicly disclosed, or contain
23 information designated by plaintiff Digital Reg as "Highly Confidential – Outside Counsel
24 Only" or "Confidential" under the terms of the protective order for this case.  *See generally*
25 Greenblatt Admin Decl.  The documents listed above have been given particularized
26 consideration, with attention to the Court's policy of providing public access to the court
27 proceedings.  *See id*.  Therefore Electronic Arts Inc. and Adobe Systems Incorporated
28 respectfully request that the Court grant this motion.

1 | Dated: June 25, 2013        Respectfully submitted,

*/s/ Nathan Greenblatt*
Nathan Greenblatt

WEIL, GOTSHAL & MANGES LLP

Edward R. Reines
Sonal N. Mehta
Nathan Greenblatt
*Attorneys for Defendants*
*Adobe Systems Incorporated and*
*Electronic Arts Inc.*