1  EDWARD R. REINES (SBN 135960)
   edward.reines@weil.com
2  SONAL N. MEHTA (SBN 222086)
   sonal.mehta@weil.com
3  NATHAN GREENBLATT (SBN 262279)
   nathan.greenblatt@weil.com
4  WEIL, GOTSHAL & MANGES LLP
   201 Redwood Shores Parkway
5  Redwood Shores, CA 94065
   Telephone: 650-802-3000
6  Facsimile: 650-802-3100

7  Attorneys for Defendants
   ADOBE SYSTEMS INCORPORATED
8  and ELECTRONIC ARTS INC.

9

# UNITED STATES DISTRICT COURT

10

## NORTHERN DISTRICT OF CALIFORNIA

11

### OAKLAND DIVISION

12

| | |
|---|---|
| DIGITAL REG OF TEXAS, LLC, | Civil Case No. 12-CV-01971 CW (KAW) |
| Plaintiff, | **DECLARATION OF ALEX ZVENIGORODSKY IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT OF NONINFRINGEMENT BASED ON DIGITAL REG'S LICENSE TO MICROSOFT** |
| vs. | |
| ADOBE SYSTEMS INCORPORATED, et al., | |
| Defendants. | |

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  I, Alex Zvenigorodsky, declare:

2          1.      I am a technical director at Electronic Arts Inc. ("EA").  I lead

3  development efforts of the Origin client and I have also formally overseen the efforts of EA

4  Access, also known as Origin Online Activation.  I submit this declaration based on personal

5  knowledge and following a reasonable investigation.  If called upon as a witness, I could

6  competently testify to the truth of each statement herein.

7          2.      Origin is a gaming service that allows users to purchase, download, and

8  manage computer games.  *See* http://www.origin.com/faq.  The Origin system includes a client

9  program and servers.

10         3.      The Origin client, formerly known as EA Download Manager

11 ("EADM"), is a program that a user installs on his or her computer to download, install, and

12 play games.  Until February 2013, the Origin client was available only for computers running

13 Microsoft Windows.  That Windows version of the Origin client can be installed and used only

14 on computers running Windows.  *See* http://www.origin.com/download ("System Requirements

15 . . . Windows XP Service Pack 2 or newer, Windows Vista, or Windows 7").  Without

16 Windows, the Origin client will not allow a user to login to Origin, download games, install

17 games, or play games.

18         4.      Windows provides key, fundamental functionality to the Windows

19 version of the Origin client.  For example, Windows provides process threads and allocates

20 memory to allow the Origin client to run, Windows controls the computer's network card to

21 allow network communications, Windows controls the video screen to allow images to be

22 displayed to a user.  In addition, with respect to the process by which a user logs into Origin,

23 Windows renders the login window (*i.e.*, causes it to be displayed) and processes a user's text

24 entry (via Windows system events).  Without Windows, the Windows version of the Origin

25 client would not work.

26         5.      EA Access is software for checking a user's entitlement to play a

27 computer game.  Until February 2013, EA Access operated only in combination with the

28 Windows operating system.  *See* EA-DR-0014797; EA-DR-27210; EA-DR-27629.   Other

operating systems were not supported.[1]   Beginning in February 2013, EA Access also

supported the Apple Macintosh operating system.

6.    Windows provides key functionality to the Windows version of EA

Access.

Without

Windows, the Windows version of EA Access would not work.

I declare under the penalty of perjury under the laws of the United States of

America that the foregoing is true and correct.

Executed on June 11, 2013, at Redwood Shores, California.

_____
Alex Zvenigorodsky

---

[1] Prior to February 2013, the Mac version of EA's Dragon Age 2 computer game used EA Access via a Windows emulator called Cider, from TransGaming Inc.  The Cider program allows PC games to be enabled on Apple's Mac platform by translating Windows API calls to the Mac operating system.  *See* http://transgaming.com/cider/frequently-asked-questions.   In other words, the Mac version of Dragon Age 2 still incorporated Windows software, namely Windows API calls.

Attachment 1


Powered by EA

About Origin

Origin News

Download Origin

Game Publishing

**FAQ**

**Have a Question?**

**Get The Answers You Need**
Browse our comprehensive
knowledge base or get free
live support through the Origin
Help page.

**See What's New With Origin**
Read about the latest
improvements to the Origin
client in our Release Notes
section.

  facebook.



# Origin FAQ

Home ▸ FAQ

**About Origin**
▾ **What is Origin?**
Origin is a cross-platform gaming service that helps you connect with friends, purchase and
manage your games, and stay up to date on the latest video game news and releases.
Becoming a part of the Origin community also gives you access to exclusive events and
offers.

▸ Why should I use Origin?
▸ What is the Origin client?
▸ Why should I use the Origin client?
▸ How do I create an Origin Account?
▸ How can I make my account more secure?
▸ Can I access Origin on PC, Mac, or on my mobile device?

**Games And Downloads**
▸ How do I download and install the Origin client?
▸ How do I purchase a game?
▸ How do I access a game I've purchased?
▸ How do I download a game?
▸ How do I install a game?
▸ How do I download a game that is in beta?
▸ How do I download a free game or demo?
▸ Can I download a game more than once?
▸ How do I redeem a product code?
▸ Can a game expire if I do not play it?
▸ Can my account be deleted for inactivity?
▸ How do I find a game I've purchased?
▸ Can I stream my gameplay through Origin?
▸ What is the difference between a demo and a free trial?
▸ After playing a free trial, will I have to start over if I purchase the game?
▸ After playing a free trial, will I have to re-download the entire game if I purchase
the game?

the game?

- Are there limitations on how many free trials I can play?

## Cloud Storage
- What is cloud storage?
- How do I enable cloud storage?
- How much can I save to the cloud?

## Unreleased Games
- What is pre-ordering?
- What is pre-loading?
- What is beta?

## Troubleshooting
- My game will not download or install.
- I forgot my password. How do I reset it?

## Unreleased Games
- What is pre-ordering?
- What is pre-loading?
- What is beta?

## Troubleshooting
- My game will not download or install.
- I forgot my password. How do I reset it?

## Data Collection
- What types of data does EA collect through Origin?
- Can I opt out of data collection through Origin?
- Are any other types of data collected through Origin?

© 2013 Electronic Arts Inc. Trademarks belong to their respective owners. All rights reserved.

Attachment 2


Powered by EA

About Origin

Origin News

**Download Origin**

Game Publishing

FAQ

**Have a Question?**

**Get The Answers You Need**
Browse our comprehensive
knowledge base or get free
live support through the Origin
Help page.

**See What's New With Origin**
Read about the latest
improvements to the Origin
client in our Release Notes
section.



Download Origin for PC  ⊙

Download for Mac | System Requirements

## Download Origin

Home › Download Origin

**Download Origin for PC** to play anywhere, challenge friends, explore exciting new games,
and stay connected to the Origin community. Origin In Game and chat features make for a
lively social experience, our broadcasting feature allows you to easily broadcast your
gameplay to Twitch, and cloud saves conveniently let you save and continue your games
from any computer connected to Origin.

### System Requirements

15MB of available disk space
Windows XP Service Pack 2 or newer, Windows Vista, or Windows 7
1GHz processor
512MB RAM

**System Requirements for Mac**

© 2013 Electronic Arts Inc. Trademarks belong to their respective owners. All rights reserved.
Shop at Origin | Legal Notices | Terms of Services | Privacy Policy | Corporate Info | EA Terms of Sale | Contact Us

Attachment 3





REDACTED









Attachment 4




REDACTED





Attachment 5




REDACTED



