STEFANI SHANBERG, State Bar No. 206717
sshanberg@wsgr.com
RYAN R. SMITH, State Bar No. 229323
rsmith@wsgr.com
WILSON SONSINI GOODRICH & ROSATI, Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

M. CRAIG TYLER (*Pro Hac Vice*)
ctyler@wsgr.com
WILSON SONSINI GOODRICH & ROSATI, Professional Corporation
900 South Capital of Texas Highway
Las Cimas IV, Fifth Floor
Austin, Texas 78746-5546
Telephone:     (512) 338.5400
Facsimile:     (512) 338.5499

Attorneys for Defendant
SYMANTEC CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIGITAL REG OF TEXAS, LLC, | Case No.: 4:12-cv-01971-CW (KAW) |
| Plaintiff, | |
| v. | **DECLARATION OF JAMES KAZANEGRAS IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT OF NONINFRINGEMENT BASED ON DIGITAL REG'S LICENSE TO MICROSOFT** |
| ADOBE SYSTEMS INCORPORATED, VALVE CORPORATION, ELECTRONIC ARTS, INC., UBISOFT ENTERTAINMENT, INC., SYMANTEC CORPORATION, INTUIT INC., AVG TECHNOLOGIES USA, INC., ZYNGA GAME NETWORK INC., and ZYNGA, INC. | |
| | Honorable Claudia Wilken |
| Defendants. | |

# DECLARATION OF JAMES KAZANEGRAS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF NONINFRINGEMENT

I, James Kazanegras, declare as follows:

1. I am currently employed by Symantec Corporation ("Symantec") which is a defendant in the above-entitled action.

2. I worked at Symantec from 1991 until 1995 in technical support and quality assurance. I then left the company, but returned in 2003 as a software developer. Since returning to Symantec I have worked on the consumer licensing aspect of Symantec's Norton-branded products.

3. Symantec's Norton products protect customers' computers from computer viruses and other threats such as identity theft, and protect children from Internet dangers.

4. Generally, Symantec's Norton products run on Microsoft operating systems. Symantec developed a separate subset of Norton products that run on the Mac OS X operating system.

5. Symantec's Norton products also are designed to work with the Microsoft Internet Explorer web browser and other Microsoft products such as Outlook and Microsoft Messenger.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 12, 2013.

By: _____
James Kazanegras

DECLARATION OF JAMES KAZANEGRAS     1     Case No.: 4:12-cv-01971-CW