STEFANI SHANBERG, State Bar No. 206717
sshanberg@wsgr.com
RYAN R. SMITH, State Bar No. 229323
rsmith@wsgr.com
WILSON SONSINI GOODRICH & ROSATI, Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 565-5100

M. CRAIG TYLER (*Pro Hac Vice*)
ctyler@wsgr.com
WILSON SONSINI GOODRICH & ROSATI, Professional Corporation
900 South Capital of Texas Highway
Las Cimas IV, Fifth Floor
Austin, Texas 78746-5546
Telephone:     (512) 338.5400
Facsimile:      (512) 338.5499

Attorneys for Defendant
SYMANTEC CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIGITAL REG OF TEXAS, LLC, | Case No.: 4:12-cv-01971-CW (KAW) |
| Plaintiff, | |
| v. | **DECLARATION OF HOLLY BAUDLER IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT OF NONINFRINGEMENT BASED ON DIGITAL REG'S LICENSE TO MICROSOFT** |
| ADOBE SYSTEMS INCORPORATED, VALVE CORPORATION, ELECTRONIC ARTS, INC., UBISOFT ENTERTAINMENT, INC., SYMANTEC CORPORATION, INTUIT INC., AVG TECHNOLOGIES USA, INC., ZYNGA GAME NETWORK INC., and ZYNGA, INC. | |
| | Honorable Claudia Wilken |
| Defendants. | |

1        1.      I am an attorney with the law firm of Wilson Sonsini Goodrich & Rosati P.C., and

2   I am admitted to practice law in the State of California and before this Court. I make this

3   declaration in support of Defendants' Motion for Partial Summary Judgment of Non-

4   infringement Based on Digital Reg's License to Microsoft. I have personal knowledge of the

5   facts set forth herein and, if called as a witness, could and would testify competently thereto.

6        2.      Attached hereto as Exhibit A is a true and correct copy of excerpts from Digital

7   Reg's infringement contentions against Symantec, served on October 28, 2011.

8        3.      Attached hereto as Exhibit B are true and correct copies of pages published on

9   Symantec's web site showing the system requirements for Norton AntiVirus, Norton Internet

10  Security, and Norton 360, which indicate that each of these products requires a Microsoft

11  operating system.

12       4.      Attached hereto as Exhibit C are true and correct copies of pages published on

13  Symantec's web site showing the system requirements for the Mac versions of Norton

14  AntiVirus and Norton Internet Security.

15       I declare under penalty of perjury that the foregoing is true and correct and based on my

16  personal knowledge.

17       Executed on June 13, 2013, in Palo Alto, California.

18

19                              By:   /s/ Holly B. Baudler
                                      Holly B. Baudler
20

21

22

23

24

25

26

27

28

DECLARATION OF HOLLY BAUDLER                    1                           Case No.: 4:12-cv-01971-CW

Exhibit A

6,751,670: SYMANTEC SOFTWARE ACTIVATION

## 6,751,670 "Tracking Electronic Content"

Plaintiff accuses the provision, use and operation of the Symantec Software Activation of directly infringing U.S. Patent No. 6,751,670 (the "670 patent"). The term "Accused System and Method" means the Symantec Software Activation and all associated computer hardware, software and digital content.

Plaintiff further accuses Symantec of indirectly infringing the '670 Patent through providing, authorizing and instructing regarding the Accused System and Method to others, including its customers. Installing or activating the Accused System and the operation thereof directly infringe the asserted claims. Symantec intends to cause infringement by its customers and users. Symantec instructs users to use the Accused System and Method in an infringing manner. Symantec further instructs users to configure and operate the Accused System and Method in an infringing manner. Symantec also provides support services for the Accused System and Method, including providing instructions, guides, online materials and technical support.

The asserted claims include elements that are implemented, at least in part, by proprietary electronics and software in the Accused System and Method. The precise designs, data structures, processes, and algorithms used in them are held secret, at least in part, and are not publicly available in their entirety. An analysis of Symantec's documentation and/or source code may be necessary to fully and accurately describe all infringing features and functionality of the Accused System and Method and, accordingly, Plaintiff reserves the right to supplement these contentions once such information is made available to Plaintiff. Furthermore, Plaintiff reserves the right to revise these contentions, including as discovery in the case progresses, in view of the Court's final claim construction in this action and in connection with the provision of its expert reports.

*Digital Reg of Texas, LLC v. Adobe Systems Incorporated et al.* (Civil Action No. 6:11-CV-305)
Digital Reg's P. R. 3-1 Disclosure of Asserted Claims and Preliminary Infringement Contentions to Symantec
Page 1

6,751,670: SYMANTEC SOFTWARE ACTIVATION

| transmitting notification information when the electronic content is accessed by a successive recipient to the address, wherein the address is an address other than that of an immediate sender of the electronic content. | aw%3D%3D/sno/0 |
| --- | --- |
| | The Accused System and Method transmits notification information when the software content is accessed by a client, who is a successive recipient, having received the software from a distribution computer such as a file or web server, which received the software from a computer used to develop, stage, and/or package it. Notification information is transmitted to a license/activation server, which is not the immediate sender of the content. |
| | http://store.norton.com/ |
| | **Featured Products** |
| |  |

Digital Reg of Texas, LLC v. Adobe Systems Incorporated et al. (Civil Action No. 6:11-CV-305)
Digital Reg's P. R. 3-1 Disclosure of Asserted Claims and Preliminary Infringement Contentions to Symantec
Page 9

6,751,670: SYMANTEC SOFTWARE ACTIVATION



*Digital Reg of Texas, LLC v. Adobe Systems Incorporated et al.* (Civil Action No. 6:11-CV-305)
Digital Reg's P. R. 3-1 Disclosure of Asserted Claims and Preliminary Infringement Contentions to Symantec
Page 10

## 6,751,670: SYMANTEC SOFTWARE ACTIVATION

| | |
|---|---|
| 2. The method of claim 1, wherein the executable instructions further deny access until an access granting message is received in response to the successful transmission of notification information. | **Activate Norton 360 Version 5.0**<br><br>1. Make sure that your computer is connected to Internet.<br><br>2. Start Norton 360.<br><br>3. At the right bottom corner of the Norton program window, click **Activate Now**.<br><br>4. Type in your Product Key.<br>　○ Product Key is a unique 25-character alpha numeric key found on a yellow sticker on the back of the CD sleeve. For download purchase, you can find it in the confirmation email.<br>　○ If your product came with your computer, you may not have to enter the Product Key. You can skip this step.<br><br>5. Click **Next**.<br><br>6. In the Norton Account Window, enter your email address and click **NEXT**.<br>　Your Norton 360 checks the existing Norton Accounts using the email address.<br><br>7. Depending on your situation, do one of the following:<br>　○ If Norton 360 finds your Norton Account, enter the password and click **SIGN IN**.<br>　○ If Norton 360 does not find any existing Norton Account, complete the form to create a new Norton Account, and then click **NEXT**.<br><br>8. Review your subscription details, and then click **DONE**.<br>　Your copy of Norton 360 is now activated.<br><br>https://www-secure.symantec.com/norton-support/jsp/help-solutions.jsp?docid=20100802145759EN&lg=english&ct=united+states&product=home&version=1&pvid=f-home<br><br>The Accused System and Method denies access to the content until an access granting message is received in response to the successful transmission of notification information. |

7,673,059: SYMANTEC SOFTWARE ACTIVATION

## 7,673,059: "Tracking Electronic Content"

Plaintiff accuses the provision, use and operation of Symantec Software Activation of directly infringing U.S. Patent No. 7,673,059 (the "'059 patent"). The term "Accused System and Method" means Symantec Software Activation and all associated computer hardware, software and digital content.

Plaintiff further accuses Symantec of indirectly infringing the '059 Patent through providing, authorizing and instructing regarding the Accused System and Method to others, including its customers. Installing or activating the Accused System and the operation thereof directly infringe the asserted claims. Symantec intends to cause infringement by its customers and users. Symantec instructs users to use the Accused System and Method in an infringing manner. Symantec further instructs users to configure and operate the Accused System and Method in an infringing manner. Symantec also provides support services for the Accused System and Method, including providing instructions, guides, online materials and technical support.

The asserted claims include elements that are implemented, at least in part, by proprietary electronics and software in the Accused System and Method. The precise designs, data structures, processes, and algorithms used in them are held secret, at least in part, and are not publicly available in their entirety. An analysis of Symantec's documentation and/or source code may be necessary to fully and accurately describe all infringing features and functionality of the Accused System and Method and, accordingly, Plaintiff reserves the right to supplement these contentions once such information is made available to Plaintiff. Furthermore, Plaintiff reserves the right to revise these contentions, including as discovery in the case progresses, in view of the Court's final claim construction in this action and in connection with the provision of its expert reports.

*Digital Reg of Texas, LLC v. Adobe Systems Incorporated et al.* (Civil Action No. 6:11-CV-305)
Digital Reg's P. R. 3-1 Disclosure of Asserted Claims and Preliminary Infringement Contentions to Symantec
Page 1

7,673,059: SYMANTEC SOFTWARE ACTIVATION



Digital Reg of Texas, LLC v. Adobe Systems Incorporated et al. (Civil Action No. 6:11-CV-305)
Digital Reg's P. R. 3-1 Disclosure of Asserted Claims and Preliminary Infringement Contentions to Symantec
Page 12

http://www.symantec.com/norton/ps/3up_nl_nl_navnis360t1.html?om_sem_cid=hho_sem_syrus:ggl:en:el
kw0000006084|693572263&country=US

7,673,059: SYMANTEC SOFTWARE ACTIVATION



http://buy.norton.com/estore/mf/cart

*Digital Reg of Texas, LLC v. Adobe Systems Incorporated et al.* (Civil Action No. 6:11-CV-305)
Digital Reg's P. R. 3-1 Disclosure of Asserted Claims and Preliminary Infringement Contentions to Symantec
Page 13

7,673,059: SYMANTEC SOFTWARE ACTIVATION

| | |
|---|---|
| 19. The method of claim 16, further comprising the step of obtaining user information when the computer executable instructions are executed. |   https://buy.norton.com/estore/mf/billing  The Accused System and Method obtains user information when the computer executed instructions are executed. This information may include data that identifies a user and/or the user's machine. |

*Digital Reg of Texas, LLC v. Adobe Systems Incorporated et al.* (Civil Action No. 6:11-CV-305)
Digital Reg's P. R. 3-1 Disclosure of Asserted Claims and Preliminary Infringement Contentions to Symantec
Page 14

Exhibit B



Norton™ AntiVirus

# Send viruses packing
## Introducing the new Norton AntiVirus.

Basic antivirus protection that stops viruses and
spyware, so you can safely go online and share.

- Five patented layers of protection quickly and
  accurately detect and eliminate viruses and spyware.
- Lets you download and freely share without getting
  or passing on viruses.
- Protects your privacy and prevents your passwords
  and identity from being stolen when you surf the
  Web.

Upgrade|Renew

- 1 Year/1 PC
- 2 Years/1 PC
- 5-User Pack

$ 49.99    **Buy Now**

---



Key Features        System Requirements

**Operating Systems Supported**

- Microsoft® Windows® XP (32-bit) Home/Professional/Tablet PC/Media Center (32-bit) with Service Pack 2 or later
- Microsoft Windows Vista® (32-bit and 64-bit) Starter/Home Basic/Home Premium/Business/Ultimate with Service Pack 1 or later
- Microsoft Windows 7 (32-bit and 64-bit) Starter/Home Basic/Home Premium/Professional/Ultimate
- Microsoft Windows 8 and Windows 8 Pro (32-bit and 64-bit)

**Minimum Hardware Requirements**

- 300 MHz for Microsoft Windows XP, 1 GHz for Microsoft Windows Vista/Microsoft Windows 7/Windows 8
- 256 MB of RAM
- 300 MB of available hard disk space
- CD-ROM or DVD drive (if not installing via electronic download)

**Browser Support for Vulnerability Protection**

- Microsoft Internet Explorer® 7.0 or higher (32-bit only)[1]
- Mozilla® Firefox® (32-bit only)[1,2]

**Email scanning supported for POP3-compatible email clients**

**Already a Norton Customer?**

Get Technical Support
Get Product Manual
Visit Norton Forums
Visit Customer Service
Get Latest Product Features
Access Norton Account




Powerful as one, two, three.
Introducing the all new Norton lineup.
See Our New Products

AV-TEST Real World Protection and Remediation Testing Report , August 2012

[1]Symantec provides free 24x7 chat and phone support for a period of one year. Continuing support is available with an active service period subscription. Renewing your service period subscription and updating to the latest product version may be required to access support. NortonLive Services sold separately. For full details and to access support, go to www.symantec.com/globalsupport.

**1 Year Protection:** With this service, you receive the right to use this product on one PC or on the specified number of PCs during the service period, which begins upon initial installation and activation. This renewable service includes protection updates and new product features as available during the service period, subject to acceptance of the Norton License Agreement included with this product and available for review at www.symantec.com. Product features may be added, modified, or removed during the service period.

Copyright ® 2012 Symantec Corporation. All rights reserved. Symantec, the Symantec Logo, the Checkmark Logo, Norton, Norton 360, and NortonLive are trademarks or registered trademarks of Symantec Corporation or its affiliates in the U.S. and other countries. Microsoft, Internet Explorer, Outlook, Windows, Windows Vista, and the Windows Logo are either registered trademarks or trademarks of Microsoft Corporation in the United States and/or other countries. Google Chrome is a trademark of Google, Inc. Firefox is a registered trademark of Mozilla Foundation.

Norton.com        Products & Services        **Norton Antivirus™**

| **Products** | **Services** | **Support** |
|---|---|---|
| Norton 360 | NortonLive Services | Norton Support |
| Norton Internet Security | Ultimate Help Desk | Norton Update Center |
| Norton AntiVirus | Spyware and Virus Removal | DNSChanger |
| Norton One | Norton Online Family | |
| Norton 360 Multi-Device | Norton Safe Web | |
| Norton Ghost | | |
| Norton Online Backup | | |
| Norton Utilities | | |
| Norton Secured Seal | | |

1995 - 2012 Symantec Corporation    | Legal Notice    | License Agreement    | Privacy Policy    | Site Map    | RSS

**Norton**  Small & Medium Business   Enterprise   Partners

United States        Search

Products & Services    Security Center    Support    Downloads    Community    Upgrade/Renew    Cart

Norton™ Internet Security



Bank, shop and socialize—securely.
Norton™ Internet Security.

Scans your PC to identify and eliminate online
threats, so you can bank, shop and socialize
securely while keeping your kids safer online.

- Blocks sites that "phish" for personal information
  and credit card numbers
- Destroys hard-to-remove infections that free anti-
  virus or less advanced products often overlook
- Prevents "clickjacking" and simplifies using
  strong passwords for your accounts
- Includes free, 24x7 live support for you, anytime

Upgrade | Renew    Also works with
Windows 7, XP and
Vista.

- 1 Year/3 PCs                    Save $30
- 2 Years/3 PCs
- 3 Years/3 PCs

$79.99  $49.99        Buy Now

---

Benefits for You        Compare Chart        System Requirements

**Operating Systems Supported**

- Microsoft® Windows® XP (32-bit) Home/Professional/Tablet PC/Media Center (32-bit) with Service Pack 2 or later
- Microsoft Windows Vista® (32-bit and 64-bit) Starter/Home Basic/Home Premium/Business/Ultimate with Service Pack 1 or later
- Microsoft Windows 7 (32-bit and 64-bit) Starter/Home Basic/Home Premium/Professional/Ultimate
- Microsoft Windows 8 and Windows 8 Pro (32-bit and 64-bit)

**Minimum Hardware Requirements**

- 300 MHz for Microsoft Windows XP, 1 GHz for Microsoft Windows Vista/Microsoft Windows 7/Windows 8
- 256 MB of RAM
- 300 MB of available hard disk space
- CD-ROM or DVD drive (if not installing via electronic download)

**Browser Support for Phishing Protection, Safe Search, and Password Management**

- Microsoft Internet Explorer® 7.0 or higher (32-bit only)[1]
- Mozilla® Firefox® (32-bit only)[1,2]
- Google Chrome™[1,2]

  [1]As made available by Symantec within your service period.
  [2]Supports current and the most recent previous 32-bit major releases.

**Browser Support for Vulnerability Protection**

- Microsoft Internet Explorer® 7.0 or higher (32-bit only)[1]
- Mozilla® Firefox® (32-bit only)[1,2]

  [1]As made available by Symantec within your service period.
  [2]Supports current and the most recent previous 32-bit major releases.

**Support for Antispam**

- Microsoft Outlook® 2002 or later

Already a Norton Customer?

Access Your Norton Account
Visit Norton Update Center
Visit Norton Forums
**Get Technical Support**
- Help to download and install your
  product
- Help to fix incorrectly expired
  subscription
- Get Product Manual



Norton Zone
powered by Symantec

Meet Norton Zone™
Cloud file-sharing made
easy and safe.

FREE          GET IT FREE

- Microsoft Outlook Express 6.0 or later
- Windows Mail (spam filtering only)

**Email scanning supported for POP3-compatible email clients**

AV-TEST Real World Protection and Remediation Testing Report , August 2012

[1]Symantec provides free 24x7 chat and phone support for a period of one year. Continuing support is available with an active service period subscription. Renewing your service period subscription and updating to the latest product version may be required to access support. NortonLive Services sold separately. For full details and to access support, go to www.symantec.com/globalsupport.

[2]Internet Explorer, Firefox, and Chrome browsers only. Supports Google, Bing, Yahoo!, and Ask search engines.

**1 Year Protection:** With this service, you receive the right to use this product on one PC or on the specified number of PCs during the service period, which begins upon initial installation and activation. This renewable service includes protection updates and new product features as available during the service period, subject to acceptance of the Norton™ License Agreement included with this product and available for review at www.symantec.com. Product features may be added, modified, or removed during the service period.

Copyright © 2013 Symantec Corporation. All rights reserved. Symantec, the Symantec Logo, the Checkmark Logo, Norton™, Norton 360™, and NortonLive are trademarks or registered trademarks of Symantec Corporation or its affiliates in the U.S. and other countries. Microsoft, Internet Explorer, Outlook, Windows, Windows Vista, and the Windows Logo are either registered trademarks or trademarks of Microsoft Corporation in the United States and/or other countries. Google Chrome is a trademark of Google, Inc. Firefox is a registered trademark of Mozilla Foundation.

| Norton.com | Products & Services | **Norton™ Internet Security** |
|---|---|---|

**Products**

Norton 360
Norton Internet Security
Norton AntiVirus
Norton One
Norton 360 Multi-Device
Norton Online Backup
Norton Utilities
Norton Family Premier
Norton Mobile Security
Norton Zone

**Services**

NortonLive Services
Ultimate Help Desk
Spyware and Virus Removal
Norton Safe Web

**Support**

Norton Support
Norton Update Center
Java Vulnerability
Windows 8 Security
Windows 8 Apps

©1995 - 2013 Symantec Corporation    | Legal Notice   | License Agreement   | Privacy Policy   | Cookies   | Site Map   | RSS



United States          Search

Products & Services      Security Center      Support      Downloads      Community      Store      Cart

Norton 360™



# Top-ranked Protection.
## Norton 360™ Version 6.0

Superior, easy-to-use protection and backup for all your important stuff

- Effective protection from online threats
- Automatic backup protects your important stuff from loss
- Includes 2 GB of online storage

Upgrade | Renew

| 1 Year for up to 3 PCs |
| 2 Years for up to 3 PCs |
| 3 Years for up to 3PCs |
| 1 Year for 5 PCs |

~~$89.99~~  $69.99          **Buy Now**

---

Key Features        Comparison Chart        System Requirements

**Operating Systems Supported**

- Microsoft® Windows® XP (32-bit) Home/Professional/Tablet PC/Media Center (32-bit) with Service Pack 2 or later
- Microsoft Windows Vista® (32-bit and 64-bit) Starter/Home Basic/Home Premium/Business/Ultimate with Service Pack 1 or later
- Microsoft Windows 7 (32-bit and 64-bit) Starter/Home Basic/Home Premium/Professional/Ultimate

**Minimum Hardware Requirements**

- 300 MHz for Microsoft Windows XP, 1 GHz for Microsoft Windows Vista/Microsoft Windows 7
- 256 MB of RAM
- 300 MB of available hard disk space
- CD-ROM or DVD drive (if not installing via electronic download)

**Browser Support for Phishing Protection, Safe Search, and Password Management**

- Microsoft Internet Explorer® 6.0 or later (32-bit only)
- Mozilla® Firefox® 3.0 and later (32-bit only)
- Google Chrome™ browser 10.0 or higher

**Support for Antispam**

- Microsoft Outlook® 2002 or later
- Microsoft Outlook Express 6.0 or later
- Windows Mail (spam filtering only)

**Browser Support for Vulnerability Protection**

- Microsoft Internet Explorer® 6.0 or later (32-bit only)
- Mozilla® Firefox® 3.0 and later (32-bit only)

**Email scanning supported for POP3-compatible email clients**

### Already a Norton Customer?

Get Technical Support
Get Product Manual
Visit Norton Forums
Visit Customer Service
Get Latest Product Features
Access Norton Account



Norton 360 Multi-Device

Combined protection for your PC, Mac and Android™

Learn more          NEW

---

AV-TEST Real World Protection and Remediation Testing Report, January 2012

*Internet Explorer, Firefox, and Chrome browsers only. Supports Google, Bing, Yahoo!, and Ask search engines.

**Symantec provides free 24x7 chat and phone support for a period of one year. Continuing support is available with an active service period subscription. Renewing your service period subscription and updating to the latest product version may be required to access support. NortonLive™ Services sold separately. For full details and to access support, go to www.symantec.com/globalsupport

1 Year Protection: With this service, you receive the right to use this product on one PC or on the specified number of PCs during the service period, which begins upon initial installation and activation. This renewable service includes protection updates and new product features as available during the service period, subject to acceptance of the Norton License Agreement included with this product and available for review at www.symantec.com. Product features may be added, modified, or removed during the service period.

Copyright© 2012 Symantec Corporation. All rights reserved. Symantec, the Symantec Logo, the Checkmark Logo, Norton, Norton 360, and NortonLive are trademarks or registered trademarks of Symantec Corporation or its affiliates in the U.S. and other countries. Microsoft Windows and Windows Vista are trademarks of Microsoft Corporation. Other names may be trademarks of their respective owners.

Norton.com        Products & Services        **Norton 360 Version 6.0**

**Products**

Norton 360

Norton Internet Security

Norton AntiVirus

Norton One

Norton 360 Everywhere

Norton Ghost

Norton Utilities

VeriSign Seal

**Services**

NortonLive Services

Ultimate Help Desk

Spyware and Virus Removal

Norton Online Family

Norton Safe Web

**Support**

Norton Support

Norton Update Center

©1995 - 2012 Symantec Corporation   | Legal Notice   | License Agreement   | Privacy Policy   | Site Map   |  RSS

Case4:12-cv-01971-CW   Document401-13   Filed06/25/13   Page19 of 24

Exhibit C

Norton   Small & Medium Business   Enterprise   Partners

United States                    Search

Products & Services    Security Center    Support    Downloads    Community    Upgrade/Renew          Cart

**Norton™ AntiVirus 12 for Mac®**



# Powerful protection for your Mac
## Norton™ AntiVirus 12 for Mac®

Powerful protection against viruses and spyware that won't slow down your Mac.

- Daily updates to protect your Mac® from late-breaking threats.
- Protects against viruses, software vulnerabilities and spyware.
- Safeguards iPhoto® pictures, iTunes® media and more.

Upgrade

1 year protection for 1 Mac

$49.99          **Buy Now**



Benefits for You        System Requirements

### Operating Systems Supported

**Norton™ AntiVirus 12 for Mac®**

Mac® OS X 10.7 and 10.8

**Norton™ AntiVirus 11 for Mac®**

Mac OS X 10.4.11 – 10.6.8 running on Intel® and Power-PC based Macs

### Minimum Hardware Requirements

- Mac system with Intel® Core™ 2 Duo processor
- 2 GB of RAM (already required for Mac OS X 10.7 and 10.8)
- 1.5 GB of available hard disk space
- Internet connection required for LiveUpdate™ security updates
- CD-ROM or DVD drive (if not installing via electronic download)

Already a Norton Customer?

Access Your Norton Account
Visit Norton Update Center
Visit Norton Forums
**Get Technical Support**
- Help to download and install your product
- Help to fix incorrectly expired subscription
- Get Product Manual



Meet Norton Zone™
Cloud file-sharing made easy *and* safe.

FREE        **GET IT FREE**

ᶦ**Need Help?** Symantec provides free 24x7 chat and phone support for a period of one year. Continuing support is available with an active service period subscription. Renewing your service period subscription and updating to the latest product version may be required to access support. NortonLive™ Services sold separately. For full details and to access support, go to www.norton.com/globalsupport. Not available with ISP version.

**1 Year Protection: With Norton AntiVirus 12 for Mac** (supporting Mac OS® X 10.7 and 10.8) you receive a license to use the product on the specified number of Macs during a renewable one year service period which begins upon initial installation and activation, together with protection updates and new product features as available throughout the service period. Product features may be added, modified, or removed during the service period.

**With Norton AntiVirus 11 for Mac** (supporting Mac OS X 10.4.11 - 10.6.8) you receive a license to use the product together with a renewable one-year subscription to receive virus protection and scanning engine updates which begins upon initial installation and activation.

Use of each product is subject to acceptance of the Norton License Agreement included with the product and available for review at www.symantec.com.

Copyright © 2013 Symantec Corporation. All rights reserved. Symantec, the Symantec Logo, the Checkmark Logo, Norton, NortonLive and LiveUpdate are trademarks or registered trademarks of Symantec Corporation or its affiliates in the U.S. and other countries. Apple, Mac, Macintosh, Mac OS, iChat, iMovie, iPhoto, and iTunes are registered trademarks of Apple Inc. in the United States and/or other countries. Other names may be trademarks of their respective owners.

Norton.com    Products & Services    **Norton™ AntiVirus for Mac®**

| **Products** | **Services** | **Support** |
|---|---|---|
| Norton 360 | NortonLive Services | Norton Support |
| Norton Internet Security | Ultimate Help Desk | Norton Update Center |
| Norton AntiVirus | Spyware and Virus Removal | Java Vulnerability |
| Norton One | Norton Safe Web | Windows 8 Security |
| Norton 360 Multi-Device | | Windows 8 Apps |
| Norton Online Backup | | |
| Norton Utilities | | |
| Norton Family Premier | | |
| Norton Mobile Security | | |
| Norton Zone | | |

©1995 - 2013 Symantec Corporation   |  Legal Notice   |  License Agreement   |  Privacy Policy   |  Cookies   |  Site Map   |  RSS



Norton  Small & Medium Business  Enterprise  Partners

United States        Search

Products & Services    Security Center    Support    Downloads    Community    Upgrade/Renew        Cart

**Norton™ Internet Security 5 for Mac®**



# Powerful protection for your Mac
## Norton™ Internet Security 5 for Mac®

Advanced protection to surf, bank and shop online with your Mac.

- Keeps your identity safe online
- Daily updates to protect your Mac® from late-breaking threats.
- Protects against viruses, spyware, hackers and more.
- Protects your iPhoto® and iTunes® stuff from threats.

Upgrade



1 year protection for 1 Mac

~~$79.99~~  $69.99   **Buy Now**

---

Already a Norton Customer?

Access Your Norton Account
Visit Norton Update Center
Visit Norton Forums

**Get Technical Support**
- Help to download and install your product
- Help to fix incorrectly expired subscription
- Get Product Manual

Benefits for You        System Requirements

## Operating Systems Supported

**Norton Internet Security 5 For Mac**

- Mac OS® X 10.7 and 10.8

**Browser Support**

- Safari® [1, 2]
- Mozilla® Firefox® [1,2]

**Norton Internet Security 4[3] for Mac**

- Mac OS X 10.4.11–10.6.8 running on Intel® and PowerPC-based Macs

## Minimum Hardware Requirements

- Mac® system with Intel® Core 2 Duo processor
- 2 GB of RAM (already required for Mac OS X 10.7 and 10.8)
- 1.5 GB of available hard disk space
- Internet connection required for LiveUpdate™ security updates
- CD-ROM or DVD drive (if not installing via electronic download)

## Instant Messaging Clients Supported for Confidential Data Filtering

- iChat® 5.x
- Microsoft® Messenger 7.0.1 for Mac
- Yahoo!® Instant Messenger 3.0 for Mac
- AIM® for Mac

[1] As made available by Symantec within your service period.
[2] Supports current and the most recent previous release.
[3] Norton Internet Security 4 for Mac does not include Antiphishing protection.



Meet Norton Zone™
Cloud file-sharing made easy and safe.

FREE

**GET IT FREE**

'**Need Help?** Symantec provides free 24x7 chat and phone support for a period of one year. Continuing support is available with an active service period subscription. Renewing your service period subscription and updating to the latest product version may be required to access support. NortonLive™ Services sold separately. For full details and to access support, go to www.norton.com/globalsupport. Not available in ISP version.

**1 Year Protection:** With Norton™ Internet Security 5 for Mac® (supporting Mac OS® X 10.7 and 10.8) you receive a license to use the product on the specified number of Macs during a renewable one-year service period which begins upon initial installation and activation, together with protection updates and new product features as available throughout the service period. Product features may be added, modified or removed during the service period.

With Norton™ Internet Security 4 for Mac® (supporting Mac OS® X 10.4.11 - 10.6.8) you receive a license to use the product together with a renewable one-year subscription to receive virus protection and scanning engine updates which begins upon initial installation and activation.

Use of this product is subject to acceptance of the Norton License Agreement included with the product and available for review at www.symantec.com.

Copyright© 2013 Symantec Corporation. All rights reserved. Symantec, the Symantec Logo, the Checkmark Logo, Norton, NortonLive and LiveUpdate are trademarks or registered trademarks of Symantec Corporation or its affiliates in the U.S. and other countries. Apple, Macintosh, Mac OS, iChat, iMovie, iPhoto, and iTunes are registered trademarks or trademarks of Apple Inc. in the United States and/or other countries. Other names may be trademarks of their respective owners.

Norton.com        Products & Services        **Norton™ Internet Security for Mac®**

**Products**                    **Services**                        **Support**

Norton 360                      NortonLive Services                 Norton Support
Norton Internet Security        Ultimate Help Desk                  Norton Update Center
Norton AntiVirus                Spyware and Virus Removal           Java Vulnerability
Norton One                      Norton Safe Web                     Windows 8 Security
Norton 360 Multi-Device                                             Windows 8 Apps
Norton Online Backup
Norton Utilities
Norton Family Premier
Norton Mobile Security
Norton Zone

©1995 - 2013 Symantec Corporation   |  Legal Notice   |  License Agreement   |   Privacy Policy   |   Cookies   |   Site Map   |   RSS

