EDWARD R. REINES (SBN 135960)
edward.reines@weil.com
SONAL N. MEHTA (SBN 222086)
sonal.mehta@weil.com
NATHAN GREENBLATT (SBN 262279)
nathan.greenblatt@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: 650-802-3000
Facsimile: 650-802-3100

Attorneys for Defendants
ADOBE SYSTEMS INCORPORATED
and ELECTRONIC ARTS INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| DIGITAL REG OF TEXAS, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> ADOBE SYSTEMS INCORPORATED, et al., <br><br> Defendants. | Civil Case No. 12-CV-01971 CW (KAW) <br><br> **DECLARATION OF ERIC WILDE IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT OF NONINFRINGEMENT BASED ON DIGITAL REG'S LICENSE TO MICROSOFT** |

I, Eric Wilde, declare:

1. I am an employee of Defendant Adobe Systems Incorporated ("Adobe") in the above-captioned matter. I submit this declaration based on personal knowledge and following a reasonable investigation. If called upon as a witness, I could competently testify to the truth of each statement herein.

2. I have worked for Adobe for 20 years, and my current job title is Senior Engineering Manager. During my time at Adobe, I have worked extensively on projects related to Adobe's volume licensing efforts.

3. As a result of my work, I am familiar with Adobe's Licensing Website (LWS), which is a web-based tool that provides certain information, such as product serial numbers, number of downloads, and purchase histories, and functionality to Adobe's volume licensing customers.

4. Currently, Adobe only supports volume licensing for customers using certain versions of either Microsoft Windows or Macintosh operating systems.

5. In some instances, Adobe volume licensing customers may be able to download previously purchased software from LWS. In such a scenario, the entire process, from providing the information to verify access to the particular software to downloading it from LWS, is coordinated by the user's browser and operating system. For example, if the LWS user is seeking to download software to a machine running Windows, a standard Windows operating system dialog box will prompt the user to save the software on their machine. Before the user can download the software, he/she must first choose an appropriate folder to save the software within the Windows architecture, and the software bits will be downloaded to their machine from Akamai storage location in a process that is controlled by Windows Application Programming Interfaces (APIs). Without the Windows APIs, or the underlying Windows architecture and operation, it would not be possible to download previously purchased software from LWS in such a scenario.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DECLARATION OF ERIC WILDE IN
SUPPORT OF DEFENDANTS' MOTION FOR
PARTIAL SUMMARY JUDGMENT

1

CIVIL CASE NO. 12-01971 CW

Executed on June 18, 2013, at San Jose, California.

_____
Eric Wilde

**DECLARATION OF ERIC WILDE IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT**                    2                    CIVIL CASE NO. 12-01971 CW