1

2

EDWARD R. REINES (SBN 135960)
edward.reines@weil.com
SONAL N. MEHTA (SBN 222086)
sonal.mehta@weil.com
NATHAN GREENBLATT (SBN 262279)
nathan.greenblatt@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone:  650-802-3000
Facsimile:  650-802-3100

3

4

5

6

7

8

Attorneys for Defendants
ADOBE SYSTEMS INCORPORATED
and ELECTRONIC ARTS INC.

9

10

11

12

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

13

14

15

16

17

18

DIGITAL REG OF TEXAS, LLC,

Plaintiff,

vs.

ADOBE SYSTEMS INCORPORATED, et al.,

Defendants.

Civil Case No. 12-CV-01971 CW (KAW)

**DECLARATION OF JONATHAN HERBACH IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT OF NONINFRINGEMENT BASED ON DIGITAL REG'S LICENSE TO MICROSOFT**

19

20

21

22

23

24

25

26

27

28

1    I, Jonathan Herbach, declare:

2        1.    I am an employee of Defendant Adobe Systems Incorporated ("Adobe")

3    in the above-captioned matter.  I submit this declaration based on personal knowledge and

4    following a reasonable investigation.  If called upon as a witness, I could competently testify to

5    the truth of each statement herein.

6        2.    I submit this declaration pursuant to Civil Local Rule 79-5(d), in support

7    of Adobe System Incorporated's Motion for Partial Summary Judgment Based on A License to

8    The Asserted Patents.

9        3.    I have worked for Adobe for 12 years, and my current job title is Senior

10   Product Manager.  During my time at Adobe, I have worked extensively on projects related to

11   Adobe's LiveCycle products.

12       4.    Adobe LiveCycle is an enterprise document control and management

13   system that allows control over usage rights and access to documents.  Adobe LiveCycle Rights

14   Management is a server-based security system that provides dynamic control over documents.

15   As such, LiveCycle Rights Management requires communication between servers, databases,

16   operating systems, and web browsers.

17       5.    Adobe only supports the use of LiveCycle Rights Management in

18   conjunction with certain versions of Microsoft Windows, Macintosh, iOS, and Android

19   operating systems, and the only browsers supported by Adobe for such use are Microsoft

20   Internet Explorer 7 or later, Firefox 13 or later, Chrome 6 or later, and Safari 6 or later.

21       6.    When used in conjunction with Microsoft Windows, the Windows

22   operating system plays a vital role in regulating access to protected documents.  For example,

23   when a user tries to open a protected document, the Rights Management server is contacted so

24   that the user can be authorized before being provided access to the document.  To do so, the

25   client interacts with the operating system and the end user to authenticate the user.  If the

26   specified authentication mechanism involves Kerberos, the Windows operating system

27   mediates the authentication.  If the server is unable to be contacted and the document is enabled

28   for off-line use, the local Windows login credential is used to decrypt a key that is used in the

1   off-line access mechanism.   All communication with the server is made through Windows

2   operating system application programming interfaces for HTTP communication over SOAP or

3   REST-like protocols.

4          7.     Without authentication, the user will not be granted access to the

5   document.

6          8.     Among the types of documents that can be protected with Adobe's

7   LiveCycle products are certain types of Microsoft documents, including Microsoft Office

8   documents such as documents created in Word, Excel, or PowerPoint.  Whenever a user tries to

9   access protected content that has been saved in such a format, the underlying Microsoft product

10   is essential to gaining access to the content, and correctly enforcing the appropriate

11   permissions.   In such circumstances, the Microsoft product in conjunction with Adobe's

12   software initiates communication with the Rights Management server to authenticate the user,

13         I declare under the penalty of perjury under the laws of the United States of

14   America that the foregoing is true and correct.

15         Executed June 18, 2013.

16

17                              Jonathan Herbach

18

19

20

21

22

23

24

25

26

27

28