EDWARD R. REINES (SBN 135960)
edward.reines@weil.com
SONAL N. MEHTA (SBN 222086)
sonal.mehta@weil.com
NATHAN GREENBLATT (SBN 262279)
nathan.greenblatt@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: 650-802-3000
Facsimile: 650-802-3100

Attorneys for Defendants
ADOBE SYSTEMS INCORPORATED
and ELECTRONIC ARTS INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| DIGITAL REG OF TEXAS, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> ADOBE SYSTEMS INCORPORATED, et al., <br><br> Defendants. | Civil Case No. 12-CV-01971 CW (KAW) <br><br> **DECLARATION OF JUAN CARLOS COLOSSO IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT OF NONINFRINGEMENT BASED ON DIGITAL REG'S LICENSE TO MICROSOFT** |

I, Juan Carlos Colosso, declare:

1. I am an employee of Defendant Adobe Systems Incorporated ("Adobe") in the above-captioned matter. I submit this declaration based on personal knowledge and following a reasonable investigation. If called upon as a witness, I could competently testify to the truth of each statement herein.

2. I have worked for Adobe for ten years, and my current job title is Marketing Automation Strategy Manager. As part of my responsibilities at Adobe, I worked extensively on Adobe License Manager for volume licensing (ALM).

3. ALM was a short-lived project that was only commercially released in combination with Adobe Acrobat 8 for Windows. Thus, the version of Adobe Acrobat with which ALM was provided required a computer with the Microsoft Windows operating system installed in order to function.

4. All functionality of the version of Adobe Acrobat 8 released with ALM was dependent on the Microsoft operating system; nothing could be accomplished—including the initialization or function of ALM—without the use of the Microsoft operating system. And because ALM was compiled to run only on the Microsoft Windows operation systems, it could not have been executed on a machine running another operating system.

5. Additionally, when the Adobe Acrobat Installer attempted to install Adobe Acrobat 8, containing ALM, the installer first checked to ensure that an approved version of Microsoft Windows that had been tested by Adobe was running on the machine. If not, Adobe Acrobat would not be installed on the machine.

6. If a copy of Adobe Acrobat 8 that had been sold with ALM was installed on an end user's machine, the application would check for an e-license on the user's machine when initiated. To do so, the program relied on Windows Application Programming Interfaces (APIs) to search for and, if found, retrieve the e-license, which would have been stored as a file within the architecture of the Windows operating system. Without the Windows APIs, or the underlying Windows architecture and operation, it would not be possible to search for or retrieve the e-license or access Adobe Acrobat.

DECLARATION OF JUAN CARLOS COLOSSO
IN SUPPORT OF DEFENDANTS' MOTION
FOR PARTIAL SUMMARY JUDGMENT

1

CIVIL CASE NO. 12-01971 CW

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 18, 2013, at San Jose, California.

/s/ J. C. Colosso
_____
Juan Carlos Colosso