IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DIGITAL REG OF TEXAS, LLV,

    Plaintiff,

  v.

ADOBE SYSTEMS INCORPORATED, et al.,

    Defendants.

_____/

No. C 12-1971 CW

ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE AN EARLY MOTION FOR PARTIAL SUMMARY JUDGMENT AND DENYING DEFENDANTS' MOTION FOR ADDITIONAL PAGES WITHOUT PREJUDICE

Defendants Adobe Systems Incorporated, Electronic Arts Inc., and Symantec Corp. have filed a motion for leave to file an early motion for partial summary judgment. Defendants assert that Plaintiff does not oppose the request. Defendants also seek an additional ten pages in excess of the overall limit of twenty-five pages for case-dispositive motions in this case. Having considered the papers submitted by Defendants and the entire record in this case, the Court hereby GRANTS Defendants' motion for leave to file an early motion for partial summary judgment and DENIES without prejudice Defendants' motion for additional pages. If, at the time they are preparing their further motion for summary judgment, Defendants believe that they need additional

pages, they may renew their request, and the Court will consider it at that time.

Plaintiff's opposition to Defendants' motion shall be filed by July 15, 2013. Defendants may file a reply no later than July 22, 2013. The motion will be heard on Thursday, August 8 at 2:00 PM.

IT IS SO ORDERED.

Dated: 7/2/2013

CLAUDIA WILKEN
United States District Judge