IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIGITAL REG OF TEXAS, LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>ADOBE SYSTEMS INCORPORATED, et al.,<br><br>  Defendants.<br>_____/ | No. C 12-1971 CW<br><br>ORDER DENYING MOTION TO SEAL (Docket No. 419) |

Defendants have filed a motion to file under seal the unredacted version of their reply in support of their motion for partial summary judgment and certain exhibits to the Declaration of Nathan Greenblatt filed in support thereof. Defendants state that each of the documents contains information designated by Plaintiff as "Highly Confidential--Outside Counsel Only." Plaintiff has not filed a declaration in support of the motion to seal as required by Civil Local Rule 79-5(d). Accordingly, the Court DENIES the motion to seal. (Docket No. 419). Within four days of the date of this order, Defendants shall file Exhibits 27-31 to the Greenblatt declaration and the unredacted version of their reply in the public record.

IT IS SO ORDERED.

Dated: 8/8/2013

CLAUDIA WILKEN
United States District Judge