IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIGITAL REG OF TEXAS, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>ADOBE SYSTEMS INCORPORATED, et al.,<br><br>    Defendants.<br>_____/ | No. C 12-1971 CW<br><br>ORDER GRANTING PLAINTIFF'S RENEWED ADMINISTRATIVE MOTION TO SEAL (Docket No. 425) |

On August 8, 2013, the Court denied without prejudice Plaintiff's and Defendants' administrative motions to file under seal, finding, among other things, that the justification for filing the Patent License and Settlement Agreement (License) between Plaintiff and Microsoft was "not sufficient to file the entire document under seal." Docket No. 422. In its order, the Court directed Plaintiff to file a renewed motion to file the unredacted License under seal and prepare a redacted version of the License for the public record.

   Plaintiff has filed a renewed motion to file the unredacted License under seal, indicating that only the sealable portions of the License have been redacted from the version prepared for the public record. Plaintiff has submitted a declaration supporting a finding that disclosure of the redacted portions of the License

(1) could put Plaintiff and non-party Microsoft at a competitive disadvantage in future negotiations and (2) would disclose confidential information regarding Plaintiff's bank account.

Plaintiff's renewed motion to file the License under seal is GRANTED.

IT IS SO ORDERED.

Dated: 11/5/2013

CLAUDIA WILKEN
United States District Judge

2