W. PAUL SCHUCK (Cal. Bar No. 203717)
*pschuck@bzbm.com*
BARTKO, ZANKEL, BUNZEL & MILLER
One Embarcadero Center, Suite 800
San Francisco, California 94111
Telephone: (415) 956-1900
Facsimile:  (415) 956-1152

ANDREW G. DINOVO (admitted *pro hac vice*)
*adinovo@dpelaw.com*
ADAM G. PRICE (admitted *pro hac vice*)
*aprice@dpelaw.com*
NICOEL E. GLAUSER (admitted *pro hac vice)*
*nglauser@dpelaw.com*
DINOVO PRICE ELLWANGER & HARDY LLP
7000 N. MoPac Expressway, Suite 350
Austin, Texas  78731
Telephone: (512) 539-2626
Facsimile:  (512) 539-2627

Attorneys for Plaintiff
DIGITAL REG OF TEXAS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| DIGITAL REG OF TEXAS, LLC, | ) | Case No. 12-CV-01971 CW (KAW) |
| Plaintiff, | ) ) | **ORDER GRANTING WITHDRAWAL OF JAMES W. COUTU AS COUNSEL OF RECORD** |
| v. | ) ) | |
| ADOBE SYSTEMS INCORPORATED, *et al.*, | ) ) | Judge:   The Honorable Claudia Wilken |
| Defendants. | ) ) | Ctrm:    2, 4th Floor |

2426.000/712500.1                 [PROPOSED] ORDER GRANTING WITHDRAWAL OF JAMES W. COUTU
                                  Case No. 12-CV-01971 CW (KAW)

1 | The Court, pursuant to Civil Local Rule 11-5, hereby grants the withdrawal of James W. Coutu as counsel of record for plaintiff Digital Reg of Texas, LLC.

3 | **IT IS SO ORDERED.**

DATED: 11/18/2013

*[signature]*
The Honorable Claudia Wilken
United States District Court Judge

-1-