IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIGITAL REG OF TEXAS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>ADOBE SYSTEMS INCORPORATED, et al.,<br><br>    Defendants.<br>_____/ | No. C 12-1971 CW<br><br>ORDER DENYING MOTION TO SEAL<br>(Docket No. 432) |

Plaintiff has filed a motion to file under seal the unredacted version of its brief in support of its motion for relief from nondispositive pretrial order of the magistrate judge and certain exhibits to the Declaration of Paul Schuck filed in support thereof. Plaintiff states that each of the documents contains information designated by Defendant as "Highly Confidential--Outside Counsel Only." Defendant has not filed a declaration in support of the motion to seal as required by Civil Local Rule 79-5(d). Accordingly, the Court DENIES the motion to seal. (Docket No. 432). Within four days of the date of this order, Defendants shall file the exhibits to the Schuck declaration and the unredacted version of its motion in the public record.

IT IS SO ORDERED.

Dated: 11/19/2013

CLAUDIA WILKEN
United States District Judge