W. PAUL SCHUCK (Cal. Bar No. 203717)
pschuck@bzbm.com
BARTKO, ZANKEL, BUNZEL & MILLER
One Embarcadero Center, Suite 800
San Francisco, California 94111
Telephone: (415) 956-1900
Facsimile:  (415) 956-1152

ANDREW G. DINOVO (admitted *pro hac vice*)
adinovo@dpelaw.com
ADAM G. PRICE (admitted *pro hac vice*)
aprice@dpelaw.com
NICOLE E. GLAUSER (admitted *pro hac vice*)
nglauser@dpelaw.com
DINOVO PRICE ELLWANGER & HARDY LLP
7000 N. MoPac Expressway, Suite 350
Austin, Texas 78731
Telephone: (512) 539-2626
Facsimile:  (512) 539-2627

Attorneys for Plaintiff
DIGITAL REG OF TEXAS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DIGITAL REG OF TEXAS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> ADOBE SYSTEMS INCORPORATED, *et al.*, <br><br> Defendants. | Case No. 12-CV-01971 CW (KAW) <br><br> **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT ELECTRONIC ARTS INC.** <br><br> Judge: The Honorable Claudia Wilken <br> Ctrm: 2, 4th Floor |

1  **STIPULATION OF DISMISSAL WITH PREJUDICE**

2  Plaintiff Digital Reg of Texas, LLC and defendant Electronic Arts Inc. hereby stipulate
3  pursuant to Fed. R. Civ. P. 41(a) and (c) and subject to the approval of the Court, that: (1) all
4  claims by Digital Reg of Texas, LLC against Electronic Arts Inc. in this action are dismissed with
5  prejudice; (2) all counterclaims by Electronic Arts Inc. against Digital Reg of Texas, LLC in this
6  action are dismissed without prejudice; and (3) Digital Reg of Texas, LLC and Electronic Arts Inc.
7  will each bear their own costs, expenses and legal fees.

9  DATED: December 18, 2013            BARTKO, ZANKEL, BUNZEL & MILLER

                                       By: /s/ W. Paul Schuck
                                           W. Paul Schuck

                                       DINOVO PRICE ELLWANGER & HARDY LLP

                                       By: /s/ Andrew G. DiNovo
                                           Andrew G. DiNovo

                                       Attorneys for Plaintiff
                                       DIGITAL REG OF TEXAS, LLC


                                       WEIL, GOTSHAL & MANGES LLP

                                       By: /s/ Edward R. Reines
                                           Edward R. Reines

                                       Attorneys for Defendants
                                       ELECTRONIC ARTS, INC.

-1-

STIPULATION AND [PROPOSED] ORDER OF DISMISAL AS TO ELECTRONIC ARTS, INC.
Case No. 12-CV-01971 CW (KAW)

**ATTESTATION OF E-FILER**

In compliance with Local Rule 5-1(i), the undersigned ECF user whose identification and password are being used to file this document, hereby attests that all signatories have concurred in the filing of this document.

December 18, 2013                    /s/ *W. Paul Schuck*
                                     W. Paul Schuck

-2-

1  **[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**

2  Before this Court is the Stipulation of Dismissal of all claims and counterclaims asserted
3  between plaintiff Digital Reg of Texas, LLC and defendant Electronic Arts Inc. in this case, and
4  the Court being of the opinion that said Stipulation should be ENTERED, it is hereby ORDERED,
5  ADJUDGED AND DECREED that PURSUANT TO STIPULATION:

6  1.  All claims by Digital Reg of Texas, LLC against Electronic Arts Inc. in this action
7  are dismissed with prejudice;

8  2.  All counterclaims by Electronic Arts Inc. against Digital Reg of Texas, LLC in this
9  action are dismissed without prejudice; and

10 3.  Digital Reg of Texas, LLC and Electronic Arts Inc. will each bear their own costs,
11 expenses and legal fees.

Dated: ___December 20___, 2013        _____
                                       The Honorable Claudia Wilken
                                       United States District Judge

-3-