United States District Court
Northern District of California

DIGITAL REG OF TEXAS, LLC,

    Plaintiff,

    v.

ADOBE SYSTEMS INCORPORATED, et al.,

    Defendants.

Case No.: CV 12-01971-CW (KAW)

ORDER REGARDING DEFENDANT UBISOFT, INC.'S UNUSABLE CHAMBERS COPIES OF MOTION TO STRIKE AND MOTION TO FILE UNDER SEAL

(Dkt. Nos. 492 & 493)

    PLEASE TAKE NOTICE that the chambers copies of Defendant Ubisoft, Inc.'s Motion to Strike Plaintiff's Amended Infringement Contentions and Associated Expert Reports (Dkt. No. 492) and Motion to File Under Seal (Dkt. No. 493) were submitted in a format that is not usable by the court.

    The chambers copies are not usable because they

- ☐ consists of a stack of loose paper wrapped with a rubber band;
- ☐ consists of a stack of loose paper fastened with a binder clip or a paper clip;
- ☐ is too thick to permit secure fastening with a staple, and is fastened with a brad-type fastener that is too short for the thickness of the document;
- ☒ have no tabs for the voluminous exhibits;
- ☐ includes exhibits that are illegible;
- ☐ includes exhibits that are unreadable because the print is too small;
- ☐ includes text and/or footnotes in a font smaller than 12 point;
- ☐ includes portions or exhibits that are redacted because the submitting party has requested leave to file those portions under seal; or

☒ are not usable for another reason – Redaction in the under seal copy; No redacted versions submitted.

The paper used for the above-described chambers copies have been recycled by the court. Defendant shall submit chambers copies in a format that is usable by the court, and consistent with Civil Local Rule 79-5, no later than **February 17, 2014**.

IT IS SO ORDERED.

Dated: February 10, 2014

_____
KANDIS A. WESTMORE
United States Magistrate Judge