Eric A. Buresh (*Admitted Pro Hac Vice*)
eric.buresh@eriseip.com
Michelle L Marriott (*Admitted Pro Hac Vice*)
michelle.marriott@eriseip.com
**ERISE IP, P.A.**
6201 College Boulevard, Suite 300
Overland Park, Kansas 66211
Phone:    (913) 777-5600
Facsimile:  (913) 777-5601

Julie Turner (SBN 191146)
turner@turnerboyd.com
**Turner Boyd LLP**
702 Marshall Street
Suite 640
Redwood City, CA 94063
(650) 521-5930

Attorneys for Defendant
UBISOFT, INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| DIGITAL REG OF TEXAS, LLC, | CASE NO.: 12-CV-01971 CW (KAW) |
| Plaintiff, | [PROPOSED] **ORDER GRANTING UBISOFT'S UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF PURSUANT TO CIVIL L.R. 7-11 FOR LEAVE TO FILE UNREDACTED DEVANBU REPORT ADDENDUM AND AMENDED INFRINGEMENT CONTENTIONS UNDER SEAL** |
| v. | |
| ADOBE SYSTEMS INCORPORATED, VALVE CORPORATION, ELECTRONIC ARTS, INC., UBISOFT, INC., SYMANTEC CORPORATION, INTUIT INC., ZYNGA GAME NETWORK INC., AND ZYNGA, INC., | |
| Defendants. | |

The Court has received Ubisoft's Unopposed Motion for Administrative Relief Pursuant to Civil L.R. 7-11 to File Unredacted Versions of Digital Reg's Amended Infringement Contentions and the Devanbu Report Addendum Under Seal. Good cause having been shown, the Motion is hereby **GRANTED**. Ubisoft is **ORDERED** to seal the portions of the documents identified in the table below and as depicted in the Redacted Versions of the Documents sought to be sealed that were filed with the Motion. Ubisoft is further **ORDERED** to file unredacted versions of the Amended Infringement Contentions and Devanbu Report Addendum under seal.

| Unredacted Version of Document | Pages Upon Which Information to be Sealed Appears |
|---|---|
| Lang Decl., Ex. 1B, Amended Infringement Contentions for U.S. Patent No. 6,389,541 | 3-5, 11-13 |
| Lang Decl., Ex. 2B, Amended Infringement Contentions for U.S. Patent No. 6,751,670 | 3-5, 11-12, 22-24, 40-42 |
| Lang Decl., Ex. 3B, Amended Infringement Contentions for U.S. Patent No. 7,673,059 | 11-12 |
| Lang Decl., Ex. 4B, Devanbu Report, Addendum D-1, U.S. Patent No. 6,751,670 | 3-6, 9-14, 16-18, 21-25, 29-30, 33-46, 49-50, 53-55, 57-58, 62-63, 68-72, 75-81 |
| Lang Decl., Ex. 5B, Devanbu Report, Addendum D-1, U.S. Patent No. 7,127,515 | 4-6, 9-12, 22-23, 26-27, 31-32, 35-44, |
| Lang Decl., Ex. 6B, Devanbu Report, Addendum D-1, U.S. Patent No. 7,272,655 | 11-16, 19-20, 26-28, 32-46, 48 |
| Lang Decl., Ex. 7B, Devanbu Report, Addendum D-1, U.S. Patent No. 7,562,150 | 11-15, 19-20, 29-41, 44-46, 51-54, 56-58, 71-75, 83-95, 98-100, 105-108 |
| Lang Decl., Ex. 8B, Devanbu Report, Addendum D-1, U.S. Patent No. 7,673,059 | 7-10, 13-16, 19-20, 25-29, 35-53 |

**IT IS SO ORDERED.**

Dated: 3/4/2014

_____
HON. KANDIS A. WESTMORE
United States Magistrate Judge

-2-
[Proposed] Order Granting Unopposed Administrative Motion to File Under Seal