United States District Court
Northern District of California

| | |
|---|---|
| DIGITAL REG OF TEXAS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>ADOBE SYSTEMS INCORPORATED, VALVE CORPORATION, ELECTRONIC ARTS INC., UBISOFT, INC., SYMANTEC CORPORATION, AVG TECHNOLOGIES USA, INC., ZYNGA GAME NETWORK INC., ZYNGA, INC., and INTUIT INC.,<br><br>    Defendant. | Case No.: CV 12-01971-CW (KAW)<br><br>ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF DIGITAL REG OF TEXAS, LLC'S MOTION FOR ADMINISTRATIVE RELIEF PURSUANT TO CIVIL L.R. 7-11 FOR LEAVE TO FILE UNDER SEAL UNREDACTED RESPONSE TO DEFENDANT UBISOFT'S MOTION TO STRIKE AND EXHIBITS 7 TO 19 OF THE DECLARATION OF W. PAUL SCHUCK<br><br>(Dkt. No. 504) |

On February 21, 2014, Plaintiff Digital Reg of Texas, LLC ("Digital Reg") filed a motion for administrative relief to file documents under seal in support of its response to Defendant Ubisoft, Inc.'s motion to strike. (Dkt. No. 504.)

As to Plaintiff's request to file the unredacted version of its response under seal, the Court GRANTS that request pursuant to Civil L.R. 7-11 and 79-5.

As to filing exhibits 7 to 19 under seal in their entirety, the Court GRANTS IT IN PART AND DENIES IT IN PART as set forth below:

1.  Plaintiff's request to completely seal Exhibit Nos. 7-17 is DENIED.  Plaintiff appears to attach documents that have already been provided by Ubisoft in a redacted format, and Plaintiff has provided no support for why the entire exhibits should be filed under seal versus being redacted.

2.  Plaintiff's request to seal Exhibit Nos. 18 and 19 is GRANTED.

1  In accordance with General Order No. 62, the requesting party shall e-file under seal those
2 documents deemed protected according to the procedures outlined on the ECF website.  The
3 documents deemed not privileged will not be filed with the Court.  The Clerk will retain the
4 lodged documents in accordance with General Order No. 62 and Civil L.R. 79-5.  If Plaintiff
5 wants the Court to consider those exhibits during its review of the submitted motion, Plaintiff
6 should either resubmit the documents for filing in the public record in accordance with General
7 Order No. 62 and Civil L.R. 79-5(e) or file another application to file under seal that does not
8 unnecessarily attempt to seal entire documents.

9  IT IS SO ORDERED.

10 DATE: March 13, 2014

_____
KANDIS A. WESTMORE
United States Magistrate Judge