United States District Court
Northern District of California

United States District Court
Northern District of California

DIGITAL REG OF TEXAS, LLC,

                  Plaintiff,

        v.

ADOBE SYSTEMS INCORPORATED,
VALVE CORPORATION, ELECTRONIC
ARTS INC., UBISOFT, INC., SYMANTEC
CORPORATION, AVG TECHNOLOGIES
USA, INC., ZYNGA GAME NETWORK
INC., ZYNGA, INC., and INTUIT INC.,

                  Defendant.

Case No.: CV 12-01971-CW (KAW)

AMENDED ORDER GRANTING IN PART
AND DENYING IN PART PLAINTIFF
DIGITAL REG OF TEXAS, LLC'S MOTION
FOR ADMINISTRATIVE RELIEF
PURSUANT TO CIVIL L.R. 7-11 FOR
LEAVE TO FILE UNDER SEAL
UNREDACTED RESPONSE TO
DEFENDANT UBISOFT'S MOTION TO
STRIKE AND EXHIBITS 7 TO 19 OF THE
DECLARATION OF W. PAUL SCHUCK

(Dkt. No. 504)

On February 21, 2014, Plaintiff Digital Reg of Texas, LLC ("Digital Reg") filed a motion

for administrative relief to file documents under seal in support of its response to Defendant

Ubisoft, Inc.'s motion to strike. (Dkt. No. 504.)

As to Plaintiff's request to file the unredacted version of its response under seal, the Court

GRANTS that request pursuant to Civil L.R. 7-11 and 79-5.

As to filing exhibits 7 to 19 under seal in their entirety, the Court GRANTS IT IN PART

AND DENIES IT IN PART as set forth below:

1.      Plaintiff's request to completely seal Exhibit Nos. 7-17 is DENIED.  Plaintiff

appears to attach documents that have already been provided by Ubisoft in a redacted format, and

Plaintiff has provided no support for why the entire exhibits should be filed under seal versus

being redacted.

1      2.      Plaintiff's request to seal Exhibit Nos. 18 and 19 is GRANTED.

2      IT IS SO ORDERED.[1]

3  DATE: March 14, 2014

                        KANDIS A. WESTMORE
4                    United States Magistrate Judge

United States District Court
Northern District of California

---

[1] This order is amended to exclude the language, which was included in the Court's prior order, regarding General Order 62.  General Order 62 was abrogated as of October 1, 2013.

2