IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| DIGITAL REG OF TEXAS, LLC, | No. C 12-1971 CW |
| Plaintiff, | ORDER DENYING UBISOFT'S MOTION TO FILE A THIRD-PARTY COMPLAINT AS MOOT (Docket No. 502) |
| v. | |
| ADOBE SYSTEMS, INC., et al., | |
| Defendants. | |

On February 21, 2014, Defendant Ubisoft, Inc. moved for leave to file a third-party complaint against former Defendant Valve Corporation. Federal Rule of Civil Procedure 14(a) permits only a defending party to implead a third party who "may be liable to him for all or part of the plaintiff's claim against him." On June 10, 2014, the Court granted summary judgment of non-infringement as to all claims asserted by Plaintiff against Ubisoft. See Docket No. 574. Because Ubisoft is no longer a defendant in this case, it would be improper to allow Ubisoft to file a third-party complaint against Valve.

Ubisoft correctly notes that there is some factual overlap between the present patent infringement case and Ubisoft's third-party claims seeking indemnification for costs occurred in defending this case. Accordingly, Ubisoft may file a separate suit seeking indemnification from Valve and file a notice that the

1  case is related to the present case, which the Court will
2  consider.
3       IT IS SO ORDERED.
4  Dated: 6/12/2014
                                    _____
5                                   CLAUDIA WILKEN
                                    United States District Judge