STEFANI E. SHANBERG (State Bar No. 206717)
ROBIN L. BREWER (State Bar No. 253686)
EUGENE MARDER (State Bar No. 275762)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza
Spear Tower, Suite 3300
San Francisco, California  94105
Telephone:     (415) 947-2000
Facsimile:      (415) 947-2099
E-Mail:          sshanberg@wsgr.com
                     rbrewer@wsgr.com
                     emarder@wsgr.com

RYAN R. SMITH (State Bar No. 229323)
ROBERT R. CLEARY, JR. (State Bar No. 282113)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, California  94304
Telephone:     (650) 493-9300
Facsimile:      (650) 493-6811
E-Mail:          rsmith@wsgr.com
                     rcleary@wsgr.com

Attorneys for Defendant
SYMANTEC CORPORATION

W. PAUL SCHUCK (Cal. Bar No. 203717)
pschuck@bzbm.com
BARTKO ZANKEL BUNZEL & MILLER
A Professional Corporation
One Embarcadero Center, Suite 800
San Francisco, California 94111
Telephone:     (415) 956-1900
Facsimile:      (415) 956-1152

ANDREW G. DINOVO (*pro hac vice*)
adinovo@dpelaw.com
ADAM G. PRICE (*pro hac vice*)
aprice@dpelaw.com
DINOVO PRICE ELLWANGER & HARDY LLP
7000 N. MoPac Expressway, Suite 350
Austin, Texas 78731
Telephone:     (512) 539-2626
Facsimile:      (512) 539-2627

Attorneys for Plaintiff
DIGITAL REG OF TEXAS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DIGITAL REG OF TEXAS, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>ADOBE SYSTEMS INC., et al.,<br><br>        Defendants. | Case No. 4:12-cv-01971-CW<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT SYMANTEC CORPORATION** |

1  **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE AS TO**
2  **DEFENDANT SYMANTEC CORPORATION**

3  Plaintiff Digital Reg of Texas, LLC and defendant Symantec Corporation hereby stipulate

4  pursuant to Fed. R. Civ. P. 41(a) and (c) and subject to the approval of the Court, that: (1) all

5  claims by Digital Reg of Texas, LLC against Symantec Corporation in this action are dismissed

6  with prejudice; (2) all counterclaims by Symantec Corporation against Digital Reg of Texas, LLC

7  in this action are dismissed as moot; and (3) Digital Reg of Texas, LLC and Symantec Corporation

8  will each bear their own costs, expenses and legal fees.

9

10

11 Dated: July 8, 2014                           Respectfully submitted,

12                                              WILSON SONSINI GOODRICH & ROSATI

13
                                                By: _____/s/ *Ryan R. Smith*_____
14                                                            Ryan R. Smith

15                                              Attorney for Defendant
                                                SYMANTEC CORPORATION
16

17
   Dated: July 8, 2014                           BARTKO ZANKEL BUNZEL & MILLER
18

19                                              By: _____/s/ *W. Paul Schuck*_____
                                                            W. Paul Schuck
20

21                                              Attorney for Plaintiff
                                                DIGITAL REG OF TEXAS, LLC

1
STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH
PREJUDICE AS TO SYMANTEC / Case No. 4:12-cv-01971-CW

2426.000/825091.1

**ATTESTATION OF E-FILER**

In compliance with Local Rule 5-1(i), the undersigned ECF user whose identification and password are being used to file this document, hereby attests that all signatories have concurred in the filing of this document.

Dated: July 8, 2014

/s/ *W. Paul Schuck*
W. Paul Schuck

**[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**

Before this Court is the Stipulation of Dismissal of all claims and counterclaims asserted by and between Plaintiff Digital Reg of Texas, LLC and defendant Symantec Corporation in this case, and GOOD CAUSE FINDING, said Stipulation should be ENTERED, it is hereby

ORDERED, ADJUDGED AND DECREED pursuant to Stipulation that:

1. All claims by Digital Reg of Texas, LLC against Symantec Corporation in this action are dismissed with prejudice;

2. All counterclaims by Symantec Corporation against Digital Reg of Texas, LLC in this action are dismissed as moot; and

3. Digital Reg of Texas, LLC and Symantec Corporation will each bear their own costs, expenses and legal fees.

Dated: 7/9/2014

The Honorable Claudia Wilken
United States District Judge