EDWARD R. REINES (SBN 135960)
edward.reines@weil.com
SONAL N. MEHTA (SBN 222086)
sonal.mehta@weil.com
BYRON C. BEEBE (SBN 235179)
byron.beebe@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone:  650-802-3000
Facsimile:  650-802-3100

Attorneys for Defendant
ADOBE SYSTEMS INCORPORATED

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| DIGITAL REG OF TEXAS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>ADOBE SYSTEMS INCORPORATED, et al.,<br><br>Defendants. | Civil Case No. 12-CV-01971 CW (KAW)<br><br>**DECLARATION OF BYRON C. BEEBE IN SUPPORT OF ADOBE'S MOTIONS IN LIMINE NOS. 1-9 AND BRIEF REGARDING DISPUTED LEGAL ISSUES**<br><br>JUDGE:  Hon. Claudia Wilken<br>DATE:    August 25, 2014<br>TIME:    8:30 a.m.<br>CTRM:   2, 4th floor |

1   I, Byron C. Beebe, declare:

2   1.   I am a member of the Bar of this Court and an attorney with the law firm
3   of Weil, Gotshal & Manges LLP, counsel of record for Defendant Adobe Systems Incorporated
4   in the above-captioned matter.  I submit this declaration based on personal knowledge and
5   following a reasonable investigation.  If called upon as a witness, I could competently testify to
6   the truth of each statement herein.

7   2.   Attached hereto as **Exhibit 1** is a true and correct copy of the January 23,
8   2014 deposition transcript of Russell Parr.

9   3.   Attached hereto as **Exhibit 2** is a true and correct copy of the expert
10  damages report of Russell Parr, dated October 30, 2013.

11  4.   Attached hereto as **Exhibit 3** is a true and correct copy of the October 21,
12  2013 Digital Reg's Third Amended Responses to First Set of Common Interrogatories, DTX520.

13  5.   Attached hereto as **Exhibit 4** is a true and correct copy of the April 26,
14  2014 deposition transcript of Patrick E. Patterson.

15  6.   Attached hereto as **Exhibit 5** is a true and correct copy of the March 28,
16  2013 deposition transcript of Michael Roberts Farley.

17  7.   Attached hereto as **Exhibit 6** is a true and correct copy of the March 26,
18  2013 deposition transcript of Carl Vernon Venters.

19  8.   Attached hereto as **Exhibit 7** is a true and correct copy of the April 18,
20  2013 deposition transcript of Eugene B. Phillips, II.

21  9.   Attached hereto as **Exhibit 8** is a true and correct copy of the March 24,
22  2009 deposition transcript of Patrick E. Pattersen, Case No. 6:97-cv-467 (LED), DTX677.

23  10.  Attached hereto as **Exhibit 9** is a true and correct copy of the March 19,
24  2009 deposition transcript of Michael Farley, Case No. 6:07-cv-468 (LED), DTX678.

25  11.  Attached hereto as **Exhibit 10** is a true and correct copy of December 18,
26  2013 Stephen D. Prowse Rebuttal Expert Report.

27  12.  Attached hereto as **Exhibit 11** is a true and correct copy of February 22,
28  2013, letter from Paul M. Saraceni to Michael Farley regarding a sublicense under the '541

1 | patent.

2 | 13. Attached hereto as **Exhibit 12** is a true and correct copy of the January 28,
3 | 2014 deposition transcript of Stephen D. Prowse.

4 | 14. Attached hereto as **Exhibit 13** is a true and correct copy of Plaintiff
5 | Digital Reg of Texas, LLC's Responses and Objections to Defendant Adobe Systems
6 | Incorporated's First Set of Individual Interrogatories, dated November 7, 2012, DTX522.

7 | 15. Attached hereto as **Exhibit 14** is a true and correct copy of the January 20,
8 | 2014 deposition transcript of Premkumar Devanbu.

9 | 16. Attached hereto as **Exhibit 15** is a true and correct copy of Plaintiff
10 | Digital Reg of Texas, LLC's Response to Defendant Adobe Systems Incorporated's Third Set of
11 | Interrogatories, dated March 27, 2013, DTX525.

12 | 17. Attached hereto as **Exhibit 16** is a true and correct copy of Plaintiff
13 | Digital Reg of Texas, LLC's Second Amended Response to Defendants' First Set of Common
14 | Interrogatories, dated February 22, 2013, DTX519.

15 | 18. Attached hereto as **Exhibit 17** is a true and correct copy of the March 27,
16 | 2013 deposition transcript of Carl Vernon Venters.

17 | 19. Attached hereto as **Exhibit 18** is a true and correct copy of the April 25,
18 | 2013 deposition transcript of Patrick E. Patterson.

19 |

20 | I declare under penalty of perjury that the foregoing is true and correct.
21 | Executed on July 30, 2014, at Redwood Shores, California.

By: */s/ Byron C. Beebe*
Byron C. Beebe
Byron.Beebe@Weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065

*Attorneys for Defendant
Adobe Systems Incorporated*

**DECLARATION OF BYRON C. BEEBE**     2     **CIVIL CASE NO. 12-01971 CW**