Placeholder for Exhibit 1

to Declaration of Byron C. Beebe in Support of

Adobe's Motions in Limine Nos. 1-9

and

Brief Regarding Disputed Legal Issues

Filed Under Seal