Eric A. Buresh (*Admitted Pro Hac Vice*)
eric.buresh@eriseip.com
Michelle L. Marriott (*Admitted Pro Hac Vice*)
michelle.marriott@eriseip.com
Mark C. Lang (*Admitted Pro Hac Vice*)
mark.lang@eriseip.com
**ERISE IP, P.A.**
6201 College Boulevard, Suite 300
Overland Park, Kansas 66211
Phone:      (913) 777-5600
Facsimile:  (913) 777-5601

Julie Turner (SBN 191146)
turner@turnerboyd.com
**Turner Boyd LLP**
702 Marshall Street, Suite 640
Redwood City, CA 94063
(650) 521-5930

Attorneys for Defendant
UBISOFT, INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| DIGITAL REG OF TEXAS, LLC, | CASE NO.: 12-CV-01971 CW (KAW) |
| Plaintiff, | ~~PROPOSED~~ **ORDER GRANTING UBISOFT'S UNOPPOSED MOTION TO DISMISS INVALIDITY COUNTERCLAIMS** |
| v. | |
| ADOBE SYSTEMS INCORPORATED, VALVE CORPORATION, ELECTRONIC ARTS, INC., UBISOFT, INC., SYMANTEC CORPORATION, INTUIT INC., ZYNGA GAME NETWORK INC., AND ZYNGA, INC., | |
| Defendants. | |

1   The Court, having considered Ubisoft's Unopposed Motion to Dismiss Invalidity Counterclaims, hereby ORDERS that Counts VII through XII set forth in Ubisoft's Second Amended Answer to Digital Reg's First Amended Complaint (Dkt. No. 443) are dismissed without prejudice.

Dated:  7/31/2014

The Honorable Claudia Wilken
United States District Court Judge

P̶R̶O̶P̶O̶S̶E̶D̶ ORDER GRANTING STIPULATION AND UNOPPOSED MOTION TO DISMISS              -2-              CASE NO. 4:12-CV-01971 CW (KAW)