EDWARD R. REINES (SBN 135960)
edward.reines@weil.com
SONAL N. MEHTA (SBN 222086)
sonal.mehta@weil.com
BYRON C. BEEBE (SBN 235179)
byron.beebe@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone:  650-802-3000
Facsimile:  650-802-3100

Attorneys for Defendant
ADOBE SYSTEMS INCORPORATED

W. PAUL SCHUCK (Cal. Bar No. 203717)
*pschuck@bzbm.com*
BARTKO, ZANKEL, BUNZEL & MILLER
One Embarcadero Center, Suite 800
San Francisco, California 94111
Telephone: (415) 956-1900
Facsimile: (415) 956-1152

ANDREW G. DINOVO (admitted *pro hac vice*)
*adinovo@dpelaw.com*
ADAM G. PRICE (admitted *pro hac vice*)
*aprice@dpelaw.com*
DINOVO PRICE ELLWANGER & HARDY LLP
7000 N. MoPac Expressway, Suite 350
Austin, Texas 78731
Telephone: (512) 539-2626
Facsimile: (512) 539-2627

Attorneys for Plaintiff
DIGITAL REG OF TEXAS, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| DIGITAL REG OF TEXAS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>ADOBE SYSTEMS INCORPORATED, et al.,<br><br>Defendants. | Civil Case No. 12-CV-01971 CW (KAW)<br><br>[~~PROPOSED~~] **ORDER REGARDING EVIDENCE PRESENTATION AND EQUIPMENT FOR TRIAL**<br><br>JUDGE:  Hon. Claudia Wilken<br>CTRM:    2, 4th floor |

1  **[P̶R̶O̶P̶O̶S̶E̶D̶] ORDER**

2  IT IS HEREBY ORDERED THAT on the morning of Friday, August 22, 2014 at 9:00 AM and through the pendency of trial, Plaintiff Digital Reg Of Texas, LLC ("Digital Reg") and Defendant Adobe Systems Inc. ("Adobe"), by and through their counsel of record, may utilize all available courtroom technology for evidence presentation and bring into the Federal Courthouse in Oakland, California, located at 1301 Clay Street, Oakland, California, and set up in the courtroom of the Honorable Claudia Wilken, certain equipment and materials for the purpose of facilitating illustrative exhibits for the above captioned matter for which trial is scheduled to commence on Monday, August 25, 2014. The equipment and materials may include easels, white boards, large pads of paper, exhibit boards, laptop computers, personal electronic devices, tablet computers, external flash drives and hard drives, displays, projectors/screens and peripheral equipment, related audio-video equipment, foldable presentation table, book and box carts, pointers, assorted power cords, cables, connectors and adaptors, granola and energy bars, and bottled water. Court Staff, including U.S. Marshals on duty at the time, are directed to allow, and to take such steps as reasonably necessary to facilitate, the foregoing activity.

IT IS SO ORDERED.

Dated: _____August 21_____, 2014    _____/s/ Claudia Wilken_____
                                    UNITED STATES DISTRICT COURT JUDGE

**[P̶R̶O̶P̶O̶S̶E̶D̶] ORDER REGARDING EVIDENCE PRESENTATION AND EQUIPMENT FOR TRIAL**

CIVIL CASE NO. 12-01971 CW

1