```
                                              PAGES 1 - 9

              UNITED STATES DISTRICT COURT

             NORTHERN DISTRICT OF CALIFORNIA

DIGITAL REG OF TEXAS, LLC   )
                            )
          PLAINTIFF,        )    NO. C-12-1971 CW
                            )
   VS.                      )
                            )
ADOBE SYSTEMS, INC., ET AL.,)    OAKLAND, CALIFORNIA
                            )
          DEFENDANTS.       )    JURY TRIAL
_____)


       BEFORE THE HONORABLE CLAUDIA WILKEN, JUDGE
```

**MASTER INDEX**

**APPEARANCES:**

| | |
|---|---|
| **FOR PLAINTIFF:** | DINOVO, PRICE, ELLWANGER & HARDY LLP |
| | 7000 NORTH MOPAC EXPRESSWAY, SUITE 350 |
| | AUSTIN, TEXAS 78731 |
| BY: | ANDREW G. DINOVO, ESQUIRE |
| | ADAM G. PRICE, ESQUIRE |
| | GREGORY DONAHUE, ESQUIRE |
| | JAY D. ELLWANGER, ESQUIRE |
| | NICOLE E. GLAUSER, ESQUIRE |
| | |
| | BARTKO ZANKEL BUNZEL MILLER |
| | ONE EMBARCADERO CENTER, SUITE 800 |
| | SAN FRANCISCO, CALIFORNIA 942111 |
| BY: | W. PAUL SCHUCK, ESQUIRE |
| | |
| **ALSO PRESENT:** | MICHAEL FARLEY, COMPANY REPRESENTATIVE |
| | (APPEARANCES CONTINUED) |
| **REPORTED BY:** | DIANE E. SKILLMAN, CSR 4909, RPR, FCRR |
| | OFFICIAL COURT REPORTER |

TRANSCRIPT PRODUCED BY COMPUTER-AIDED TRANSCRIPTION

```
 1
 2
 3
 4    FOR DEFENDANT            WEILL, GOTSHAL & MANGES, LLP
      ADOBE SYSTEMS:           201 REDWOOD SHORES PARKWAY
 5                             REDWOOD SHORES, CALIFORNIA 94065
                          BY:  EDWARD R. REINES, ESQUIRE
 6                             SONAL N. MEHTA, ESQUIRE
                               BYRON BEEBE, ESQUIRE
 7
 8    ALSO PRESENT:            KAREN ROBINSON, IN-HOUSE COUNSEL
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

MASTER INDEX

| | DATE | VOLUME | PAGES | |
|---|---|---|---|---|
| 1 | **DATE** | **VOLUME** | **PAGES** | |
| 2 | MONDAY, AUGUST 25, 2014 | 1 | 1 - 152 | |
| 3 | TUESDAY, AUGUST 26, 2014 | 2 | 152 - 361 | |
| 4 | WEDNESDAY, AUGUST 27, 2014 | 3 | 362 - 580 | |
| 5 | THURSDAY, AUGUST 28, 2014 | 4 | 581 - 790 | |
| 6 | FRIDAY, AUGUST 29, 2014 | 5 | 791 - 1004 | |
| 7 | TUESDAY, SEPTEMBER 2, 2014 | 6 | 1005 - 1217 | |
| 8 | WEDNESDAY, SEPTEMBER 3, 2014 | 7 | 1218 - 1510 | |
| 9 | THURSDAY, SEPTEMBER 4, 2014 | 8 | 1511 - 1657 | |
| 10 | FRIDAY, SEPTEMBER 5, 2014 | 9 | 1658 - 1662 | |
| 11 | MONDAY, SEPTEMBER 8, 2014 | 10 | 1663 - 1689 | |
| 12 | | | **PAGE** | **VOL.** |
| 13 | OPENING STATEMENT BY MR. ELLWANGER | | 100 | 1 |
| 14 | OPENING STATEMENT BY MS. MEHTA | | 119 | 1 |
| 15 | CLOSING ARGUMENT BY MR. ELLWANGER | | 1549 | 8 |
| 16 | CLOSING ARGUMENT BY MS. MEHTA | | 1584 | 8 |
| 17 | CLOSING ARGUMENT BY MR. REINES | | 1619 | 8 |
| 18 | REBUTTAL CLOSING ARGUMENT BY MR. ELLWANGER | | 1635 | 8 |

MASTER INDEX

| | **W I T N E S S E S** | | |
|---|---|---|---|
| | **PLAINTIFF'S WITNESSES:** | **PAGE** | **VOL.** |
| | **DEVANBU, PREMKUMAR** | | |
| | DIRECT EXAMINATION BY MR. DINOVO | 473 | 3 |
| | DIRECT EXAMINATION BY MR. DINOVO (RESUMED) | 585 | 4 |
| | CROSS-EXAMINATION BY MS. MEHTA | 632 | 4 |
| | REDIRECT EXAMINATION BY MR. DINOVO | 686 | 4 |
| | RECROSS-EXAMINATION BY MS. MEHTA | 694 | 4 |
| | **FARLEY, MICHAEL** | | |
| | DIRECT EXAMINATION BY MS. GLAUSER | 281 | 2 |
| | CROSS-EXAMINATION BY MR. REINES | 334 | 2 |
| | CROSS-EXAMINATION BY MR. REINES (RESUMED) | 372 | 3 |
| | **HERBACH, JONATHAN (ADVERSE)** | | |
| | DIRECT EXAMINATION BY MR. ELLWANGER | 840 | 5 |
| | CROSS-EXAMINATIN BY MR. REINES | 867 | 5 |
| | REDIRECT EXAMINATION BY MR. ELLWANGER | 909 | 5 |
| | RECROSS-EXAMINATION BY RM. REINES | 922 | 5 |
| | **JONES, JOSEPH (BY DEPOSITION)** | 472 | 5 |
| | **KELLER, ARTHUR** | | |
| | DIRECT EXAMINATION BY MR. DINOVO | 1346 | 7 |
| | CROSS-EXAMINATION BY MS. MEHTA | 1381 | 7 |
| | REDIRECT EXAMINATION BY MR. DINOVO | 1406 | 7 |

| | | |
|---|---|---|
| **W I T N E S S E S** | | |
| **PLAINTIFF'S WITNESSES:** | **PAGE** | **VOL.** |
| **PARR, RUSSELL** | | |
| DIRECT EXAMINATION BY MR. PRICE | 924 | 5 |
| CROSS-EXAMINATION BY MR. REINES | 973 | 5 |
| CROSS-EXAMINATION BY MR. REINES (RESUMED) | 1008 | 6 |
| REDIRECT EXAMINATION BY MR. PRICE | 1074 | 6 |
| RECROSS-EXAMINATION BY MR. REINES | 1087 | 6 |
| **PATTERSON, PATRICK** | | |
| DIRECT EXAMINATION BY MR. ELLWANGER | 164 | 2 |
| CROSS-EXAMINATION BY MR. REINES | 200 | 2 |
| REDIRECT EXAMINATION BY MR. ELLWANGER | 271 | 2 |
| RECROSS-EXAMINATION BY MR. REINES | 277 | 2 |
| **VENTERS, CARL** | | |
| DIRECT EXAMINATION BY MS. GLAUSER | 415 | 3 |
| CROSS-EXAMINATION BY MS. MEHTA | 449 | 3 |
| REDIRECT EXAMINATION BY MS. GLAUSER | 469 | 3 |
| RECROSS-EXAMINATION BY MS. MEHTA | 471 | 3 |
| EXAMINATION BY THE COURT | 566 | 3 |
| EXAMINATION BY MR. REINES | 571 | 3 |

```
 1                      W I T N E S S E S

 2    DEFENDANT'S WITNESSES:                              PAGE    VOL.

 3    BETLEM, PAUL

 4    DIRECT EXAMINATION BY MR. REINES                    1159     6

 5    CROSS-EXAMINATION BY MR. DINOVO                     1170     6

 6    PROWSE, STEPHEN

 7    DIRECT EXAMINATION BY MR. REINES                    1096     6

 8    CROSS-EXAMINATION BY MR. PRICE                      1129     6

 9    REDIRECT EXAMINATION BY MR. REINES                  1154     6

10    RECROSS-EXAMINATION BY MR. PRICE                    1157     6

11    SCHULL, JON

12    DIRECT EXAMINATION BY MR. REINES                    1183     6

13    DIRECT EXAMINATION BY MR. REINES (RESUMED)          1226     7

14    CROSS-EXAMINATION BY MR. DINOVO                     1249     7

15    WICKER, STEPHEN

16    DIRECT EXAMINATION BY MS. MEHTA                      701     4

17    CROSS-EXAMINATION BY MR. DINOVO                      753     4

18    CROSS-EXAMINATION BY MR. DINOVO (RESUMED)            802     5

19    REDIRECT EXAMINATION BY MS. MEHTA                    828     5

20    RECROSS-EXAMINATION BY MR. DINOVO                    836     5

21    DIRECT EXAMINATION BY MS. MEHTA                     1264     7

22    CROSS-EXAMINATION BY MR. DINOVO                     1313     7

23    REDIRECT EXAMINATION BY MS. MEHTA                   1330     7

24    RECROSS-EXAMINATION BY MR. DINOVO                   1339     7

25    FURTHER REDIRECT EXAMINATION BY MS. MEHTA           1343     7
```

| | **E X H I B I T S** | | |
|---|---|---|---|
| | **PLAINTIFF'S EXHIBITS:** | EVD. | VOL. |
| | 1 | 191 | 2 |
| | 3 | 192 | 2 |
| | 4 (PG. 156) | 1304 | 7 |
| | 4 (PG. 232) | 740 | 4 |
| | 16 | 497 | 3 |
| | 21C | 533 | 3 |
| | 31 | 305 | 2 |
| | 32 | 305 | 2 |
| | 34 | 316 | 2 |
| | 35 | 316 | 2 |
| | 36 | 316 | 2 |
| | 52 | 535 | 3 |
| | 55 | 537 | 3 |
| | 56 | 538 | 3 |
| | 65 | 616 | 4 |
| | 67 | 617 | 4 |
| | 95 | 948 | 5 |
| | 120 | 260 | 2 |
| | 121A | 176 | 2 |
| | 121B | 180 | 2 |
| | 125C | 431 | 3 |
| | 154 | 865 | 5 |
| | 178 | 912 | 5 |

```
1                        E X H I B I T S

2     PLAINTIFF'S EXHIBITS:                    EVD.        VOL.

3        179.001 - 179.003                     1521          8

4        181                                    967          5

5        182                                    857          5

6        184                                    360          2

7

8     DEFENDANT'S EXHIBITS:

9        360                                    735          4

10       418                                   1231          7

11       421                                   1295          7

12       457                                    462          3

13       482                                    203          2

14       483                                    202          2

15       497                                    895          5

16       503 (PG. 72)                           232          2

17       503 (PG. 75)                           237          2

18       503 (PG. 76)                           237          2

19       503 (PG. 198)                          240          2

20       503 (PG. 201)                          241          2

21       503 (PG. 202)                          242          2

22       503 (PG. 203)                          243          2

23       503 (PG. 208)                          243          2

24       503 (PG. 217)                          244          2

25       503 (PG. 230)                          244          2
```

1 **E X H I B I T S**

2 | **DEFENDANT'S EXHIBITS:** | **ID.** | **PAGE** | **VOL.** |
|---|---|---|---|
| 505 (PGS. 1432 & 1449) | | 738 | 4 |
| 589 | | 1242 | 7 |
| 614 | | 1244 | 7 |
| 639 | | 1246 | 7 |
| 679 | | 1508 | 7 |
| 694 | 393 | | 3 |
| 695 | | 1070 | 6 |

**DIANE E. SKILLMAN, OFFICIAL COURT REPORTER, USDC (510) 451-2930**