W. PAUL SCHUCK (Cal. Bar No. 203717)
pschuck@bzbm.com
BARTKO, ZANKEL, BUNZEL & MILLER
One Embarcadero Center, Suite 800
San Francisco, California 94111
Telephone: (415) 956-1900
Facsimile:  (415) 956-1152

ANDREW G. DINOVO (admitted *pro hac vice*)
adinovo@dpelaw.com
ADAM G. PRICE (admitted *pro hac vice*)
aprice@dpelaw.com
DINOVO PRICE ELLWANGER & HARDY LLP
7000 N. MoPac Expressway, Suite 350
Austin, Texas  78731
Telephone: (512) 539-2626
Facsimile:  (512) 539-2627
Attorneys for Plaintiff
DIGITAL REG OF TEXAS, LLC

EDWARD R. REINES (SBN 135960)
edward.reines@weil.com
SONAL N. MEHTA (SBN 222086)
sonal.mehta@weil.com
BYRON C. BEEBE (SBN 235179)
byron.beebe@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone:  650-802-3000
Facsimile:  650-802-3100

Attorneys for Defendant
ADOBE SYSTEMS INCORPORATED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | | |
|---|---|---|
| DIGITAL REG OF TEXAS, LLC, | ) | Case No. 12-CV-01971 CW (KAW) |
| Plaintiff, | ) ) ) | [~~PROPOSED~~] **ORDER GRANTING JOINT MOTION TO PARTIALLY DISMISS** |
| v. | ) ) | |
| ADOBE SYSTEMS INCORPORATED, *et al.*, | ) ) | Judge: Hon. Claudia Wilken<br>Date:   August 25, 2004 |
| Defendants. | ) ) ) | Time    8:30 a.m.<br>Ctrm:   2, 4th Floor |

The Court, having considered Plaintiff Digital Reg of Texas, LLC, ("Digital Reg") and Defendant Adobe Systems Inc. ("Adobe"), Joint Motion to Partially Dismiss, hereby ORDERS, that Digital Reg's claims against Adobe with respect to U.S. Patent No. 7,421,741 are dismissed with prejudice, and Adobe's counterclaims against Digital Reg with respect to U.S. Patent No. 7,421,741 are dismissed without prejudice.

This Order does not impact any other pending claims and counterclaims.

DATED: _____September 3_____, 2014

_____
The Honorable Claudia Wilken
United States District Court Judge