W. PAUL SCHUCK (Cal. Bar No. 203717)
pschuck@bzbm.com
BARTKO, ZANKEL, BUNZEL & MILLER
One Embarcadero Center, Suite 800
San Francisco, California 94111
Telephone: (415) 956-1900
Facsimile: (415) 956-1152

ANDREW G. DINOVO (admitted *pro hac vice*)
adinovo@dpelaw.com
ADAM G. PRICE (admitted *pro hac vice*)
aprice@dpelaw.com
NICOLE E. GLAUSER (admitted *pro hac vice*)
nglauser@dpelaw.com
DINOVO PRICE ELLWANGER & HARDY LLP
7000 N. MoPac Expressway, Suite 350
Austin, Texas 78731
Telephone: (512) 539-2626
Facsimile: (512) 539-2627

Attorneys for Plaintiff
DIGITAL REG OF TEXAS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DIGITAL REG OF TEXAS, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ADOBE SYSTEMS INCORPORATED, *et al.*,<br><br>　　　　Defendants. | Case No. 12-CV-01971 CW (KAW)<br><br>**OFFER OF PROOF REGARDING TRIAL EXHIBITS 175a, 175b, 175c**<br><br>Judge: Hon. Claudia Wilken<br>Ctrm: 2, 4th Floor |

Plaintiff Digital Reg of Texas, LLC ("Digital Reg") submits the following proffer for its Trial Exhibit ("TE") 175a, b, & c.

At trial, Digital Reg offered SC-2309, AMT Integration Guide. It formed part of TE175a. During trial, the Court took the evidence under submission without objection from Adobe. *See* August 27, 2014 Trial Tran., 523:10 *et seq.*[1] The Court agreed that this document might be treated differently, as it is a textual guide, not source code. *See* August 27, 2014 Trial Tran., 524:10.

Digital Reg again urges that SC-2309, which the Court has taken under submission, be accepted into evidence and filed under seal into the record of this Court.

## CONCLUSION

For the foregoing reasons, Digital Reg respectfully requests that the AMT Integration Guide, SC-2309, be admitted into evidence. It will be separately filed under seal.

DATED: September 5, 2014           BARTKO, ZANKEL, BUNZEL & MILLER

By:     */s/ W. Paul Schuck*
             W. Paul Schuck

DINOVO PRICE ELLWANGER & HARDY LLP

By:     */s/ Andrew G. DiNovo*
             Andrew G. DiNovo

Attorneys for Plaintiff
DIGITAL REG OF TEXAS, LLC

---

[1] The record properly reflects the title of the Exhibit, although the Bates label was incorrectly transcribed.

**ATTESTATION OF E-FILER**

    Pursuant to Local Rule 5-1(i), the undersigned ECF user whose login and password are being used in filing this document, hereby attests that each signatory has concurred in the filing of this document.

Dated:  September 5, 2014              */s/ W. Paul Schuck*
                                                      W. Paul Schuck