IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DIGITAL REG OF TEXAS, LLC,

    Plaintiff,

v.

ADOBE SYSTEMS, INC.,

    Defendant.

No. C 12-1971 CW

VERDICT FORM



FILED
SEP 0 8 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

We, the jury in the above-titled action, return the following verdict on the questions submitted to us:

### INFRINGEMENT

1. <u>Direct Infringement</u>: Has Digital Reg proven it is more likely than not that Adobe has infringed any of the following claims? Enter "yes" or "no" in each box.

|  | Adobe Activation |
|---|---|
| '670 patent, claim 45 (independent) | No |

|  | Adobe LiveCycle |
|---|---|
| '670 patent, claim 45 (independent) | No |
| '670 patent, claim 52 (dependent on claim 45) | No |

2. <u>Indirect Infringement</u>: Has Digital Reg proven it is more likely than not that Adobe indirectly infringed any of the following claims? Enter "yes" or "no" in each box.

|  | Adobe Activation |
|---|---|
| '541 patent, claim 1 (independent) | No decision |
| '541 patent, claim 2 (dependent on claim 1) | No decision |
| '541 patent, claim 4 (dependent on claim 1) | No decision |
| '541 patent, claim 13 (dependent on claim 1) | No decision |
| '670 patent, claim 45 (independent) | No |

|  | Adobe Flash |
|---|---|
| '541 patent, claim 1 (independent) | No decision |
| '541 patent, claim 2 (dependent on claim 1) | No decision |
| '541 patent, claim 4 (dependent on claim 1) | No decision |
| '541 patent, claim 13 (dependent on claim 1) | No decision |

|  | Adobe LiveCycle |
|---|---|
| '541 patent, claim 1 (independent) | No |
| '541 patent, claim 2 (dependent on claim 1) | No |
| '541 patent, claim 4 (dependent on claim 1) | No |
| '541 patent, claim 13 (dependent on claim 1) | No |
| '670 patent, claim 45 (independent) | No |
| '670 patent, claim 52 (dependent on claim 45) | No |

INVALIDITY

3.   Anticipation: Has Adobe proven that it is highly probable that the following claims of Digital Reg's patents were anticipated, or, in other words, not new?  Enter "yes" or "no" in each box.

|  | Anticipated? |
|---|---|
| '670 patent, claim 32 (independent) | No |
| '670 patent, claim 45 (independent) | No |
| '670 patent, claim 52 (dependent on claim 45) | No |

4. <u>Obviousness</u>: Has Adobe proven that it is highly probable that the following claims of Digital Reg's patents would have been obvious to a person of ordinary skill in the field at the time the patent application was filed? Enter "yes" or "no" in each box.

|  | Obvious? |
|---|---|
| '541 patent, claim 1 (independent) | Yes |
| '541 patent, claim 2 (dependent on claim 1) | Yes |
| '541 patent, claim 4 (dependent on claim 1) | Yes |
| '541 patent, claim 13 (dependent on claim 1) | Yes |
| '670 patent, claim 32 (independent) | Yes |
| '670 patent, claim 45 (independent) | Yes |
| '670 patent, claim 52 (dependent on claim 45) | Yes |

If you found that at least one product infringes at least one valid patent claim (i.e. you answered "yes" as to infringement of a claim by a product in either questions 1 or 2, and "no" as to each of the invalidity defenses regarding that claim in questions 3 and 4), proceed to answer questions 5 and 6. If not, do not answer the remaining questions and proceed to review and sign the verdict form.

### DAMAGES (IF APPLICABLE)

5. <u>Reasonable Royalty</u>: For the claims that you found valid and infringed by Adobe's accused products, what royalty amount has Digital Reg proven that it should have received from Adobe?
    a) Either an on-going royalty payment:
       Royalty rate: _____%
       x Royalty base: $_____

       = Damages award: $_____

    b) Or a one-time payment of: $_____

<u>WILLFULNESS</u> (IF APPLICABLE)

6. <u>Willful Infringement</u>: Has Digital Reg proven that it is highly probable that Adobe actually knew, or the evidence was so obvious that Adobe should have known, that its actions constituted infringement of a valid and enforceable patent?

Yes_____    No _____

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your determinations. Please have the presiding juror sign, date and return this form.

Dated: Sep 8/2014                    _Michael Bang_____
                                      Presiding Juror