1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

EDWARD R. REINES (SBN 135960)
edward.reines@weil.com
SONAL N. MEHTA (SBN 222086)
sonal.mehta@weil.com
BYRON C. BEEBE (SBN 235179)
byron.beebe@weil.com
ANANT N. PRADHAN (SBN 287227)
anant.pradhan@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone:  650-802-3000
Facsimile:  650-802-3100

Attorneys for Defendant
ADOBE SYSTEMS INCORPORATED

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| DIGITAL REG OF TEXAS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>ADOBE SYSTEMS INCORPORATED, et al.,<br><br>Defendants. | Civil Case No. 12-CV-01971 CW (KAW)<br><br>**DECLARATION OF BYRON C. BEEBE RELATING TO DIGITAL REG'S MOTION FOR ADMINISTRATIVE RELIEF FOR LEAVE TO FILE DOCUMENTS UNDER SEAL (DKT. NO. 719)**<br><br>Judge:  Hon. Claudia Wilken<br>Courtroom:  2, 4th floor |

I, Byron C. Beebe, declare:

1.      I am a member of the Bar of this Court and an attorney with the law firm of Weil, Gotshal & Manges LLP, counsel of record for Defendant Adobe Systems Incorporated in the above-captioned matter.  I submit this declaration based on personal knowledge and following a reasonable investigation.  If called upon as a witness, I could competently testify to the truth of each statement herein.

2.      On September 4, 2014, Digital Reg filed a Motion for Administrative Relief For Leave To File Under Seal Demonstrative Exhibits Submitted In Conjunction With Offer Of Proof For TE 175. Digital Reg's motion requested that the demonstratives utilized by Digital Reg's expert be filed under seal.

3.      I have reviewed the demonstratives used by Digital Reg's expert.  They contain numerous citations to Adobe's source code.  Adobe's source code is very sensitive, non-public, and highly confidential.  Public disclosure of Adobe's source code could substantially harm Adobe.  While certain details of Adobe's source code were discussed during trial, these demonstratives provide specific detail related to the relationship between and functionality of various portions of Adobe's source code that is not reflected in the written transcript.  Adobe requests that the demonstratives utilized by Digital Reg's expert be Filed Under Seal.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 9, 2014, at Redwood Shores, California.


By:  _/s/ Byron C. Beebe_____
          Byron C. Beebe