```
                                          VOLUME 9

                                          PAGES 1658 - 1662

               UNITED STATES DISTRICT COURT

              NORTHERN DISTRICT OF CALIFORNIA

DIGITAL REG OF TEXAS, LLC   )
                            )
         PLAINTIFF,         )    NO. C-12-1971 CW
                            )
   VS.                      )    FRIDAY, SEPTEMBER 5, 2014
                            )
ADOBE SYSTEMS, INC., ET AL.,)    OAKLAND, CALIFORNIA
                            )
         DEFENDANTS.        )    JURY TRIAL
_____)


          BEFORE THE HONORABLE CLAUDIA WILKEN, JUDGE
```

**REPORTER'S TRANSCRIPT OF PROCEEDINGS**

**APPEARANCES:**

**FOR PLAINTIFF:**         DINOVO, PRICE, ELLWANGER & HARDY LLP
                           7000 NORTH MOPAC EXPRESSWAY, SUITE 350
                           AUSTIN, TEXAS 78731
                       BY: ANDREW G. DINOVO, ESQUIRE
                           ADAM G. PRICE, ESQUIRE
                           GREGORY DONAHUE, ESQUIRE
                           JAY D. ELLWANGER, ESQUIRE
                           NICOLE E. GLAUSER, ESQUIRE


                           BARTKO ZANKEL BUNZEL MILLER
                           ONE EMBARCADERO CENTER, SUITE 800
                           SAN FRANCISCO, CALIFORNIA 942111
                       BY: W. PAUL SCHUCK, ESQUIRE


**ALSO PRESENT:**          MICHAEL FARLEY, COMPANY REPRESENTATIVE

                   (APPEARANCES CONTINUED)

**REPORTED BY:**           DIANE E. SKILLMAN, CSR 4909, RPR, FCRR
                           OFFICIAL COURT REPORTER
        TRANSCRIPT PRODUCED BY COMPUTER-AIDED TRANSCRIPTION


**DIANE E. SKILLMAN, OFFICIAL COURT REPORTER, USDC (510) 451-2930**

```
 1
 2
 3
 4    FOR DEFENDANT            WEILL, GOTSHAL & MANGES, LLP
      ADOBE SYSTEMS:           201 REDWOOD SHORES PARKWAY
 5                             REDWOOD SHORES, CALIFORNIA 94065
                           BY: EDWARD R. REINES, ESQUIRE
 6                             SONAL N. MEHTA, ESQUIRE
                               BYRON BEEBE, ESQUIRE
 7                             ANANT PRADHAN, ESQUIRE
 8
 9    ALSO PRESENT:            PAUL BETLEM, COMPANY REPRESENTATIVE
                               KAREN ROBINSON, IN-HOUSE COUNSEL
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

| | |
|---|---|
| 1 | <u>FRIDAY, SEPTEMBER 5, 2014</u>                                              <u>11:00 A.M.</u> |
| 2 | P R O C E E D I N G S |
| 3 | (PROCEEDINGS HELD OUTSIDE THE PRESENCE OF THE JURY.) |
| 4 | **THE COURT:** GOOD MORNING. |
| 5 | **MR. REINES:** GOOD MORNING. |
| 6 | **THE COURT:** YOU'VE SEEN THE NOTE? |
| 7 | **MR. REINES:** YES, YOUR HONOR. |
| 8 | **THE COURT:** WHAT DO YOU PROPOSE? |
| 9 | **MR. REINES:** WE PROPOSE, AND THE PARTIES HAVE AGREED, |
| 10 | THE ANSWER WOULD BE NOT AUTOMATICALLY.  YOU NEED TO PERFORM AN |
| 11 | INVALIDITY ANALYSIS OF THE CLAIMED INVENTION CONSIDERING THE |
| 12 | INDEPENDENT CLAIM PLUS -- |
| 13 | **THE COURT:** DO YOU HAVE IN MIND THAT I WOULD SEND |
| 14 | THIS IN A NOTE TO THEM OR BRING THEM OUT AND SAY IT? |
| 15 | **MR. REINES:** NORMALLY IT HAPPENS IN OPEN COURT IN MY |
| 16 | EXPERIENCE, BUT -- |
| 17 | **THE COURT:** I'M SORRY? |
| 18 | **MR. REINES:** NORMALLY I'M USED TO OPEN COURT, BUT |
| 19 | HOWEVER THE COURT WOULD LIKE TO HANDLE IT. |
| 20 | **THE COURT:** I CAN DO IT EITHER WAY.  IT'S JUST IF I'M |
| 21 | GOING TO SAY IT OUT LOUD, I HAVE TO WRITE IT ALL DOWN OR GET |
| 22 | THE REPORTER TO WRITE IT DOWN AND TELL ME LATER. |
| 23 |    OKAY. |
| 24 | **MR. REINES:** SINCE WE AGREE, I GUESS WE CAN JUST SEND |
| 25 | IT IN. |

**DIANE E. SKILLMAN, OFFICIAL COURT REPORTER, USDC (510) 451-2930**

```
 1              MR. DINOVO:  I THINK AS A NOTE IS FINE.

 2              MR. REINES:  OKAY.  DO YOU WANT ME TO HAND IT UP?

 3              MR. DINOVO:  HIS HANDWRITING --

 4              MR. REINES:  MY HANDWRITING IS NOT THAT GREAT.

 5     THAT WOULDN'T BE THE NOTE.  HOPEFULLY SOMEONE ELSE WILL

 6     WRITE IT.

 7              THE COURT:  YOU NEED TO PERFORM AN ANALYSIS OF THE

 8     CLAIMED -- YOU NEED TO PERFORM AN INVALIDITY ANALYSIS OF THE

 9     CLAIMED INVENTION CONSIDERING THE INDEPENDENT CLAIM PLUS THE

10     ELEMENTS IN THE DEPENDENT CLAIM.

11              MR. DINOVO:  I DON'T RECALL THAT WORD "INVALIDITY" IN

12     THERE.  I DON'T KNOW THAT THAT NEEDS TO BE PRESENT.  BUT

13     OTHERWISE WE AGREE WITH IT.

14              MR. REINES:  WELL, IT'S AN INVALIDITY ANALYSIS.

15              MR. DINOVO:  OR VALIDITY.

16              MR. REINES:  WHATEVER THE COURT THINKS.  IF YOU WANT

17     TO REMOVE THE WORD --

18              THE COURT:  ONE HAS TO PROVE INVALIDITY, I GUESS.  SO

19     I THINK IT WOULD TO BE AN INVALIDITY ANALYSIS.

20              MR. DINOVO:  OKAY.

21              THE COURT:  OKAY.  SO I WILL JUST ASK NIKKI TO TYPE

22     THIS UP AND PRINT IT OUT AND SHOW IT TO YOU AND GIVE IT TO

23     THEM.

24              MR. REINES:  THANK YOU.

25              THE COURT:  I DON'T KNOW HOW THEY ARE GOING TO DO
```

```
1   THAT SINCE THERE'S NO EVIDENCE OF THE ADD-ON CONDITIONS.
2           MR. REINES:  WE DID PRESENT THAT THROUGH DR. WICKER.
3           MS. MEHTA:  WE COVERED EVERY INDEPENDENT CLAIM AND
4   DEPENDENT CLAIM.
5           THE COURT:  OKAY.
6        (RECESS TAKEN WHILE JURORS DELIBERATE AT 11:05 A.M.)
7              (PROCEEDINGS ADJOURNED AT 1:30 P.M.)
8
9
10                      **CERTIFICATE OF REPORTER**
11          I, DIANE E. SKILLMAN, OFFICIAL REPORTER FOR THE
12   UNITED STATES COURT, NORTHERN DISTRICT OF CALIFORNIA, HEREBY
13   CERTIFY THAT THE FOREGOING IS A CORRECT TRANSCRIPT FROM THE
14   RECORD OF PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.
15
16          _____
17             DIANE E. SKILLMAN, CSR 4909, RPR, FCRR
18                   FRIDAY, SEPTEMBER 5, 2014
```