IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIGITAL REG OF TEXAS, LLC, | No. C 12-1971 CW |
| Plaintiff, | ORDER |
| v. | |
| ADOBE SYSTEMS, INC., et al., | |
| Defendants. | |

Defendant Adobe Systems, Inc., shall prepare a proposed form of judgment consistent with the jury verdict (Docket No. 727) in this case and present it to Plaintiff Digital Reg of Texas, LLC, for approval as to form no later than seven days from the date of this order.  The proposed form of judgment should reflect the jury's findings with regard to infringement and invalidity.  In addition, the proposed form of judgment should address the disposition of the case with regard to all Defendants.

Adobe shall submit the proposed form of judgment to the Court no later than ten days from the date of this order.

IT IS SO ORDERED.

Dated: 9/15/2014

CLAUDIA WILKEN
United States District Judge