.CIVIL TRIAL MINUTES
NORTHERN DISTRICT OF CALIFORNIA

September 5, 2014

Before:         Claudia Wilken
                Nikki D. Riley          Courtroom Deputy Clerk
                Diane Skillman          Court Reporter

Time:   2 minutes

Case No.        C 12-1971 CW

                Digital Reg of Texas, LLC v.  Adobe Systems Incorporated, et al.


Trial Began: September 5, 2014           Further Trial: September 8, 2014

Trial Motions Heard:                     Disposition

1)
2)
3)

Other:  Jury deliberations continue.

Disposition of Exhibits:
See trial sheet for admitted exhibits.