W. PAUL SCHUCK (Cal. Bar No. 203717)
*pschuck@bzbm.com*
BARTKO, ZANKEL, BUNZEL & MILLER
One Embarcadero Center, Suite 800
San Francisco, California 94111
Telephone: (415) 956-1900
Facsimile:  (415) 956-1152

ANDREW G. DINOVO (admitted *pro hac vice*)
*adinovo@dpelaw.com*
ADAM G. PRICE (admitted *pro hac vice*)
*aprice@dpelaw.com*
DINOVO PRICE ELLWANGER & HARDY LLP
7000 N. MoPac Expressway, Suite 350
Austin, Texas  78731
Telephone: (512) 539-2626
Facsimile:  (512) 539-2627

Attorneys for Plaintiff
DIGITALREG OF TEXAS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| DIGITAL REG OF TEXAS, LLC, | ) | Case No. 12-CV-01971 CW (KAW) |
| Plaintiff, | ) ) | **PLAINTIFF'S NOTICE OF FILING DEMONSTRATIVES** |
| v. | ) ) | |
| ADOBE SYSTEMS INCORPORATED, *et al.*, | ) ) | |
| Defendants. | ) ) ) ) | |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Digital Reg of Texas, LLC ("Digital Reg") has filed with this Notice the demonstratives used during Digital Reg's presentation at trial, including those provided during opening statements, expert witness testimony, and closing arguments.

The demonstratives used during Dr. Devanbu's testimony have previously been submitted under seal as Attachment 2 to Docket. No. 718.

DATED:  September 15, 2014         DINOVO PRICE ELLWANGER & HARDY LLP


By:       /s/ *Andrew G. DiNovo*
               Andrew G. DiNovo

Attorneys for Plaintiff
DIGITAL OF TEXAS, LLC


**ATTESTATION OF E-FILER**

In compliance with Local Rule 5-1(i), the undersigned ECF user filing this document, hereby attests that all signatories of this document have concurred in the filing of this document.

September 15, 2014              */s/ W. Paul Schuck*
                                          W. Paul Schuck