UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: **C 12-1971 CW**        Case Name: **Digital Reg of Texas, LLC v. Adobe Systems Incorporated, et al.**

EXHIBIT and WITNESS LIST

| JUDGE<br>CLAUDIA WILKEN | PLAINTIFF ATTORNEY:<br>Adam Price; Gregory Donahue; W. Paul Schuck; Jay Ellwanger; Nicole Glauser; Andrew DiNovo | DEFENSE ATTORNEY:<br>Edward Reines; Sonal Mehta; Byron Beebe; Anant Pradhan |
|---|---|---|
| TRIAL DATE:<br>8/25/2014 - 9/8/2014 | REPORTER(S):<br>Diane Skillman | CLERK:<br>Nikki D. Riley |

| PLF NO. | DEF NO | DATE OFFERED | ID | REV | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8/25/2014 | | | @8:30A - Judge enters the courtroom. | |
| | | | | | @8:38A - Judge exits the courtroom. | |
| | | | | | @9:21A - Prospective jurors enters the courtroom and are sworn. | |
| | | | | | @9:42A - Judge re-enters the courtroom and juror voir dire begins. | |
| | | | | | @10:53A - Prospective jurors are given a break until 11:10A. | |
| | | | | | @10:59A - Judge exits the courtroom. | |
| | | | | | @11:10A - Prospective jurors re-enters the courtroom. | |
| | | | | | @11:11A - Judge re-enters the courtroom and juror voir dire continues. | |
| | | | | | @11:25A - Break until 11:35A. | |
| | | | | | @11:30A - Prospective jurors re-enters the courtroom. | |
| | | | | | @11:32A - Jurors are selected and sworn. | |
| | | | | | @11:35A - Jury is instructed by the Court. | |
| | | | | | @11:59A - Opening by Plaintiff. | |
| | | | | | @12:25P - Jurors are given a break until 12:35P. | |
| | | | | | @12:28P - Judge exits the courtroom. | |
| | | | | | @12:41P - Opening by Defendant. | |
| | | | | | @1:24P - Jury is excused for the day. | |
| | | | | | @1:31P - Judge exits the bench. | |

[FILED SEP 08 2014  RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND]

Page 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: **C 12-1971 CW**     Case Name: **Digital Reg of Texas, LLC v. Adobe Systems Incorporated, et al.**

| PLF NO. | DEF NO | DATE OFFERED | ID | REV | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8/26/2014 | | | @8:24A - Judge enters the courtroom. | |
| | | | | | @8:29A - Jury enters the courtroom. | |
| | | | | | Patten video is played. | |
| | | | | | @8:46A - Patrick Patterson is called and sworn under direct. | |
| 121a | | | X | X | **Nondisclosure agreement between PC Deskgate & Dane Interlogic.** | |
| 121b | | | X | | | |
| 121a | | | | | Previously admitted. | |
| 121b | | | | | **Previously identified.** | |
| 121a | | | | | Previously admitted. | |
| 121b | | | X | X | **Patterson design documents.** | |
| 1 | | | X | X | **US Patent No. 6,389,541 (ribbon version).** | |
| 3 | | | X | X | **US Patent No. 6,751,670 (ribbon version).** | |
| | | | | | @9:39A - Cross begins. | |
| | 483 | | X | X | **Inventor Agreement.** | |
| | 482 | | X | X | **Letter from DiNovo Price Ellwanger & Hardy LLP to Patrick Patterson.** | |
| | | | | | Excerpt of the witness' deposition is played via video. | |
| 1 | | | | | Previously admitted. | |
| | | | | | Excerpt of the witness' deposition is played via video. | |
| | | | | | @10:05A - A break is given until 10:20A. | |
| | | | | | @10:13A - Judge re-enters the courtroom. | |
| | | | | | @10:20A - Judge re-enters the courtroom. | |
| | | | | | Witness Patterson resumes the stand, cross continues. | |
| 3 | | | | | Previously admitted. | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: **C 12-1971  CW**          Case Name: **Digital Reg of Texas, LLC v. Adobe Systems Incorporated, et al.**

| PLF NO. | DEF NO | DATE OFFERED | ID | REV | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8/26/2014 | | | Excerpt of the witness' deposition is played via video. | |
| | 503 | | X | X | **(page 72). Only pages shown will be admitted into evidence.** | |
| | | | | | Excerpt of the witness' deposition is played via video. | |
| | 503 | | | | **Page 75 is shown and added to admitted exhibit.** | |
| | 679 | | X | ? | **Admission is under submission.** | |
| | 503 | | | | **pages 198, 201, 202, 203, 206, 208, 217, and 230 are shown and added to the admitted exhibit.** | |
| 121a | | | | | Previously admitted. | |
| 121b | | | | | Previously admitted. | |
| | | | | | Multiple excerpts of the witness' deposition are played via video. | |
| 1 | | | | | Previously admitted. | |
| 120 | | | X | X | **PCWeek Excerpt.** | |
| | | | | | Excerpt of witness' deposition is read. | |
| | | | | | Excerpt of the witness' deposition is read. | |
| | | | | | Excerpt of the witness' deposition is read. | |
| | | | | | @11:18A - Re-direct begins. | |
| 3 | | | | | Previously admitted. | |
| 120 | | | | | Previously admitted. | |
| 121a | | | | | Previously admitted. | |
| 121b | | | | | Previously admitted. | |
| | | | | | @11:24A - Re-cross begins. | |
| 121b | | | | | Previously admitted. | |

Page 3

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: **C 12-1971  CW**        Case Name: **Digital Reg of Texas, LLC v. Adobe Systems Incorporated, et al.**

| PLF NO. | DEF NO | DATE OFFERED | ID | REV | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| 1 | | 8/26/2014 | | | **Previously admitted.** | |
| | | | | | @11:29A - Witness Patterson is excused. | |
| | | | | | @11:30A - Michael Farley is called and sworn under direct. | |
| | | | | | @11:55A - Break until 12:10P, jury exits the courtroom. | |
| | | | | | @11:56A - Judge exits the courtroom. | |
| | | | | | @12:10P - Jury re-enters the courtroom. | |
| | | | | | @12:12P - Judge re-enters the courtroom. | |
| | | | | | Witness Farley resumes the stand, direct continues. | |
| 31 | | | X | | | |
| 32 | | | X | | | |
| 31 | | | | X | **Wachovia/DRM Technologies Purchase Agreement.** | |
| 32 | | | | X | **Wachovia/DRM Technologies Assignment.** | |
| 34 | | | X | | | |
| 35 | | | X | | | |
| 36 | | | X | | | |
| 34 | | | | X | **DRM Technologies Assignment of '541 Patent.** | |
| 35 | | | | X | **DRM Technologies Assignment of Patents and Patent Applications.** | |
| 36 | | | | X | **DRM Technologies Assignment of Patents and Patent Applications.** | |
| 24b | | | X | | | |
| 43a | | | X | | | |
| 44a | | | X | | | |
| 45a | | | X | | | |
| 46 | | | X | | | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: **C 12-1971 CW**     Case Name: **Digital Reg of Texas, LLC v. Adobe Systems Incorporated, et al.**

| PLF NO. | DEF NO | DATE OFFERED | ID | REV | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| **96** | | **8/26/2014** | **X** | | | |
| **97** | | | **X** | | | |
| **98** | | | **X** | | | |
| **99** | | | **X** | | | |
| **100** | | | **X** | | | |
| **101** | | | **X** | | | |
| **102** | | | **X** | | | |
| **103** | | | **X** | | | |
| **104** | | | **X** | | | |
| **105** | | | **X** | | | |
| **24b** | | | | **?** | **Admission is under submission.** | |
| **43a** | | | | **?** | **Admission is under submission.** | |
| **44a** | | | | **?** | **Admission is under submission.** | |
| **45a** | | | | **?** | **Admission is under submission.** | |
| **46** | | | | **?** | **Admission is under submission.** | |
| **96** | | | | **?** | **Admission is under submission.** | |
| **97** | | | | **?** | **Admission is under submission.** | |
| **98** | | | | **?** | **Admission is under submission.** | |
| **99** | | | | **?** | **Admission is under submission.** | |
| **100** | | | | **?** | **Admission is under submission.** | |
| **101** | | | | **?** | **Admission is under submission.** | |
| **102** | | | | **?** | **Admission is under submission.** | |
| **103** | | | | **?** | **Admission is under submission.** | |
| **104** | | | | **?** | **Admission is under submission.** | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: **C 12-1971 CW**      Case Name: **Digital Reg of Texas, LLC v. Adobe Systems Incorporated, et al.**

| PLF NO. | DEF NO | DATE OFFERED | ID | REV | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| **105** | | **8/26/2014** | | **?** | **Admission is under submission.** | |
| | | | | | Demonstrative is shown. | |
| | | | | | @12:58P - Cross begins. | |
| | | | | | Multiple excerpts of the witness' deposition are read. | |
| | | | | | @1:30P - Jury is excused for the day. | |
| | | | | | Witness Farley is excused for the day. | |
| **184** | | | X | X | **Demonstrative previously shown and renumbered as an exhibit.** | |
| | | | | | @1:33P - Judge exits the courtroom. | |
| | | 8/272014 | | | @8:24A - Judge enters the courtroom. | |
| | | | | | @8:33A - Jury enters the courtroom. | |
| | | | | | Witness Farley resumes the stand, cross continues. | |
| | **692** | | X | | | |
| **24b** | | | X | | | |
| | **458** | | X | X | **Master Services Agreement between ThinkFire Services USA, Ltd. and DRM Technologies, LLC for Patent Licensing or Sale.** | |
| **24b** | | | | | Previously identified. | |
| **184** | | | | | Previously admitted. | |
| | | | | | Excerpt of the witness' deposition is shown and read. | |
| **98** | | | X | | | |
| **96** | | | X | | | |
| **184** | | | | | Previously admitted. | |
| | **694** | | X | | | |
| **184** | | | | | Previously admitted. | |

Page 6

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: **C 12-1971 CW**          Case Name: **Digital Reg of Texas, LLC v. Adobe Systems Incorporated, et al.**

| PLF NO. | DEF NO | DATE OFFERED | ID | REV | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| 100 | | 8/27/14 | X | | | |
| 101 | | | X | | | |
| 102 | | | X | | | |
| 105 | | | X | | | |
| 184 | | | | | Previously admitted. | |
| | | | | | @9:25A - Witness Farley is excused. | |
| | | | | | @9:26A - Carl Vernon Venters is called and sworn under direct. | |
| 125c | | | X | X | "Adobe Value Proposition" draft | |
| | | | | | @10:05A - Break until 10:20A. | |
| | | | | | @10:08A - Judge exits the courtroom. | |
| | | | | | @10:23A - Jury re-enters the courtroom. | |
| | | | | | Judge re-enters the courtroom. | |
| | | | | | Witness Venters resumes the stand, cross begins. | |
| 30 | | | X | | | |
| 3 | | | | | Previously admitted. | |
| 125c | | | | | Previously admitted. | |
| | | | | | Excerpt of the witness' deposition is read. | |
| 125c | | | | | Previously admitted. | |
| | 457 | | X | X | **Digital Containers/DOLBY Value Proposition.** | |
| | | | | | Excerpt of the witness' deposition is read. | |
| | | | | | @10:45A - Re-direct begins. | |
| | | | | | @10:46A - Re-Cross begins. | |
| | | | | | @10:47A - Witness Venters is excused. | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: **C 12-1971 CW**        Case Name: **Digital Reg of Texas, LLC v. Adobe Systems Incorporated, et al.**

| PLF NO. | DEF NO | DATE OFFERED | ID | REV | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8/27/2014 | | | **@10:48A - Joseph R. Jones deposition is played via video.** | |
| | | | | | **@11:31A - Benkumar Devanbu is called and sworn under direct.** | |
| | | | | | Witness Devanbu is deemed an expert. | |
| 1 | | | | | Previously admitted. | |
| | | | | | Demonstratives are shown. | |
| | | | | | @11:55A - Break until 12:10P. | |
| | | | | | @12:11A - Judge enters the courtroom. | |
| | | | | | Jury re-enters the courtroom. | |
| | | | | | Witness Devanbu resumes the stand, direct continues. | |
| | | | | | Demonstratives are shown. | |
| 16 | | | X | X | White Paper - Adobe License Manager. | |
| 175c | | | X | ? | Admission is under submission. | |
| | | | | | Demonstratives are shown. | |
| 16 | | | | | Previously admitted. | |
| | | | | | Demonstratives are shown. | |
| 3 | | | | | Previously admitted. | |
| | | | | | Demonstratives are shown. | |
| 175c | | | | | Admission remains under submission. | |
| 21c | | | X | X | Whitepaper "A primer on electronic document security". | |
| 52 | | | X | X | About LiveCycle Rights Management ES2 | |
| 55 | | | X | X | LiveCycle ES Services: Adobe LiveCycle ES Version 8.0. | |
| 56 | | | X | X | LiveCycle ES Overview: Adobe LiveCycle ES Version 8.0. | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: **C 12-1971  CW**          Case Name: **Digital Reg of Texas, LLC v. Adobe Systems Incorporated, et al.**

| PLF NO. | DEF NO | DATE OFFERED | ID | REV | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| **175b** | | **8/27/2014** | **X** | **?** | **Admission is under submission.** | |
| | | | | | Demonstratives are shown. | |
| | | | | | @1:29P - Witness is excused for the day. | |
| | | | | | Jury is excused for the day. | |
| | | | | | @1:45P - Judge exits the bench. | |
| | | | | | @2:31P - Judge re-enters the bench. | |
| | | | | | Witness Carl Venters is recalled and examined by the Court. | |
| | | | | | @2:36P- Witness Venters is examined by the counsel for the Defendant. | |
| | | | | | @2:48P - Witness Venters is excused | |
| | | | | | Judge exits the bench. | |
| | | **8/28/2014** | | | @10:42A - Judge enters the courtroom. | |
| | | | | | Jury enters the courtroom. | |
| | | | | | Witness Devanbu resumes the stand, direct continues. | |
| | | | | | Demonstratives are shown. | |
| **52** | | | | | Previously admitted. | |
| | | | | | Demonstratives are shown. | |
| **65** | | | **X** | **X** | **Protecting Content - Adobe Flash Access.** | |
| **67** | | | **X** | **X** | **Adobe Flash Access Version 3.0: Overview.** | |
| **175a** | | | **X** | **?** | **Admission is under submission.** | |
| | | | | | Demonstratives are shown. | |
| | | | | | @11:50A - Cross begins. | |
| | | | | | Demonstratives are shown. | |
| | | | | | Excerpts of the witness' deposition is read. | |
| | | | | | @12:20P - Break until 12:35P. | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: **C 12-1971  CW**        Case Name: **Digital Reg of Texas, LLC v. Adobe Systems Incorporated, et al.**

| PLF NO. | DEF NO. | DATE OFFERED | ID | REV | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8/28/2014 | | | @12:38P - Jury re-enters the courtroom. | |
| | | | | | Judge re-enters the courtroom. | |
| | | | | | Witness Devanbu resumes the stand, cross continues. | |
| | | | | | Demonstratives are shown. | |
| 3 | | | | | Previously admitted. | |
| | | | | | Demonstratives are shown. | |
| | | | | | @1:13P - Re-direct begins. | |
| | | | | | @1:22P - Re-cross begins. | |
| 55 | | | | | Previously admitted. | |
| | | | | | @1:29P - Witness Devanbu is excused. | |
| | | | | | @1:30P - Stephen Wicker is called and sworn under direct. | |
| | | | | | Witness Wicker is deemed an expert. | |
| | | | | | Demonstratives are shown. | |
| | | | | | @2:15P - Break until 2:30P. | |
| | | | | | @2:30P - Jury re-enters the courtroom. | |
| | | | | | Judge re-enters the courtroom. | |
| | | | | | Witness Wicker resumes the stand, direct continues. | |
| 65 | | | | | Previously admitted. | |
| | 360 | | X | X | **Adobe Developing Client Applications.** | |
| | | | | | Demonstratives are shown. | |
| | 505 | | X | X | **U.S. Patent No. 7,127,515 FH (pages 1449 and 1432 only).** | |
| | | | | | Demonstratives are shown. | |
| | | | | | @2:52P - Cross begins. | |
| | 360 | | | | Previously admitted. | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: **C 12-1971 CW**   Case Name: **Digital Reg of Texas, LLC v. Adobe Systems Incorporated, et al.**

| PLF NO. | DEF NO. | DATE OFFERED | ID | REV | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| 1 | | 8/28/2014 | | | Previously admitted. | |
| 3 | | | | | Previously admitted. | |
| | | | | | @3:30P - Witness is excused for the day. | |
| | | | | | Jury is excused for the day. | |
| | | | | | @3:40P - Judge exits the bench. | |
| | | 8/29/2014 | | | @8:23A - Judge enters the courtroom. | |
| | | | | | @8:33A - Jury enters the courtroom. | |
| | | | | | Witness Wicker resumes the stand, cross continues. | |
| | | | | | Excerpt of the witness' deposition is read. | |
| 1 | | | | | Previously admitted. | |
| | | | | | Demonstratives are shown. | |
| | | | | | @9:05A - Re-direct begins. | |
| | | | | | Demonstratives are shown. | |
| 1 | | | | | Previously admitted. | |
| | | | | | @9:14A - Re-cross begins. | |
| | 360 | | | | Previously admitted. | |
| | | | | | @9:18A - Witness Wicker is excused. | |
| | | | | | @9:19A - Jonathan Hear is called and sworn under direct. | |
| | | | | | Demonstratives are shown. | |
| 52 | | | | | Previously admitted. | |
| 182 | | | X | X | Adobe webpage "Securing documents with Adobe LiveCycle Rights Management ES". | |
| 55 | | | | | Previously admitted. | |
| 154 | | | X | X | Adobe's LiveCycle Policy Server Extension Software License Agreement. | |

Page 11

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: **C 12-1971 CW**  Case Name: **Digital Reg of Texas, LLC v. Adobe Systems Incorporated, et al.**

| PLF NO. | DEF NO. | DATE OFFERED | ID | REV | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8/29/2014 | | | @9:54A - Cross begins. | |
| 12 | | | X | ? | **Admission is under submission.** | |
| 10 | | | X | | | |
| | | | | | @10:10A - Break until 10:25A. | |
| | | | | | @10:25A - Jury re-enters the courtroom. | |
| | | | | | Judge re-enters the courtroom. | |
| | | | | | Witness resumes the stand, cross continues. | |
| 10 | | | X | ? | **Admission is under submission.** | |
| | 497 | | X | X | Adobe Guide "Adobe LiveCycle ES Services," version 8.0. | |
| | 360 | | | | Previously admitted. | |
| | | | | | @11:14A - Re-direct begins. | |
| 178 | | | X | X | Adobe webpage "Acrobat for Life Sciences". | |
| 179 | | | X | | | |
| | | | | | @11:30A - Re-cross begins. | |
| | | | | | @11:32A - Witness Hear is excused. | |
| | | | | | @11:33A - Russell Parr is called and sworn under direct. | |
| | | | | | Witness Parr is deemed an expert. | |
| 89 | | | X | ? | **Admission is under submission.** | |
| 108 | | | X | ? | **Admission is under submission.** | |
| 98 | | | X | ? | **Admission is under submission.** | |
| 100 | | | X | | | |
| 95 | | | X | X | | |
| | | | | | @12:10P - Break until 12:25P. | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: **C 12-1971  CW**        Case Name: **Digital Reg of Texas, LLC v. Adobe Systems Incorporated, et al.**

| PLF NO. | DEF NO. | DATE OFFERED | ID | REV | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8/29/2014 | | | @12:15P - Judge exits the bench. | |
| | | | | | @12:27P - Jury re-enters the courtroom. | |
| | | | | | Judge re-enters the courtroom. | |
| | | | | | Witness resumes the stand, direct continues. | |
| | | | | | Demonstratives are shown | |
| 181 | | | X | | | |
| | | | | | Demonstratives are shown | |
| 109 | | | X | | | |
| 110 | | | X | | | |
| 111 | | | X | | | |
| | | | | | Demonstratives are shown | |
| | | | | | 12:53P - Cross begins. | |
| | | | | | Excerpts of the witness' deposition is played. | |
| | | | | | Pages from the witness' report are read into the record. | |
| | | | | | @1:24P - Witness Parr is excused for the day. | |
| | | | | | @1:25P - Jury is excused from the day. | |
| | | 9/2/2014 | | | @8:30A - Judge enters the courtroom. | |
| | | | | | Jury enters the courtroom. | |
| | | | | | Witness Parr resumes the stand, cross begins. | |
| | | | | | Demonstrative is shown. | |
| | | | | | Excerpt of the witness' deposition is played. | |
| | | | | | Demonstratives are shown. | |
| | | | | | Excerpt of the witness' deposition is played. | |
| | | | | | Excerpt of the witness' deposition is read. | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: **C 12-1971 CW**　　　Case Name: **Digital Reg of Texas, LLC v. Adobe Systems Incorporated, et al.**

| PLF NO. | DEF NO. | DATE OFFERED | ID | REV | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9/2/2014 | | | Demonstratives are shown. | |
| | 695 | | X | X | | |
| | | | | | 10:00A - Break until 10:15A. | |
| | | | | | 10:15A - Jury re-enters the courtroom. | |
| | | | | | Judge re-enters the courtroom. | |
| | | | | | Witness Parr resumes the stand, re-direct begins. | |
| | 695 | | | | Previously admitted. | |
| | | | | | Demonstratives are shown. | |
| 95 | | | | | Previously admitted. | |
| 695 | | | | | Previously admitted. | |
| 178 | | | | | Previously admitted. | |
| 179 | | | | | Previously identified. | |
| | | | | | @10:32A - Re-cross begins. | |
| | | | | | @10:41A - Witness Parr is excused. | |
| | | | | | Plaintiff rests. | |
| | | | | | @10:42A - Stephen Prowse is called and sworn under direct. | |
| | | | | | Demonstratives are shown. | |
| | | | | | Witness Prowse is deemed an expert. | |
| | | | | | @11:39A - Cross begins. | |
| | | | | | | |
| | | | | | @12:15P - Break until 12:30P. | |
| | | | | | @12:30P - Jury re-enters the courtroom. | |
| | | | | | Judge re-enters the courtroom. | |
| | | | | | Witness Prowse resumes the stand under cross. | |

Page 14

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: **C 12-1971  CW**        Case Name: **Digital Reg of Texas, LLC v. Adobe Systems Incorporated, et al.**

| PLF NO. | DEF NO. | DATE OFFERED | ID | REV | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9/2/2014 | | | @12:31P - Re-direct begins. | |
| | | | | | Excerpt of the witness' deposition is read. | |
| | | | | | @12:36P - Re-cross begins. | |
| | | | | | @12:38P - Witness Prowse is excused. | |
| | | | | | @12:39P - Paul Beclem is called and sworn under direct. | |
| | | | | | @12:55 - Cross begins. | |
| | | | | | @1:08P - Witness Beclem is excused. | |
| | | | | | @1:09P - John Schull is called and sworn under direct. | |
| | | | | | @1:28P- Jury is excused for the day. | |
| | | | | | Witness Schull is excused for the day. | |
| | | | | | @1:51P - Judge exits the bench. | |
| | | 9/3/2014 | | | @8:24A - Judge enters. | |
| | | | | | @8:30A - Jury enters the courtroom. | |
| | | | | | Judge enters the courtroom. | |
| | | | | | Witness Schull resumes the stand, direct continues. | |
| | 418 | | X | X | U.S. Patent No. 5,509,070. | |
| | 589 | | X | X | Softlock Brochure and Mailer. | |
| | 614 | | X | X | Permission vs. Encryption. | |
| | 639 | | X | X | SoftLock Truth Book v. 0.9j. | |
| | | | | | @9:01A - cross begins. | |
| | 418 | | | | Previously admitted. | |
| | 614 | | | | Previously admitted. | |
| | 639 | | | | Previously admitted. | |
| | | | | | @9:20A - Witness Schull is excused. | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: **C 12-1971 CW**     Case Name: **Digital Reg of Texas, LLC v. Adobe Systems Incorporated, et al.**

| PLF NO. | DEF NO | DATE OFFERED | ID | REV | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9/3/2014 | | | @9:21A - Stephen Wicker is recalled under direct. | |
| | | | | | Demonstratives are shown. | |
| | 421 | | X | X | | |
| | | | | | @10:05A - Break until 10:20A. | |
| | | | | | @10:24A - Jury re-enters the courtroom. | |
| | | | | | Judge re-enters the courtroom. | |
| | | | | | Witness Wicker resumes the stand under direct. | |
| 4 | | | X | X | **Prosecution History for US Patent No. 6,751,670. (Not all pages are admitted. Parties are to workout what relevant pages are admitted.)** | |
| | | | | | @10:42A - Cross begins. | |
| | | | | | Demonstratives are shown. | |
| | 418 | | | | Previously admitted. | |
| 4 | | | | | Previously admitted. | |
| 3 | | | | | Previously admitted. | |
| | | | | | Demonstratives are shown. | |
| | | | | | @11:05A - Re-direct begins. | |
| 3 | | | | | Previously admitted. | |
| | | | | | @11:15A - Re-cross begins. | |
| 3 | | | | | Previously admitted. | |
| | | | | | @11:20A - Re-direct begins. | |
| | | | | | @11:22A - Witness Wicker is excused. | |
| | | | | | Defendant rests. | |
| | | | | | @11:23A - Arthur Keller is called and sworn under direct. | |
| | | | | | Witness Keller is deemed an expert. | |

**Page 16**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: **C 12-1971 CW**          Case Name: **Digital Reg of Texas, LLC v. Adobe Systems Incorporated, et al.**

| PLF NO. | DEF NO. | DATE OFFERED | ID | REV | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
|  |  | 9/3/2014 |  |  | Demonstratives are shown. |  |
| 3 |  |  |  |  | Previously admitted. |  |
|  |  |  |  |  | Demonstratives are shown. |  |
|  |  |  |  |  | @11:55A - Break until 12:15P. |  |
|  |  |  |  |  | @12:15P - Jury re-enters the courtroom. |  |
|  |  |  |  |  | Judge re-enters the courtroom. |  |
|  |  |  |  |  | Witness Keller resumes the stand. |  |
|  |  |  |  |  | Demonstratives are shown. |  |
|  | 421 |  |  |  | Previously admitted. |  |
|  |  |  |  |  | @12:32P - Cross begins. |  |
|  |  |  |  |  | Demonstratives are shown. |  |
|  | 418 |  |  |  | Previously admitted. |  |
|  |  |  |  |  | Demonstratives are shown. |  |
|  |  |  |  |  | @1:01P - Re-direct begins. |  |
|  | 418 |  |  |  | Previously admitted. |  |
| 4 |  |  |  |  | Previously admitted. |  |
|  |  |  |  |  | @1:08P - Witness Keller is excused. |  |
|  |  |  |  |  | Plaintiff rests. |  |
|  |  |  |  |  | @1:10P - Jury is excused. |  |
|  |  |  |  |  | @1:36P - Judge exits the bench. |  |
|  |  |  |  |  | @2:50P - Judge enters ths courtroom. |  |
|  | 679 |  | X | X | U.S. Patent No. 4,796,220 |  |
|  |  |  |  |  | @4:28P - Judge exits the courtroom. |  |
|  |  | 9/4/2014 |  |  | @8:25A - Judge enters the courtroom. |  |
| 179 |  |  | X | X | Adobe webpage "Using Acrobat X Pro" |  |

**Page 17**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: **C 12-1971 CW**    Case Name: **Digital Reg of Texas, LLC v. Adobe Systems Incorporated, et al.**

| PLF NO. | DEF NO | DATE OFFERED | ID | REV | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | | | | @8:38A - Jury enters the courtroom. | |
| | | 9/4/2014 | | | @8:39A - The jury is instructed by the Court. | |
| | | | | | @9:24A - Closing by Plaintiff. | |
| | | | | | @10:25A - Break until 10:40A. | |
| | | | | | @10:26A - Judge exits the courtroom. | |
| | | | | | @10:40A - Judge enters the courtroom. | |
| | | | | | Jury enters the courtroom. | |
| | | | | | Closing by Defendant. | |
| | | | | | Rebuttal by Plaintiff. | |
| | | | | | Jury is instructed further by the Court. | |
| | | | | | @12:20P - Court Security Officer is sworn. | |
| | | | | | Jury exits the courtroom to begin deliberating. | |
| 175a | | | X | | | |
| 175b | | | X | | | |
| 175c | | | X | | | |
| | | | | | The Court indicates that exhibit 175 can be admitted, if the parties can submit an suitable version. | |
| | | | | | @12:26P - Judge exits the courtroom. | |
| | | | | | @2:05P - Judge enters the courtroom. | |
| | | | | | @2:14P - Judge exits the bench. | |
| | | 9/5/2014 | | | @11:02A - Judge enters the courtroom. | |
| | | | | | @11:04A - Judge exits the bench. | |
| | | 9/8/2014 | | | @8:31A - Judge enters the courtroom. | |
| | | | | | @8:32A - Jury enters the courtroom. | |
| | | | | | @8:33A - Patent video is played. | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: **C 12-1971  CW**     Case Name: **Digital Reg of Texas, LLC v. Adobe Systems Incorporated, et al.**

| PLF NO. | DEF NO. | DATE OFFERED | ID | REV | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9/8/2014 | | | @8:49A - Jury exits the courtroom. | |
| | | | | | Judge exits the courtroom. | |
| | | | | | @9:46A - Judge enters the courtroom. | |
| | | | | | @9:50A - Judge exits the courtroom. | |
| | | | | | @10:05A - Judge enters the courtroom. | |
| | | | | | @10:22A - Jury enters the courtroom. | |
| | | | | | @10:23A - Jury exits the courtroom. | |
| | | | | | Judge exits the courtroom. | |
| | | | | | @12:09 - Judge enters the courtroom. | |
| | | | | | Jury enters the courtroom. | |
| | | | | | Verdict is read. | |
| | | | | | @12:26P - Jury is excused. | |
| | | | | | Judge exits the bench. | |