IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DIGITAL REG OF TEXAS, LLC,

      Plaintiff,

  v.

ADOBE SYSTEMS INCORPORATED; VALVE
CORPORATION; ELECTRONIC ARTS
INC.; UBISOFT, INC.; SYMANTEC
CORPORATION; AVG TECHNOLOGIES
USA, INC.; ZYNGA GAME NETWORK
INC.; ZYNGA, INC.; and INTUIT
INC.,

      Defendants.

_____/

No. C 12-1971 CW

JUDGMENT

     This Court previously issued its Order Regarding Claim
Construction and Motions for Summary Judgment (Docket No. 574).
This action then came before the Court for a trial by jury, the
Honorable Claudia Wilken, Chief United States District Judge,
presiding.  The remaining issues have been tried and the jury has
rendered its verdict.

     IT IS ORDERED AND ADJUDGED as follows:

     Judgment is entered in favor of Defendant Adobe Systems,
Incorporated (Adobe) on Plaintiff Digital Reg of Texas, LLC's
(Digital Reg) claims for infringement, and in favor of Adobe on
its counterclaims for non-infringement, pursuant to the jury
verdict filed on September 8, 2014;

     Judgment is entered in favor of Adobe on its counterclaim for
declarations of patent invalidity pursuant to that same verdict as
follows:

United States District Court
For the Northern District of California

Claims 1, 2, 4, and 13 of United States Patent Number 6,389,541 and claims 32, 45, and 52 of United States Patent Number 6,751,670 are invalid under 35 U.S.C. § 103;

Digital Reg shall take nothing on its claims against Adobe, and any remaining claims against Adobe are DISMISSED WITH PREJUDICE;

Adobe's remaining counterclaims are DISMISSED WITH PREJUDICE AS MOOT;

Adobe is not liable on Digital Reg's claims for infringement of any of the asserted patents and is a prevailing party in this litigation.

Additionally, judgment is entered in favor of Defendant Ubisoft, Inc., on Digital Reg's claims for infringement, and in favor of Ubisoft on its counterclaims for non-infringement, pursuant to the Court's Order Regarding Claim Construction and Motions for Summary Judgment (Docket No. 574);

Digital Reg shall take nothing on its claims against Ubisoft, and any remaining claims against Ubisoft are DISMISSED WITH PREJUDICE;

Ubisoft's remaining counterclaims are DISMISSED WITH PREJUDICE AS MOOT;

Ubisoft is not liable on Digital Reg's claims for infringement of any of the asserted patents and is a prevailing party in this litigation.

All requested relief not specifically granted herein is hereby denied.  This judgment thus disposes of all claims and counterclaims before the Court, the claims against all other Defendants having been previously dismissed by Orders of this

United States District Court
For the Northern District of California

Court.  Docket Nos. 309 (Zynga Game Network Inc. and Zynga, Inc.), 319 (AVG Technologies USA, Inc.), 346 (Intuit Inc.), 387 (Valve Corporation), 460 (Electronic Arts Inc.), and 582 (Symantec Corporation).

This is a final, appealable judgment.  The Court retains jurisdiction solely with respect to permitted post-trial motions, motions for costs and fees, and to enforce the injunction.

Dated at Oakland, California, this 22nd day of December, 2014.

RICHARD W. WIEKING
Clerk of Court

By: _____
Deputy Clerk