W. PAUL SCHUCK (Cal. Bar No. 203717)
pschuck@bzbm.com
**BARTKO ZANKEL BUNZEL & MILLER**
One Embarcadero Center, Suite 800
San Francisco, California 94111
Telephone: (415) 956-1900
Facsimile: (415) 956-1152

ANDREW G. DINOVO (*pro hac vice*)
adinovo@dpelaw.com
ADAM G. PRICE (*pro hac vice*)
aprice@dpelaw.com
NICOLE E. GLAUSER (*pro hac vice*)
nglauser@dpelaw.com
**DINOVO PRICE ELLWANGER & HARDY LLP**
7000 N. MoPac Expressway, Suite 350
Austin, Texas 78731
Telephone: (512) 539-2626
Facsimile: (512) 539-2627

Attorneys for Plaintiff
DIGITAL REG OF TEXAS, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| DIGITAL REG OF TEXAS, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>ADOBE SYSTEMS INCORPORATED, VALVE CORPORATION, ELECTRONIC ARTS, INC., UBISOFT, INC., SYMANTEC CORPORATION, INTUIT INC., AVG TECHNOLOGIES USA, INC., ZYNGA GAME NETWORK INC., and ZYNGA, INC.<br><br>*Defendants*. | CASE NO.: 12-CV-01971 CW<br><br>**STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE OBJECTIONS TO DEFENDANT ADOBE SYSTEMS INCORPORATED'S BILL OF COST AND FOR THE CLERK TO TAX COSTS**<br><br>The Honorable Claudia Wilken |

WHEREAS Adobe filed its Bill of Costs on January 5, 2015 (Dkt. No. 780);

WHEREAS pursuant to Civil L.R. 54-2, Digital Reg's objections and/or response to Adobe's Bill of Costs is currently due on January 20, 2015;

WHEREAS Civil L.R. 54-4(b) directs the Clerk to tax costs after considering any objections filed pursuant to Civil L.R. 54-2;

WHEREAS the parties have met and conferred and agreed to an extension of the deadline for Plaintiff to file and serve its objections to Adobe's Bill of Costs in an attempt to narrow and/or limit any objections;

IT IS HEREBY STIPULATED by and between counsel for Digital Reg and for Defendant Adobe Systems Incorporated that, subject to the Court's approval, the time for Digital Reg to serve and file any specific objections to any item of cost claimed in Adobe's Bill of Cost be extended to and including January 22, 2015.

A [Proposed] Order is submitted herewith.

1  DATED:  January 16, 2015                 BARTKO, ZANKEL, BUNZEL & MILLER

2                                            By:  /s/ W. Paul Schuck
3                                                  W. Paul Schuck

4                                            DINOVO PRICE ELLWANGER & HARDY LLP

5                                            By:  /s/ Andrew G. DiNovo
                                                   Andrew G. DiNovo
6

7                                            Attorneys for Plaintiff
                                             DIGITAL REG OF TEXAS, LLC
8

9                                            ERISE IP, P.A.

10                                           By:  /s/ Byron Beebe
                                                   Byron Beebe
11
                                             ADOBE SYSTEMS INCORPORATED
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                           3

**ATTESTATION OF E-FILER**

In compliance with Local Rule 5-1(i), the undersigned ECF user whose identification and password are being used to file this document, hereby attests that all signatories have concurred in the filing of this document.

/s/ *W. Paul Schuck*
W. Paul Schuck

4
STIPULATION TO ADJUST SCHEDULE RE BILL OF COSTS
Case No. 12-CV-1971 CW

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that a limited adjustment of the deadline for Plaintiff to object to items of costs in the Bill of Cost filed by Defendant Adobe Systems Incorporated is hereby granted. The time for Plaintiff to file and serve objections pursuant to Civil L.R. 54-2 is extended by two days, to and including January 22, 2015. The Clerk shall tax costs pursuant to Civil L.R. 54-4(b) after considering any objections filed pursuant to Civil L.R. 54-2 by the extended date.

Dated: January 20, 2015

_____
The Honorable Claudia Wilken
United States District Court Judge