1  EDWARD R. REINES (SBN 135960)
   edward.reines@weil.com
2  SONAL N. MEHTA (SBN 222086)
   sonal.mehta@weil.com
3  BYRON C. BEEBE (SBN 235179)
   byron.beebe@weil.com
4  ANANT N. PRADHAN (SBN 287227)
   anant.pradhan@weil.com
5  WEIL, GOTSHAL & MANGES LLP
   201 Redwood Shores Parkway
6  Redwood Shores, CA 94065
   Telephone: 650-802-3000
7  Facsimile: 650-802-3100

8  Attorneys for Defendant
   ADOBE SYSTEMS INCORPORATED

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| DIGITAL REG OF TEXAS, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>ADOBE SYSTEMS INCORPORATED, et al.,<br><br>    Defendants. | Civil Case No. 12-CV-01971 CW (KAW)<br><br>**[PROPOSED] ORDER GRANTING ADOBE'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS (DKT. NOS. 783-3, 784, AND 784-6)**<br><br>JUDGE: Hon. Claudia Wilken<br>CTRM: 2, 4th floor |

1  On January 6, 2015, defendant Adobe Systems Incorporated ("Adobe") filed a motion to
2  remove incorrectly filed documents from the public docket.
3  The Court having considered the motion and good cause appearing therefore, IT IS
4  HEREBY ORDERED as follows:
5  Adobe's motion for to remove incorrectly filed documents is hereby GRANTED.  The
6  documents previously filed as Docket Entries 783-3, 784, and 784-6 shall be removed from the
7  record.

Dated: _____January 20___, 2015     *[signature]*
UNITED STATES DISTRICT COURT JUDGE