W. PAUL SCHUCK (Cal. Bar No. 203717)
*pschuck@bzbm.com*
**BARTKO ZANKEL BUNZEL & MILLER**
One Embarcadero Center, Suite 800
San Francisco, California 94111
Telephone: (415) 956-1900
Facsimile: (415) 956-1152

ANDREW G. DINOVO (*pro hac vice*)
*adinovo@dpelaw.com*
ADAM G. PRICE (*pro hac vice*)
*aprice@dpelaw.com*
NICOLE E. GLAUSER *(pro hac vice)*
*nglauser@dpelaw.com*
**DINOVO PRICE ELLWANGER & HARDY LLP**
7000 N. MoPac Expressway, Suite 350
Austin, Texas 78731
Telephone: (512) 539-2626
Facsimile: (512) 539-2627

Attorneys for Plaintiff
DIGITAL REG OF TEXAS, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| DIGITAL REG OF TEXAS, LLC,<br><br>    *Plaintiff*,<br><br>v.<br><br>ADOBE SYSTEMS INCORPORATED, VALVE CORPORATION, ELECTRONIC ARTS, INC., UBISOFT, INC., SYMANTEC CORPORATION, INTUIT INC., AVG TECHNOLOGIES USA, INC., ZYNGA GAME NETWORK INC., and ZYNGA, INC.<br><br>    *Defendants*. | CASE NO.: 12-CV-01971 CW<br><br>**STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE OBJECTIONS TO DEFENDANT UBISOFT, INC.'S BILL OF COST AND FOR THE CLERK TO TAX COSTS**<br><br>The Honorable Claudia Wilken |

WHEREAS Ubisoft filed its Bill of Costs on January 5, 2015 (Dkt. No. 779);

WHEREAS Digital Reg's objections and/or response to Ubisoft's Bill of Costs is currently due on January 27, 2015;

WHEREAS Civil L.R. 54-4(b) directs the Clerk to tax costs after considering any objections filed pursuant to Civil L.R. 54-2;

WHEREAS the parties have met and conferred and agreed to an extension of the deadline for Plaintiff to file and serve its objections to Ubisoft's Bill of Costs in a continuing attempt to narrow and/or limit any objections;

IT IS HEREBY STIPULATED by and between counsel for Digital Reg and for Defendant Ubisoft Inc. that, subject to the Court's approval, the time for Digital Reg to serve and file any specific objections to any item of cost claimed in Ubisoft's Bill of Cost be extended to and including February 10, 2015.

A [Proposed] Order is submitted herewith.

| | | |
|---|---|---|
| 1 | DATED:  January 27, 2015 | BARTKO, ZANKEL, TARRANT & MILLER |
| 2 | | By:  /s/ W. Paul Schuck |
| 3 | | W. Paul Schuck |

DINOVO PRICE ELLWANGER & HARDY LLP

By:  /s/ Andrew G. DiNovo
      Andrew G. DiNovo

Attorneys for Plaintiff
DIGITAL REG OF TEXAS, LLC


ERISE IP, P.A.

By:  /s/ Mark Lang
      Mark Lang

Attorneys for Defendant
UBISOFT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ATTESTATION OF E-FILER**

In compliance with Local Rule 5-1(i), the undersigned ECF user whose identification and password are being used to file this document, hereby attests that all signatories have concurred in the filing of this document.

/s/ *W. Paul Schuck*
W. Paul Schuck

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that a limited adjustment of the deadline for Plaintiff to object to items of costs in the Bill of Cost filed by Defendant Ubisoft, Inc. is hereby granted. The time for Plaintiff to file and serve objections pursuant to Civil L.R. 54-2 is extended by seven days, to and including February 10, 2015. The Clerk shall tax costs pursuant to Civil L.R. 54-4(b) after considering any objections filed pursuant to Civil L.R. 54-2 by the extended date.

Dated: January 30, 2015

_____
The Honorable Claudia Wilken
United States District Court Judge