| | |
|---|---|
| W. PAUL SCHUCK (Cal. Bar No. 203717)<br>pschuck@bzbm.com<br>BARTKO, ZANKEL, BUNZEL & MILLER<br>One Embarcadero Center, Suite 800<br>San Francisco, California 94111<br>Telephone: (415) 956-1900<br>Facsimile:  (415) 956-1152 | EDWARD R. REINES (SBN 135960)<br>edward.reines@weil.com<br>WEIL, GOTSHAL & MANGES LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065<br>Telephone:  650-802-3000<br>Facsimile:  650-802-3100 |
| ANDREW G. DINOVO (admitted *pro hac vice*)<br>adinovo@dpelaw.com<br>ADAM G. PRICE (admitted *pro hac vice*)<br>aprice@dpelaw.com<br>JAY D. ELLWANGER (Cal. Bar No. 217747)<br>jellwanger@dpelaw.com<br>NICOLE G. GLAUSER (admitted *pro hac vice*)<br>nglauser@dpelaw.com<br>DINOVO PRICE ELLWANGER & HARDY LLP<br>7000 N. MoPac Expressway, Suite 350<br>Austin, Texas  78731<br>Telephone: (512) 539-2626<br>Facsimile:  (512) 539-2627 | Attorneys for Defendant<br>ADOBE SYSTEMS INCORPORATED |
| Attorneys for Plaintiff<br>DIGITAL REG OF TEXAS, LLC | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DIGITAL REG OF TEXAS, LLC,<br><br>       Plaintiff,<br><br>   v.<br><br>ADOBE SYSTEMS INCORPORATED, *et al.*,<br><br>       Defendants. | Case No. 12-CV-01971 CW (KAW)<br><br>**[PROPOSED] ORDER REGARDING SATISFACTION OF JUDGMENT**<br><br>Judge:  Hon. Claudia Wilken |

[Proposed] Order Regarding Satisfaction of Judgement                                        - Case No. 12-CV-01971 CW (KAW)

1  **IT IS HEREBY ORDERED** that:

2  ADOBE SYSTEMS INCORPORATED has acknowledged that Plaintiff DIGITAL REG
3  OF TEXAS, LLC has fully satisfied the terms of the Court's Judgment on Attorneys' Fees and
4  Costs, entered on April 8, 2016 (Dkt. 826, 830).

5  DIGITAL REG OF TEXAS, LLC has satisfied its entire liability to ADOBE SYSTEMS
6  INCORPORATED in this lawsuit.

7  Accordingly, the clerk of this Court shall enter this Satisfaction of Judgment.

9
10  **IT IS SO ORDERED.**

11  Dated: 7/21/16
12
13  Honorable _____
    United States District Judge

    *(Signed: Judge Claudia Wilken — IT IS SO ORDERED, United States District Court, Northern District of California)*